Ajay Bahl                                                                                    8/29/2011

- could identify individual components of a complex figure
- did a solid job on a task involving complex geometric patterns
- when given sufficient time, able to assemble red/white blocks to replicate increasingly complex patterns

semantic understanding
- was terrific at explaining how two words are somehow related

sentence comprehension and formulation
- constructed excellent sentences from word prompts
- was terrific at drawing inferences when presented with language that was missing information

**Neurodevelopmental Challenges.** This section includes some of the qualitative and quantitative evidence used to identify the weaker aspects of Ajay's neurodevelopmental profile. As was the case with his assets (see above) these examples are a sampling of the information considered in the assessment. Some normed scores were interpreted in conjunction with the qualitative findings and are included at the end of this report.

long-term memory access
- did not recall much of a word list after an extended delay
- struggled to learn words coupled with symbols, even though he was taught the pairs several times
- drew little of a design from memory after a long delay

parts of language
- had trouble listing as many members of a category (e.g., animals) as he could in a brief amount of time (word retrieval)
- had trouble with comprehension questions about a narrative passage (i.e., conveying a plot) (discourse processing)
- struggled when asked comprehension questions for an expository passage (such as might be found in a chapter of a science textbook) (discourse processing)

processing depth
- makes random errors in his academic work
- made math errors due to misreading function signs or missing key details in the problems
- missed several small details in pictures or drawings
- missed details in story

rate of processing/production
- worked at an exceptionally slow pace

Ajay Bahl                                                                          8/29/2011

- reading fluency was at the 14th percentile for his age
- had trouble completing timed tasks within time limits

**Academic.** The educational portion of the evaluation was primarily a dynamic assessment consisting of a series of tasks selected specifically for Ajay based on background information. During the assessment, the learning specialist observed closely for academic strengths, patterns of errors, breakdown points, and other observable phenomena that could be linked to Ajay's neurodevelopmental functioning. Ajay was also interviewed about approaches to tasks, and various teaching strategies were implemented to determine what interventions may be the most helpful to incorporate in his learning plan. In addition to these dynamic procedures, selected standardized tasks were utilized and some normative scores were generated.

The information below summarizes the key findings of the academic assessment for reading (decoding and comprehension), spelling, written expression, and math (operations and reasoning).

reading decoding
- decoded age-level words in isolation with good accuracy, hesitating only once (before reading nucleic)
- experienced slightly more difficulty when reading age-level nonsense words; errors consisted of omissions (e.g. "frazlition" for frazlitition) (demonstrates intact phonics knowledge)
- was somewhat choppy but accurate when reading age-level sentences in isolation
- in general, mispronounced uncommon words encountered in reading (e.g. "CHO-fer" for chauffer, "debutantays" for debutantes)
- read a paragraph of an age-level expository text aloud with perfect accuracy and good fluency and prosody
- reading rate was considerably slower than average on both an informal measure of reading speed (99 WPM) and an standardized measure (Nelson-Denny: 14th percentile)

reading comprehension
- was generally accurate when retelling isolated sentences, though demonstrated some confusion about word meaning (e.g. substituted "trade" for avid) (indicates good sentence comprehension)
- experienced some difficulty defining vocabulary words across various tasks
- had difficulty answering some concept questions prior to reading passage which required him to define words and recall specific events in history (indicative of poor long-term memory recall)
- when asked to highlight main ideas in a paragraph from passage, selected relevant, appropriate sentences (demonstrates good saliency determination)

Ajay Bahl                                                                8/29/2011

- provided a non-sequential summary from memory after reading expository passage, which contained both main ideas and details; of note, retelling was choppy, with a great deal of hesitation between phrases (reveals weak discourse processing/production)
- had difficulty stating main idea of passage concisely, listing information from passage instead of providing a concise answer
- was able to answer most implicit questions correctly, but experienced difficulty recalling answers to explicit questions that required him to recall specific details (suggests difficulty regulating processing depth)
- successfully used the opportunity for a look-back to correct an inaccurate answer
- of note, answers were generally wordy and focused on small details rather than unifying trends; word use was often imprecise (e.g. "reception" instead of interception, "avoided them having to" instead of prevented them from having to)
- on a standardized measure of reading comprehension, performed in the average range (Nelson-Denny: 35th percentile)

spelling

- demonstrated skills in the late "derivational relations" stage of spelling development, suggesting spelling within age-level range (demonstrates good phonics knowledge/orthographic memory)
- able to spell words containing syllable junctures and prefixes/suffixes (e.g. resident, puncture, adjourn)
- experienced some difficulty spelling words with reduced/altered vowels and bases/roots (e.g. "comotion" for commotion; "camaflouged" for camouflage)
- comparable performance on spelling recognition task, which required him to select correct spelling of words; of note, tended to misidentify as correct words he spelled incorrectly
- in context, demonstrated some confusion between simple homophones ("your" for you're); was otherwise very accurate

written expression

- wrote three sentences from dictation with generally good mechanical accuracy (suggests good active working memory)
- demonstrated some knowledge of comma use, capitalization, quotation mark placement, and appropriate ending punctuation
- experienced some difficulty with apostrophe use, comma placement in dialogue, and capitalization of proper nouns
- prior to assessment, wrote part of an introductory paragraph for a persuasive essay in which he acknowledged both sides of the issue
- writing was wordy and somewhat difficult to follow
- word use and tone were academic and appropriate for task

Ajay Bahl                                             8/29/2011

- writing samples submitted effectively followed a specific format (patient write-up) and contained well-constructed sentences featuring appropriate word use and generally good mechanical accuracy
- on a standardized writing task, well able to convey ideas in writing in response to a variety of demands (Writing Samples, scaled score = 118)
- was slow to write sentences, generally pausing many times to reconsider wording mid-sentence and making numerous corrections; reread work methodically before moving on (indicates slow rate of processing/production)

math operations
- able to solve simple addition, subtraction, and multiplication math facts with good automaticity (Math Fluency, scaled score = 105)
- recalled procedures for operations involving fractions, decimals, negative numbers, basic algebra, and order of operations
- correctly solved problems requiring him to plot points and graph a line
- used correct formula to find circumference of a circle, but produced an inaccurate answer due to procedural error
- was incorrect in calculating surface area of a rectangular prism due to failure to notice all of the measurements on presented graphic
- could not recall definition for standard notation and thus had some difficulty solving problem
- able to correct calculation errors quickly when they were pointed out to him; stated that he often makes these errors and sees them if he checks his work, though he doesn't always do so (indicative of shallow processing depth)
- occasionally skipped homework problems because his scratch work made them difficult to notice on the sheet

math reasoning
- preferred to use logic rather than step-by-step procedures (especially when working with percentages) to solve problems which led to some inaccuracies in his answers (suggests weak long-term memory recall)
- able to recognize and complete a complex number pattern, though employed a complicated, time-consuming strategy for finishing pattern
- counted money in a sequential way, though failed to notice all of the coins
- used correct operations to solve an elapsed time problem on paper, though answered incorrectly due to a calculation error (which he self-corrected later)
- developed and solved an algebraic equation based on a word problem
- solved a multi-step geometry problem by jotting down numbers as he calculated them and without drawing the figure to help him visualize it
- able to recognize congruent/non-congruent shapes (indicates good spatial processing)
- was slightly slower when solving word problems with extraneous information, but was able to identify relevant information and answer correctly

Ajay Bahl                                                                    8/29/2011

## RELEVANT MEDICAL INFORMATION

Ajay reports that with the exception of long-standing attention deficit disorder, anxiety, and speech problems (i.e., cluttering), he has been in generally good health with no other significant medical or surgical problems. His current medications include Vyvanse® (lisdexamfetamine dimesylate), Strattera® (atomoxetine), and Buspar® (buspirone).

Ajay appeared to be well developed, well nourished, and in good general health. Stereoscopic vision screening indicated that Ajay has good visual acuity in both eyes for distance and near vision. A pure tone hearing screening across the frequency range of 1000 to 4000 Hz. indicated that Ajay's threshold for hearing is normal. The remainder of his physical examination was deferred at this time.

**Ajay Bahl**            8/29/2011

## RELEVANT INFORMATION ON EMOTIONS AND BEHAVIOR

Ajay remains in treatment for attention deficit and anxiety. As part of our assessment, Ajay completed the Behavior Rating Inventory for Executive Function (BRIEF). His responses on the BRIEF were consistent with significant difficulties with shifting focus (T=72/99th percentile), working memory (T=77/99th percentile), planning/organization (T=74/>99th percentile), task monitoring (T=77/98th percentile), and increased risk of difficulties with inhibition (T=69/93rd percentile) and task initiation (T=65/93rd percentile).

## PREVIOUS ASSESSMENTS

No results of previous assessments were available.

**Ajay Bahl** 8/29/2011

## APPENDIX

The following clinical tools were used in Ajay's assessment.

**Neurodevelopmental Assessment Procedures.**
Delis-Kaplan Executive Function System
    Tower Test
    Trail Making Test
    Twenty Questions Test
    Verbal Fluency Test
Kaufman Brief Intelligence Test- Second Edition
    Nonverbal
Rey Complex Figure Test and Recognition Trial
    Rey Copy Trial
    Rey Delayed Recall Trial
    Rey Immediate Recall Trial
    Rey Recognition Trial
Wechsler Adult Intelligence Scale- Third Edition
    Block Design
    Digit Span
    Similarities
Wide Range Assessment of Memory and Learning- Second Edition
    Sentence Memory
    Story Memory
    Story Memory Delay Recall
    Story Memory Recognition
    Verbal Learning
    Verbal Learning Delay Recall
    Verbal Learning Recognition
    Verbal Working Memory
Woodcock-Johnson III Tests of Cognitive Abilities
    Visual-Auditory Learning
    Visual-Auditory Learning-Delayed

**Educational Assessment Procedures.**
Qualitative Reading Inventory
    Subject Word List
    Reading Passage, High School level
*Words Their Way*, Third Edition
    Upper Level Spelling Inventory
Homework Packet
Student interview (with Ajay)

**Ajay Bahl**            8/29/2011

Surveyor of Academic Attainment
Woodcock-Johnson III Tests of Achievement, Form B
    Math Fluency
    Reading Fluency
    Writing Samples

**Other Assessment Procedures.**
Behavior Rating Inventory for Executive Function-Adult-Self Report
Student interview (with Ajay)

Ajay Bahl                                                                    8/29/2011

### Subtest Scores

Ajay's neurodevelopmental and academic assessments incorporated a comprehensive array of tools generating both quantitative and qualitative data. Findings were integrated with information from home and school to uncover his profile. The following normed scores represent only a small portion of the data considered in our assessment and must therefore be interpreted with caution.

| Tasks Administered* | scaled score | standard score | T score | Percentile |
|---|---|---|---|---|
| **Delis-Kaplan Executive Function System** | | | | |
| **Trail Making Test** | | | | |
| Visual Scanning | 12 | | | 75 |
| Number Sequencing | 7 | | | 16 |
| Letter Sequencing | 9 | | | 37 |
| Number-Letter Switching | 10 | | | 50 |
| Motor Speed | 12 | | | 75 |
| **Twenty Questions** | | | | |
| Initial Abstraction Score | 11 | | | 63 |
| Total Questions Asked | 12 | | | 75 |
| Total Weighted Achievement Score | 13 | | | 84 |
| **Tower Test** | | | | |
| Total Achievement Score | 11 | | | 63 |
| **Verbal Fluency Test** | | | | |
| Letter Fluency | 9 | | | 37 |
| Category Fluency | 8 | | | 25 |
| Category Fluency | 9 | | | 37 |
| Category Switching | 10 | | | 50 |
| **Kaufman Brief Intelligence Tests – 2nd Edition** | | | | |
| Nonverbal | | 109 | | 73 |
| **Nelson-Denny Reading Test, Form H** | | | | |
| Reading Rate | | | | 14 |
| Comprehension | | | | 35 |
| **Rey Complex Figure Test and Recognition Trial** | | | | |
| Rey Copy Trial** | | | | >16 |
| Rey Immediate Trial | | | 32 | 4 |
| Rey Delayed Trial | | | <20 | <1 |
| Rey Recognition Trial | | | 41 | 18 |
| **Wechsler Adult Intelligence Scale – 4th Edition** | | | | |
| Block Design | 7 | | | 16 |
| Block Design No Time Bonus | 8 | | | 25 |
| Similarities | 14 | | | 91 |
| Digit Span | 7 | | | 16 |

Ajay Bahl                                                      8/29/2011

| | | | |
|---|---|---|---|
| Digit Span Forward | 8 | | 25 |
| Digit Span Backward | 9 | | 37 |
| Digit Span Sequencing | 6 | | 9 |
| **Wide Range Assessment of Memory and Learning- 2nd Edition** | | | |
| Story Memory | 8 | | 25 |
| Story Memory Delay Recall | 9 | | 37 |
| Story Memory Delay Recognition | 4 | | 2 |
| Verbal Learning | 9 | | 37 |
| Verbal Learning Delay | 6 | | 9 |
| Verbal Learning Recognition | 10 | | 50 |
| Sentence Memory | 11 | | 63 |
| Verbal Working Memory | 11 | | 63 |
| **Woodcock-Johnson III Tests of Achievement, Form A** | | | |
| Reading Fluency | | 84 | 15 |
| Math Fluency | | 105 | 64 |
| Writing Samples | | 118 | 89 |
| **Woodcock-Johnson III Tests of Cognitive Abilities** | | | |
| Visual-Auditory Learning | | 80 | 9 |
| Visual-Auditory Learning - Delayed | | 79 | 8 |

*This table only includes scores for subtests administered in the standard fashion and as such may not include all items listed in the Appendix.
**These tests use Criterion Scores
Note- Normed/standard scores compare Ajay's performance on a task to the performance of same-age peers. A score that is close to the mean score represents performance that is typical for a student his age. Following are common standard scores, including means and average ranges.

| score type | mean | standard deviation | average range |
|---|---|---|---|
| subtest/scaled score | 10 | 3 | 8 to 12 |
| standard score | 100 | 15 | 86 to 114 |
| T score | 50 | 10 | 41 to 59 |

*[signature]*

Paul B. Yellin, M.D., F.A.A.P.

*[signature]*

Beth Guadagni, M.A.

Ajay Bahl 8/29/2011

# The Neurodevelopmental Framework of The Yellin Center

A person's neurodevelopmental functions can be divided into eight constructs (or systems). Each of these constructs contains related functions or components. Below is a listing of the eight constructs, along with the functions contained in each.

On the following pages is a glossary that includes definitions for these terms. Since every person has a different profile, not all of these terms will be discussed in this report.

| 1. ATTENTION | 4. TEMPORAL-SEQUENTIAL ORDERING |
|---|---|
| **Mental Energy Control System** | Sequential Awareness/Perception |
| Alertness | Sequential Memory |
| Mental Effort | Sequential Output |
| Sleep-Arousal Balance | Time Management |
| Performance Consistency | Higher Sequential Thinking |
| **Processing Control System** | **5. SPATIAL ORDERING** |
| Saliency Determination | Spatial Awareness/Perception |
| Processing Depth (Depth of Processing) | Spatial Memory |
| Cognitive Activation | Spatial Output |
| Focal Maintenance | Material Management |
| Satisfaction Level | Higher Spatial Thinking |
| **Production Control System** | **6. NEUROMOTOR FUNCTION** |
| Previewing | Gross Motor Function |
| Facilitation and Inhibition | Fine Motor Function |
| Pacing | Graphomotor Function |
| Self-monitoring | **7. HIGHER ORDER COGNITION** |
| Reinforceability | Critical Thinking |
| **2. MEMORY** | Creativity and Brainstorming |
| Short-Term Memory | Problem Solving |
| Active Working Memory | Rule Use |
| Long-Term Memory Storage | Reasoning and Logical Thinking |
| Long-Term Memory Access | Mental Representation |
| **3. LANGUAGE** | Concept Formation |
| **Receptive Language** | Verbal Conceptualization |
| Phonological Processing | Nonverbal Conceptualization |
| Morphological Sense | Process Conceptualization |
| Semantic Understanding | **8. SOCIAL COGNITION** |
| Sentence Comprehension | Verbal Pragmatics |
| Discourse Processing | Social Behaviors |
| **Expressive Language** | |
| Articulation and Fluency | |
| Semantic Use | |
| Word Retrieval | |
| Sentence Formulation | |
| Discourse Production | |
| Verbal Elaboration | |

i

Ajay Bahl                                                                                          8/29/2011

| | |
|---|---|
| Semantic Use | properly utilizing word meanings, defining words and using them in context |
| Sentence Comprehension | understanding sentences and sentence structures when listening or reading |
| Sentence Formulation | expressing thoughts in complete, grammatically correct sentences when speaking and writing |
| Sequential Awareness/Perception | processing the order of the parts of incoming information |
| Sequential Memory | retaining the order of steps, events, or other sequences |
| Sequential Output | creating products in which the content is arranged in the optimal order |
| Shallow Processing | weak Processing Depth, information is "in one ear and out the other" (also called Superficial Processing) |
| Short-Term Memory | briefly registering new information that is subsequently used, stored, or forgotten |
| Sleep-Arousal Balance | sleeping well at night and being sufficiently awake and alert during the day |
| Social Behaviors | various behaviors that foster optimal relationships with others |
| Social Cognition | the set of abilities that guide interaction with others, both verbal (e.g., maintaining a conversation) and nonverbal (e.g., using appropriate body language) |
| Spatial Awareness/Perception | interpreting relationships within and between spatial patterns (e.g., pictures, diagrams, and other visual configurations) |
| Spatial Memory | storing and recalling spatial information (e.g., shapes, symbols, and images) |
| Spatial Ordering | the processing, coordination, and application of information that is visual or in a spatial array |
| Spatial Output | creating products that have spatial characteristics |
| Superficial Processing | weak Processing Depth, information is "in one ear and out the other" (also called Shallow Processing) |
| Temporal-Sequential Ordering | the processing, coordination, and application of information that is linear or in a serial order |
| Time Management | using time efficiently |
| Verbal Conceptualization | forming concepts using language, such as terms (e.g., due process, energy resources, friendship) and literary ideas (e.g., foreshadowing, themes) |
| Verbal Elaboration | extending and developing ideas through language production |
| Verbal Pragmatics | use and understanding of language within social contexts |
| Word Retrieval | finding the right words quickly and easily when speaking or writing |

Ajay Bahl                                                            8/29/2011

## Glossary of Neurodevelopmental and Educational Terms

Below is a list of terms that you might find in the report (in *italics*). Since every student has a unique profile, not every term listed here will be discussed in a given report.

| Term | Definition |
|---|---|
| Active Working Memory | mentally suspending information while using or manipulating it |
| Alertness | an effective level of focused listening, watching, and concentrating |
| Articulation and Fluency | using mouth muscles effectively (also known as Oromotor Function), enunciating correctly and generating smooth, intelligible speech |
| Attention | a network of interactive controls over mental functioning, including mental energy, incoming information, and regulation of output |
| Automaticity | the capacity to perform tasks rapidly with little effort, such as decoding words and retrieving information from memory |
| Body Position Sense | keeping track of one's body while balancing or moving |
| Chunk Size | the amount of material a student takes in (e.g., reading or listening) or generates (e.g., writing) |
| Cognitive Activation | linking incoming information with prior knowledge and experience (see Cognitive Over-activation and Cognitive Under-activation) |
| Cognitive Over-activation | excessive processing, or forming connections that are not particularly relevant to the topic at hand |
| Cognitive Under-activation | passive processing, or not forming enough relevant associations with incoming information |
| Concept Formation | integrating a series of features that often go together to form a class of ideas or objects |
| Creativity and Brainstorming | thinking independently and producing self-generated thoughts or other products |
| Critical Thinking | evaluating products, ideas, and opinions |
| Depth of Processing | see Processing Depth |
| Discourse Processing | interpreting language beyond the boundaries of a sentence, such as paragraphs, chapters, or stories |
| Discourse Production | communicating information in a cohesive chain of sentences (e.g., paragraphs, essays) |
| Expressive Language | communicating and producing ideas orally and in writing |
| Facilitation and Inhibition | selecting the best option before acting or starting a task; weak facilitation and inhibition leads to impulsivity |
| Fine Motor Function | demonstrating effective manual dexterity (hands and fingers) |
| Fine Motor Problem Solving and Logic | responding to the challenges of fine motor activities with appropriate plans (e.g., fixing things, using tools) |
| Focal Maintenance | sustaining concentration for the appropriate period of time (also known as attention span or sustained attention) |
| Graphomotor Feedback | feeling where the writing utensil (e.g., pencil) is during letter formation |

Case 2:14-cv-04020-AKT Document 77-2 Filed 08/17/15 Page 14 of 16 PageID #: 958
Case 2:14-cv-04020-LDW-SIL Document 1-3 Filed 06/27/14 Page 14 of 16 PageID #: 581

Ajay Bahl                                                                                       8/29/2011

| | |
|---|---|
| Graphomotor Function | maneuvering a utensil to produce handwriting |
| Graphomotor Memory | recalling letter and number forms rapidly and accurately |
| Graphomotor Production | implementing the act of handwriting; coordinating the motor actions needed for each aspect of the handwriting task |
| Gross Motor Function | using the body's large muscles in a coordinated, effective manner |
| Gross Motor Problem Solving and Logic | responding to the challenges of gross motor activities with appropriate plans (e.g., dribbling a ball, swinging a bat, completing a dance step) |
| Gross Motor Production | mobilizing the right muscles in the best order to achieve a motor goal |
| Higher Order Cognition | set of related processes that guide complex and sophisticated thinking |
| Higher Sequential Thinking | using serial order to enhance concept development and problem solving |
| Higher Spatial Thinking | reasoning and conceptualizing without language by using mental imagery |
| Language | the understanding and use of linguistic sounds, words, sentences, and discourse |
| Long-Term Memory Access | the retrieval of information from long-term memory, including knowledge, skills, and experiences |
| Long-Term Memory Storage | permanently storing information, including knowledge, skills, and experiences |
| Material Management | organizing the various resources and supplies needed for a task |
| Math Operations | use of math procedures (e.g., subtraction, simplifying fractions, balancing equations) |
| Math Reasoning | solving math problems by applying procedures in different situations with changing information |
| Memory | storage and retrieval of information temporarily (i.e., Short-Term), over extended periods (i.e., Long-Term), or while using the information (i.e., Active Working) |
| Mental Effort | the flow of energy needed for cognitive work output (e.g., homework) |
| Mental Energy Control System | the set of attention controls for initiating and maintaining the energy level needed for optimal learning and behavior |
| Mental Representation | portraying new ideas in varied ways (e.g., anecdotal, visual, verbal, metaphoric) so they are meaningful and lasting |
| Meta-cognition | ability to think about thinking and learning |
| Morphemes | components of words that convey some meaning (e.g., prefixes, suffixes, and root words) |
| Morphological Sense | interpreting parts of words that convey some meaning (see Morphemes) |
| Morphological Use | utilizing parts of words that convey some meaning (see Morphemes) |
| Neuromotor Function | the nervous system's control over movement of large muscles (i.e., Gross Motor), hands and fingers (i.e., Fine Motor), and handwriting (i.e., Graphomotor) |
| Nonverbal Conceptualization | forming concepts without using language, such as place value, equations, planetary movements, or geometric shapes |
| Oromotor Function | see Articulation and Fluency |
| Outer Spatial Processing | interpreting and using spatial information when implementing motor activities (e.g., knowing |



Ajay Bahl                                                                                              8/29/2011

| | |
|---|---|
| | how fast to run when catching a ball) |
| Overflow Movements | extra movements (e.g., on the other side of the body) when performing highly specific motor tasks; these become increasingly rare as children develop |
| Pacing | doing tasks at the most appropriate speed, without rushing |
| Paired Associate Memory | linking and storing two related data bits, retrieving one piece of information when presented with the other piece (e.g., sound with a symbol) |
| Performance Consistency | a steady, reliable, and predictable flow of the mental energy needed for dependable functioning (moment to moment, day to day, week to week) |
| Phonemes | individual sounds in words (e.g., the word "big" contains three phonemes: /b/, /i/, /g/) |
| Phonological Processing/ Awareness | this process involves receiving, distinguishing, and manipulating the individual sounds in words (see Phonemes) |
| Phonics | linking speech sounds with letters and letter combinations |
| Previewing | anticipating/predicting likely outcomes of actions, events, and problems; planning how to solve a problem before starting to work |
| Problem Solving | applying a systematic stepwise approach to complex questions or challenges |
| Procedural Recall (Memory) | storing new skills and processes that involve steps or sequences (e.g., math operations) |
| Process Conceptualization | forming concepts that explain a mechanism or how something works (e.g., metamorphosis of a butterfly, digestion) |
| Processing Control System | the set of attention controls for regulating the use of incoming information |
| Processing Depth (Depth of Processing) | focusing with sufficient intensity to capture details (e.g., instructions) |
| Production Control System | the set of attention controls for regulating academic and behavioral output |
| Reading Comprehension | understanding the meaning of the reading text |
| Reading Decoding | reading individual words, although not necessarily having an understanding of the words |
| Reasoning and Logical Thinking | coming up with sensible, thoughtful answers to complex issues |
| Receptive Language | processing and understanding incoming oral and written information |
| Reinforceability | using previous experience and feedback to guide current behavior and output |
| Rule Use | learning, developing, and applying rules and principles |
| Saliency Determination | discriminating between important and unimportant information, avoiding distractions (also known as selective attention) |
| Satisfaction Control | focusing sufficiently on activities or topics of moderate or low levels of interest; weak satisfaction control can lead to insatiability, or a constant desire for excitement and intense stimulation |
| Self-monitoring | watching one's own output and making necessary modifications; finding and correcting mistakes |
| Semantic Understanding | knowing the meanings of words, although not necessarily using or defining the words |

iv