# EXHIBIT B



# NYCOM CALENDAR
## 2011 - 2012

**Class of 2015 (1st year)**

| | |
|---|---|
| Orientation | Friday, August 12, 2011 and Monday, August 15, 2011 |
| First Day of Class | Tuesday, August 16, 2011 |
| Labor Day (no classes) | Monday, September 5, 2011 |
| Convocation | Monday, September 12, 2011 |
| Columbus Day (no classes) | Monday, October 10, 2011 |
| Thanksgiving Break (no classes) | Wednesday, November 23 through Friday, November 25, 2011 |
| Winter Recess (no classes) | Monday, December 26, 2011 through Sunday, January 1, 2012 |
| Martin Luther King Jr. Day (no classes) | Monday, January 16, 2012 |
| President's Day (no classes) | Monday, February 20, 2012 |
| Spring Recess (no classes) | Saturday, March 31, 2012 through Sunday, April 8, 2012 |
| Last Day of School | Friday, May 25, 2012 |

**Class of 2014 (2nd year)**

| | |
|---|---|
| First Day of Class | Monday, August 8, 2011 |
| Labor Day (no classes) | Monday, September 5, 2011 |
| Columbus Day (no classes) | Monday, October 10, 2011 |
| Thanksgiving Break (no classes) | Wednesday, November 23 through Friday, November 25, 2011 |
| Winter Recess (no classes) | Monday, December 26, 2011 through Sunday, January 1, 2012 |
| Martin Luther King Jr. Day (no classes) | Monday, January 16, 2012 |
| President's Day (no classes) | Monday, February 20, 2012 |
| Spring Recess (no classes) | Saturday, March 31, 2012 through Sunday, April 8, 2012 |
| Last Day of Classes | Friday, May 11, 2012 |
| White Coat Ceremony | TBA |

4



# NYCOM CALENDAR
## 2011 - 2012

**Class of 2013 (3ʳᵈ year)**

| | |
|---|---|
| First Day of 3ʳᵈ year "Introduction to Clinical Medicine" Course | Tuesday, July 5, 2011 |
| First Day of 3ʳᵈ year Clerkships | Monday, August 1, 2011 |
| On Campus – Clinical Competency Exams | Monday, October 10, 2011 |
| On Campus – Clinical Education Retreat (4ᵗʰ year orientation) | Friday, November 18, 2011 |
| On Campus – Clinical Competency Exams | Monday, December 19, 2011 |
| Winter Recess (no clerkships) | Tuesday, December 20, 2011 through Monday, January 2, 2012 |
| On Campus – Clinical Competency Exams | Monday, March 12, 2012 |
| Last Day of Core Clerkships | Sunday, May 20, 2012 |
| On Campus – Clinical Competency Exams | Monday & Tuesday, May 21-22, 2012 |
| Begin 3ʳᵈ year Elective Clerkship | Wednesday, May 23, 2012 |
| End of 3ʳᵈ year Elective Clerkship | Sunday, June 17, 2012 |

**Class of 2012 (4ᵗʰ year)**

| | |
|---|---|
| First Day of 4ᵗʰ year Clerkships | Tuesday, July 5, 2011 |
| Last Day of Clerkships | Sunday, May 6, 2012 |
| NYIT/NYCOM Graduation, Class of 2012 | Sunday, May 20, 2012 (Tentative) |
| NYCOM Hooding Ceremony, Class of 2012 | Monday, May 21, 2012 (Tentative) |

## SECTION I – GENERAL INFORMATION
### NON-DISCRIMINATION POLICY

In accordance with Title IX of the Education Amendments of 1972, New York College of Osteopathic Medicine of New York Institute of Technology does not discriminate on the basis of gender, race, color, religion, or creed in educational programs, activities, admission, or employment. Inquiries regarding the application of Title IX may be directed to the NYCOM Title IX Coordinator, Ronald Manning, Associate Dean of Clinical Services and Facilities, Academic Health Center, Northern Boulevard, Old Westbury, New York 11568, 516-686-1300 or the Director of the Office for Civil Rights, U.S. Department of Education, 400 Maryland Avenue SW, Washington DC 20202.

The New York College of Osteopathic Medicine of New York Institute of Technology does not discriminate on the basis of handicap in the recruitment and admission of students, the recruitment and employment of faculty and staff, or the operation of any of its programs and activities, as specified by Federal laws and regulations. The designated coordinator at NYCOM for compliance with Section 504 of the Rehabilitation Act and the Americans with Disabilities Act, as amended, is the Learning Specialist. The New York College of Osteopathic Medicine (NYCOM) believes that all individuals should be shown respect regardless of gender, age, race, or national origin.

NYCOM's community is one of diversity, which is a hallmark of all academic environments. NYCOM is committed to the recognition and preservation of each individual's human rights and does not discriminate on the basis of gender, race, color, religion or creed, marital status, age, sexual orientation, political beliefs, disability, citizenship and national or ethnic origin with respect to the rights, privileges, programs and activities including, but not limited to, employment, admissions, financial, aid, scholarships, access to housing, educational programs, co-curricular activities and participation in athletic programs.


### SEXUAL HARASSMENT POLICY

It is the policy of NYCOM to guarantee that its students and employees have the right to work and study in an atmosphere free of any form of sex discrimination. Sexual harassment of students which includes acts of sexual violence is a form of sex discrimination prohibited by Title IX of the Education Amendments of 1972.

Sexual harassment is an unwelcome conduct of a sexual nature. It includes unwelcome sexual advances, requests for sexual favors and other verbal, nonverbal, or physical conduct of a sexual nature. Sexual violence is a form of sexual harassment prohibited by Title IX. Sexual violence refers to physical sexual acts perpetrated against a person's will or where a person is incapable to give consent due to an intellectual or other disability or use of drugs or alcohol. A number of different acts fall into the category of sexual violence, including rape, sexual assault, sexual battery and sexual coercion.

Should any student believe he or she has experienced sexual harassment, he or she should contact NYCOM's Title IX Coordinator, Ronald Manning, Associate Dean of Clinical Services and Facilities, Academic Health Center, Northern Boulevard, Old Westbury, New York 11568, 516 686-1300. The Title IX Coordinator will work with the Associate Dean of Student Affairs to conduct an investigation of the matter, and, if necessary, a disciplinary hearing will be held to promptly and equitably resolve the sex discrimination complaint (refer to the Code of Conduct Section V in this Student Handbook). Inquiries concerning the application of Title IX may also be referred to the Director of the Office of Civil Rights U.S. Department of Education, 400 Maryland Avenue SW, Washington DC 20202.

## DRUG AND ALCOHOL ABUSE PREVENTION POLICY

The New York College of Osteopathic Medicine follows the policy of the New York Institute of Technology concerning drug and alcohol abuse prevention as outlined in the NYIT handbook "Policy on Drug and Alcohol Abuse Prevention", which is available at:

http://www.nyit.edu/images/uploads/campus_life/alcohol_and_other_drug_policy.pdf.

### Please note:

In order to ensure the health and safety of students, staff, patients, and all members of the NYCOM/NYIT community, NYCOM reserves the right, in its sole and absolute discretion, to require any student enrolled at NYCOM to submit to drug testing when such testing is recommended either (a) by a NYCOM medical professional, or (b) by a medical professional associated with a hospital or other medical facility to which NYCOM sends students for clinical clerkships.

If a student refuses to submit to such drug testing, or if such drug testing indicates a positive result, the student, pending the institution and final determination of a NYCOM disciplinary hearing: (I) will be immediately suspended from his or her academic enrollment at NYCOM, including suspension from all NYCOM activities and immediate revocation of all NYCOM privileges; (ii) will be immediately withdrawn from any current NYCOM clerkship; and (iii) will not be assigned to any future NYCOM clerkship.

## GENERAL GRIEVANCE POLICY

Any student with a general grievance should follow this policy.

1. The student will present the problem to the Assistant Dean for Student Administrative Services who will attempt to find a solution to the problem.
2. If a satisfactory solution cannot be achieved, the student should then submit a written request for an Information Meeting to the Assistant Dean for Student Administrative Services outlining details of the general grievance.
3. The Assistant Dean will forward the written grievance to the Associate Dean of Student Affairs who will schedule a meeting and notify the student of the date and time of the meeting. Please refer to the section in this Student Handbook on Judicial Boards.
4. Following the meeting, the student will receive written notification of the final solution of the general grievance.

## ACCREDITATION STANDARDS COMPLAINT POLICY

New York College of Osteopathic Medicine, established in 1977, is fully accredited by the New York State Board of Regents and the American Osteopathic Association Commission on Osteopathic College Accreditation, which is the national accrediting agency for colleges educating osteopathic medical student physicians. Any student who has a complaint related to the accreditation standards and procedures should file a written complaint and send it to the following two addresses: 1) American Osteopathic Association, 142 East Ontario Street, Chicago, IL 60611 and 2) Associate Dean of Academic Affairs, Office of Academic Affairs, Room 228, Serota Building, New York College of Osteopathic Medicine, Northern Boulevard, Old Westbury, NY 11568-8000.

## FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT (FERPA) ANNUAL NOTIFICATION POLICY

The Family Education Rights and Privacy Act (FERPA) afford students certain rights with respect to your education record. They are:

1. The right to inspect and review your education record within 45 days of the day NYCOM receives a written request for access from you. In order to inspect and review your education records, you must complete a form entitled Student Request to Inspect and Review Education Records, which is available to you in the Office of the Registrar. NYCOM will comply with your request to review and inspect your education records within 45 days of the day NYCOM receives the request from you. The Registrar will notify the student of the time and place where the records will be inspected. Please note that NYIT/NYCOM has the right to prohibit you from reviewing and inspecting education records that include the financial records of your parents, as well as those records consisting of confidential letters and statements of recommendation regarding your admission to NYCOM, applicant for employment or receipt of an honor or honorary recognition.

2. The right to request the amendment of the student's education records that the student believes are inaccurate or misleading. Students may ask NYCOM to amend a record that they believe is inaccurate or misleading. They must complete the Request to Amend A Student Record Form which is available at the Registrar's Office. The form must clearly identify the part of the record they want changed and specify why it is inaccurate or misleading.

   If NYCOM is in agreement with the request to amend the education record, the record in question will be amended accordingly, and you will be informed of the amendment in writing. If NYCOM decides not to amend your records as requested, you will be informed of the decision and advised of the right to a hearing regarding the request for amendment. Additional information regarding the hearing procedure will be provided to the student when notified of the hearing.

3. The right to consent to disclosure of personally identifiable information contained in your education records, except to the extent that FERPA authorizes NYCOM to disclose the information without your consent.

4. The right to file a written complaint with the U.S. Department of Education concerning alleged failures by NYIT/NYCOM to comply with the requirements of FERPA. The name and address of the Office that administers FERPA is:

   Family Policy Compliance Office
   U S Department of Education, 400 Maryland Avenue
   SW Washington, CCDC 20202-5920

### What is Your Right with Respect to Personally Identifiable Information?

NYCOM will not disclose your personally identifiable information to anybody except you unless you first provide NYCOM with a signed, written consent authorizing NYCOM to disclose such information. The written consent must specify the records that may be disclosed by NYCOM state the purpose of the disclosure and identify the individuals to whom the disclosure may be made. For purposes of FERPA, "personally identifiable information" includes, but is not limited to: the names of your parents or other family members; your address or the addresses of your family members; your telephone listing; your Social Security number; a list of personal characteristics that would make identity easily traceable; or other information that would make your identity easily traceable.

**Please note that your consent is not needed by NYCOM prior to disclosing your personally identifiable information in the following circumstances:**

■ where disclosure is to NYCOM officials who have legitimate educational interest in such information (includes full and part-time NYCOM faculty members, administrators, individuals serving on an NYCOM judicial board or grievance committee and any other persons or entities authorized to act on behalf of

NYCOM);
- where the disclosure is to another school where you intend to enroll or are attending
- where disclosure is to certain federal, state and local authorities;
- where disclosure is in connection with financial aid
- where disclosure is made to organizations conducting studies for or on behalf of educational institutions;
- where disclosure is made to a regional or professional accrediting agency;
- where disclosure is to comply with a judicial order or lawfully issued subpoena (and NYCOM made a reasonable effort to notify you prior to disclosure);
- where the disclosure is made in connection with a health or safety emergency where the information is required to resolve the emergency;
- where the disclosure is information that NYCOM has designated as "directory information" (discussed below) as long as the student has not requested nondisclosure of this information;
- where the information disclosed is the final result of a disciplinary hearing where the student is a perpetrator of a crime of violence or a non forcible sex offense. Under this exception information may be released to anyone including media. No information on the victim or witnesses may be released.

**Designation of Directory Information-Public Notice**

NYCOM can release your directory information to third parties. Under FERPA, "directory information" includes but is not limited to the student's name, photograph, address, email address, date of birth, major field of study, participation in officially recognized activities, dates of your attendance at NYCOM and degrees awards received and recent previous school.

If you do not want your directory information released to the third parties, you must inform the Office of the Registrar in writing. Forms for this purpose are available from the Office of the Registrar and must be filed within thirty (30) days following enrolment at NYCOM and approved by the Assistant Dean of Student Administrative Services.

**CRIMINAL BACKGROUND CHECKS**

In order to acquire the information needed for scheduling clinical clerkships, NYCOM will request information on a student's criminal background through the following processes:

1) The AACOMAS Application and the NYCOM Supplemental Application will request information on any charges, arrests or convictions for any felony, misdemeanor or violation prior to the student's completion of the applications.
2) An enrolled student is required to annually report any charges, arrests, or convictions for any felony, misdemeanor or violation on the NYCOM Registration Form.

NYCOM will conduct a criminal background check through an outside agency prior to beginning the third year. Failure to authorize consent to the required background check will result in NYCOM's non-assignment of clerkships.

**IMPORTANT:** Any identified discrepancy between the responses on the AACOMAS application; the NYCOM Supplemental Application and annual Registration Forms will constitute a violation of the NYCOM Code of Conduct and may be grounds for dismissal.

9

## SECTION II - FINANCIAL INFORMATION

### TUITION AND FEES

The Board of Trustees has established the following annual schedule of tuition and fees for 2011-2012:

### TUITION AND FEES
### ACADEMIC YEAR 2011-2012

|  | Class of 2015 First Year | Class of 2014 Second Year | Class of 2013 Third Year | Class of 2012 Fourth Year |
|---|---|---|---|---|
| Tuition | $ 46,180 | $ 46,180 | $ 46,180 | $ 46,180 |
| Student Activity Fee | 250 | 250 | 250 | 250 |
| Lab Fee | 125 | 125 | 0 | 0 |
| New Technology Fee | 250 | 250 | 250 | 250 |
| Simulated Patient Lab | 500 | 500 | 475 | 375 |
| Health Care Fee* | 100 | 100 | 100 | 100 |
| Life/Disability Insurance | 105 | 126 | 126 | 126 |
| Graduation Fee | 0 | 0 | 0 | 400 |
| **Totals** | $ 47,510 | $ 47,510 | $ 47,510 | $ 47,510 |

There is a $500 fee for all remediation programs. The remediation fee cannot be covered by financial aid.

M.S. in Neuromusculoskeletal Sciences: $520 per credit for applicable tuition bearing courses (Please contact the Office of Academic Medicine Scholarship Program)

Global Health Program: for tuition information, please contact the Office of Global Health Program or the Bursar

All NYCOM students are required to enroll in the medical and dental insurance plans unless an acceptable waiver is provided in a timely manner as stated in the Student Handbook. Costs for the insurance plans will be provided to the students prior to the onset of the academic year. Students who elect to be inoculated with Recombinax HB vaccine in preparation for clinical clerkships will be charged the appropriate fee.

Supplemental Application Fee (payable upon completion of supplemental application – NONREFUNDABLE)....... $60
Enrollment Confirmation Deposit (payable upon notification of NYCOM acceptance, applied to first year's tuition, NONREFUNDABLE)...........................................................................................................................$ 1,500

**Note:** Fees are neither refundable nor transferable.

Students whose tuition and/or fees are unpaid and who have not received an official deferment may be barred from classes until their accounts are cleared by the Bursar's Office. The college reserves the right to withhold all student records and transcripts until all financial obligations to the college have been satisfied.

Collection Agency Fees: The student shall be responsible for the payment to NYIT of the principal sums due plus all costs, including but not limited to 33% collection agency fees, 50% legal fees, interest on the outstanding balance at the maximum legal rate, and any and all court costs, filing fees, interest and judgment execution costs associated with the collection of delinquent amounts. All collection matters shall be governed

by New York law and the courts of New York shall have jurisdiction in these matters.

**TUITION PAYMENT SCHEDULE POLICY**
Tuition and fees due dates for the first billing period:
First-year and Second-year students: August 1
Third- and Fourth-year students: July 1
Tuition and fees due date for the second billing period is January 2nd for all students.

The first 50% of tuition and medical insurance fees is due on the above referenced dates. The dental insurance will be billed in full in the first term. Students will be billed for the second half of tuition and the second half of medical insurance fee in November. All other college fees will be billed on the first billing period.

In the event that the balance is not paid in full in accordance with the above referenced due dates or officially deferred by the NYCOM Office of Financial Aid, the student account will accrue interest. Interest charges will be assessed at the rate of 12% per annum based on the outstanding balance at the end of each month. Interest will continue to be assessed on any outstanding balance until the account is paid in full, even if the student applies for financial aid and receives financial aid after the due dates referenced above. Interest charges will not be waived.

There are payment plan agreements available www.tutionpayenroll.com. We encourage students to apply for financial aid by April 1.

Students applying for financial aid must complete a FAFSA. You may complete the FAFSA online by visiting www.fafsa.ed.gov. Contact the NYCOM Office of Financial Aid at (516) 686-7960, if further assistance is needed. Questions regarding a balance due should be directed to the Office of the Bursar at (516) 686-7510 or via e-mail at bursarow@nyit.edu. Office hours are Monday-Friday, 9 a.m. - 5 p.m.

**TUITION REFUND POLICY**
A student who withdraws or is suspended or dismissed will be granted a refund or reduction of liability in accordance with the following schedule:
1. Withdrawal, suspension or dismissal at any time from the date of the student's registration to the day before the first scheduled day of the first half of the year: 100% refund on the tuition and fees for the billing period.
2. Withdrawal, suspension or dismissal at any time during the first week of the first half or second half of the year: 75% refund of tuition only for the billing period.
3. Withdrawal, suspension or dismissal at any time during the second week of the first half or second half of the year: 50% refund of tuition only for the billing period.
4. Withdrawal, suspension or dismissal at any time during the third week of the first half or second half of the year: 25% refund of tuition only for the billing period.
5. Withdrawal, suspension or dismissal at any time after the start of the fourth week of the first half or second half of the year: no refund.
Fees as outlined in catalog (including $1500 Enrollment Confirmation Deposit) are not refundable and must be paid.

All requests for refunds will be based on the date on which the NYCOM Office of the Registrar receives notification of a request for withdrawal or the date of the suspension or dismissal letter.

11

**ENDORSING STUDENT LOANS CHECKS** (does not include EFT disbursements)
Bursar will send mail/email notification of loan checks to be endorsed by students.
Student has 30 days to endorse any check. Failure to endorse the check will result in interest charges.

**REFUNDS**
Any student who has a credit balance on his/her account will be issued a refund. Federal regulations state that the school has 14 days to return any balance from Title IV funds. All other refunds can be obtained by completing a refund request form obtained in the bursar's office. All refunds will be mailed to the student. It is the student's responsibility to ensure his/her address is updated in the Registrar's Office.

**REFUNDS OF UNEARNED FUNDS TO LENDER**
In the event of a withdrawal, suspension or dismissal, the student may have not earned all of his/her Title IV funding. If the total amount of Title IV funding assistance that was earned by the student is less that the amount that was disbursed to the student as of the withdrawal, suspension or dismissal date, the difference between the two amounts will be returned within 30 days to the Title IV programs in the following order:

Federal Unsubsidized Stafford Loans
Federal Subsidized Stafford Loans
Federal Perkins Loan
Federal Grad Plus loan

Other assistance under Title IV for which a return of funds is required
Financial aid students who withdraw or are dismissed will enter their grace periods or repayment status depending upon provisions of the loan.

**SATISFACTORY ACADEMIC PROGRESS (SAP) STANDARDS FOR TITLE IV FUNDING**
    I. In order to retain Title IV Financial Aid funding, students must meet NYCOM's SAP standards:
- successfully complete all of their courses/clerkships/(no course failures)
- complete their degree requirements within 6 years (150% of the standard 4 years) of the July 1st start of the academic year of initial enrollment (no later than June 30).

    II. Unsatisfactory Academic Progress and the Appeal Process
    If a student does not meet the SAP standards which are reviewed continuously throughout the year at the end of each course or clerkship, the student is dismissed from NYCOM. The student may appeal the UAP/dismissal status by submitting a written letter petitioning to repeat the year to the Associate Dean of Student Affairs by the date in the dismissal letter. A hearing will be scheduled to address the student's petition. If the Committee supports the student's petition, the Dean can decide to allow the student to repeat the current curriculum on an academic probation status. During the probation period, the student is eligible to receive financial aid. If the student successfully completes the probation period, the student is permitted to continue at NYCOM and remains eligible to receive Title IV Financial Aid. Failure to successfully complete the probation period results in a final (no appeal) dismissal from NYCOM. (Please refer to Section IV Academic Affairs Information, part III Unsatisfactory Academic Student Performance in this Handbook.)

## SECTION III – STUDENT AFFAIRS INFORMATION

All non-academic aspects of the student experience are coordinated by the NYCOM Division of Student Affairs. The following offices are part of the division: Admissions; Financial Aid; Student Life, Institutional Research & Compliance; Events Planning, Health Careers Opportunity Grant Program (HCOP) and Student Administrative Services including Alumni Affairs;  Equity and Opportunity Programs; Medical Student Performance Evaluation, Graduate Programs and Registrar.

## REGISTRATION
### Incoming Students
All first year incoming students will register during the Orientation Program held in August prior to the start of classes. Students will receive more information about registration during the summer months prior to the Orientation Program.

### Continuing Students
Second year students will register in the spring prior to the beginning of the 2nd academic year.  Second year student's coursework is predetermined and is the same for most students. Registration will involve verifying address and other demographic information and is mandatory. Registration for elective courses will start two weeks before the course begins and end after the first-class meeting.

Third and Fourth year students will register in the spring prior to the beginning of the academic year. Registration will involve verifying address and other demographic information and is mandatory. Changes to your clerkship schedule must be made at least one month prior to the start of the clerkship and cannot be made without approval from the Office of Clinical Education. Students are expected to update their clerkships on Matchsticks.

### Registration for Elective Courses
Students registering for elective courses must complete a drop/add form and submit it to the Office of the Registrar.  No additions may be made after the first day of the elective course. Elective courses dropped during the first two weeks of the elective course will be deleted from your record.

Students may withdraw from an elective course up to the midpoint of the course.  An elective course from which a student withdraws will be indicated as a "W" grade on a transcript.

NOTE: You must officially withdraw from an elective course to avoid receiving a failing grade. If you just stop attending the elective course without following the necessary procedure, you will be given a failing grade.

### Diploma Application
Toward the conclusion of the 3rd year, students will complete a diploma application form specifying the name that will appear on the graduate's diploma and the appropriate address where the diploma will be mailed.  If a student's name should change at some point during the graduation year at NYCOM, all required paperwork must be completed and submitted to the Office of the Registrar no later than February 28 of the graduation year.

## LEAVE OF ABSENCE PROGRAMS
In order to be eligible to apply for a Leave of Absence, a student must be an active (attending classes) student. A student already on a leave of absence is not eligible to apply for another leave of absence or withdraw from the College during the leave period.

13

**Medical/Military Leave of Absences**

A student who is attending classes/clerkships and needs to spend a period of time away from NYCOM for documented medical reasons or military service may apply for an Official Medical/Military Leave of Absence. The student must be able to return to NYCOM in 180 days or less. If a student cannot return in 180 days, the student must withdraw. For Financial Aid purposes, the student is considered to be in school. Failure to return from the leave by the end of the 180 day period will result in a status of withdrawal utilizing the original LOA date as the date of withdrawal. There is a possibility that the student may owe tuition, fees and health insurance. Upon returning from the LOA, any outstanding balances must be paid. In addition, it is advisable that all health insurance fees for the Leave period be paid prior to the start of the LOA. Prior to the student returning to classes at the end of the LOA period, all health insurance fees and any outstanding balances must be paid.

**Grading –**

The student will receive grades of W (if passing at the time of leave approval), WF (if not passing at the time of leave approval) for the courses/clerkships in progress and the final grades for all completed courses/clerkships.

**Please note:** Any student granted a Medical/Military Leave of Absence from NYCOM cannot take any other graduate courses during the leave period.

**Please note:** If a student qualifies for a Medical Leave of Absence and is on Academic Warning at the time of the request for Medical Leave of Absence, when the student returns to NYCOM, he/she will return on Academic Warning.


**APPLYING FOR MEDICAL/MILITARY LEAVE OF ABSENCES**

1. The Student must be active (attending classes/clerkships and not another leave of absence) and complete and sign a Request for a Leave of Absence form (available from the Assistant Dean of Administrative Student Services). Supporting documentation, such as a letter from the physician (including diagnosis, prognosis, and expected leave period including date of return) for medical reasons must accompany the request form. The completed request form including the appropriate departmental signatures must be submitted in person on the NYCOM campus for approval to the Assistant Dean of Administrative Student Services. The student will receive notification of the decision to approve or deny the Leave of Absence request.

2. Before a student will be re-instated from any leave, a Request to Return from a Leave of Absence form, which can be obtained from the Assistant Dean of Administrative Student Services, must be completed with all the appropriate departmental signatures and submitted to the Assistant Dean of Administrative Student Services prior to the scheduled return date. For a medical leave of absence, the student must receive medical clearance from a physician chosen or approved by NYCOM.

**Please note**: Any student on a Leave of Absence is considered enrolled not attending for Insurance purposes.

**Please note**: a student can be approved for only one leave of absence in any academic year. In addition, combined months for all Leave of Absences cannot exceed 18 months for the duration of the completion of the D.O. degree.

**Please note**: a student on a medical leave must submit written documentation from a NYCOM approved physician chosen or approved by NYCOM approving the student's return to classes.

14

## WITHDRAWING FROM NYCOM

A student must complete and submit a Request for Withdrawal Form in person at the NYCOM's Office of the Registrar in order to be entitled to an official withdrawal. The form requires approval of the Assistant Dean of Administrative Student Services. The official date of withdrawal is the date the form is submitted to the Office of the Registrar. Depending upon the date of withdrawal, the student may be required to repay all or some of the financial aid received. Please consult a financial aid officer for additional information.

## REINSTATEMENT TO NYCOM

A student who has withdrawn may apply for reinstatement within one year of the date of withdrawal. The student must complete a Request for Reinstatement Form which is available in the Office of the Registrar and requires approval of the Assistant Dean of Student Administrative Services. Please note: a student who has a U grade in a completed course during the withdrawal year and/or a WF grade in the course which was in progress at the time of withdrawal is not eligible for reinstatement.

## RE-ADMISSION TO NYCOM

A Pre-Clinical student who has withdrawn may apply for re-admission to start the first year after two academic years following the date of withdrawal. At that time, the student must complete and submit an Application for Re-admission to the Office of Admissions following the procedures and meeting the eligibility criteria as outlined in the NYCOM catalog effective at the time of re-application. MCAT scores may not be more than three years old.

A Clinical student who has withdrawn may apply for re-admission after one academic year following the date of withdrawal. At that time, the student must complete and submit an Application for Re-admission to the Office of Admissions.

## TRANSFERRING TO ANOTHER MEDICAL SCHOOL

A student may apply to transfer to another medical school after completing the first two years of course work at NYCOM. A letter of request accompanied by supporting documentation must be submitted to the Associate Dean of Academic Affairs clearly explaining the extraordinary circumstances warranting a transfer. A personal interview with the Associate Dean of Academic Affairs will be scheduled to review the request. If the request is supported, the student and the medical school into which the student wishes to transfer will receive a formal letter of support from the Associate Dean of Academic Affairs, following direct communication with the Dean of the medical school into which the student is transferring.

## REQUEST FOR VERIFICATION OF ENROLLMENT / GOOD STANDING

All requests by students for verification of their enrollment or academic standing must be made in writing to the Registrar. All requests will be mailed directly to a third-party. Exceptions due to special circumstances will be made at the discretion of the Registrar on a case-by-case basis. If the verification letter must be mailed with accompanying materials, those materials should be included with the verification request. If there is a form from a third party that must be completed, please include that form with your request. If a particular account or reference number or any other specific information should be indicated in the verification letter, be sure to include it on the request. Letters of "Good Standing" will only be written for students who are in good academic standing and have no academic or disciplinary proceedings in progress or financial obligations to the College.

## TRANSCRIPTS

Requests for academic transcripts can be made online through the following two sites:

1. http://www.getmytranscript.com.

There will be a $10.00 processing fee for each official or unofficial transcript requested. Payment can be made by credit card.

2. http://nyit.edu/nycom/students/resources/

Go to the bottom under Forms: NYCOM Transcript Request form.

Print it out and either fax it or mail it to the address on the bottom of the form.

Payment with this form can be made by money order or credit card.

Only unofficial transcripts can be released directly to students.

In order for a transcript to be official, it must be mailed directly to a third party.

Exceptions due to special circumstances will be made at the discretion of the Office of the Registrar on a case- by- case basis.

## MENTAL HEALTH COUNSELING

Confidential mental health professional counseling is available to all NYCOM students to assist them in coping with the stresses of medical school. Counseling services include:

    a.    NYCOM has consulting agreements with an off campus psychiatrist and psychologist. Further information and referrals are available in the Office of the Associate Dean of Student Affairs, Serota Building, Room 213.

    b.    NYCOM's Academic Health Center provides mental health counseling services from a psychologist. Students can schedule appointments at the Academic Health Center in the Riland Building – Tele # 516-686-1300.

    c.    The NYIT Counseling and Wellness Center provides mental health counseling from mental health counselors, MSW's and psychiatrists to NYCOM students on the Old Westbury campus, Theabold Hall room 401, Tele # 516-686-7976.

Please note: To support the student Mental Health Counseling Services, NYCOM has established a Behavioral Intervention Team (BIT) whose members from multiple divisions at NYCOM meet regularly to track patterns, trends and disturbances in individual and group behavior. The team requests reports from all members of the NYCOM community of disrupting or concerning behavior of any member of our community. The team then uses its resources for support, required intervention, response and appropriate follow up.

## ACADEMIC ADVISEMENT/TUTORING SERVICES

NYCOM Learning Specialists and members of the faculty are readily available on an appointment basis for academic advisement. Students are encouraged to consult with faculty. Students are encouraged to actively participate in the establishment of an effective and working rapport with the faculty or members of the administration. Students experiencing academic difficulty should seek assistance early in their careers at NYCOM from a Learning Specialist.

## REASONABLE ACCOMMODATIONS AND DOCUMENTATION

NYCOM is committed to making its programs accessible to all qualified students. Reasonable accommodations will be made when necessary. In determining what constitutes a reasonable accommodation, the College will consider costs of the requested accommodation and the impact on the educational program. NYCOM will evaluate each situation on an individual basis. Once accepted for admission, students must take responsibility for providing appropriate documentation of their disability and requesting accommodations. The documentation must clearly identify the disability and also provide specific information on the disability and

16

any accommodations needed to remediate the disability. A student who requires an accommodation must make it known to a Learning Specialist before the accommodation is needed. The accommodations will be implemented by the academic departments. NYCOM reserves the right to ask for specific types of documentation.

**RECORDING OF LECTURES**
Taping of lectures or verbatim or near verbatim transcribing of lectures is not required of faculty by the administration of NYCOM and is strictly at the discretion of the instructor. In all instances, prior approval of the instructor must be obtained by the student. Arrangements can be made through a Learning Specialist for permission to tape all lectures in the case of learning disabilities.

**OFFICIAL MODE OF COMMUNICATION**
Email is the official form of communication for all NYCOM students. At the time of enrollment, each NYCOM student is assigned a NYIT e-mail address. All notifications of academic information, events, departmental news, handbook addendums, etc. will be sent through the e-mail system and will be posted on the NYCOM website.

**PUBLICATION OF SCIENTIFIC AND OTHER PAPERS BY STUDENTS**
In the course of a student's study and work at the New York College of Osteopathic Medicine, students may participate in research and other programs leading to articles which are acceptable for publication. Students are subject to the same rules as the faculty in the publication of such material; namely, all involved investigators (including students), attending physicians, etc., must be consulted; this includes all departmental committees in the area involved and the chairperson of the department.
The proposed publication must be submitted to the Institution's Research Committee for their views and approval prior to submission for publication; no articles are to be submitted for publication without such approval.

For further information, contact the Associate Dean of Research.

**STUDENT ACTIVITIES**
The Office of Student Life works with individual students and groups to help develop extracurricular activities. Participation in these activities constitutes an integral part of the total educational experience and provides a background of valuable experience for personal development. An organization fair will be held at the beginning of the academic year to introduce students to the many and varied organizations existing at NYCOM.

**SHADOWING/MENTORING EXPERIENCES**
It is a violation of the law and against the policy of the college for any unlicensed person to attempt to engage in the professional practice of health care. A student, therefore, is required to confine such activities to duly licensed and supervised teaching sites. A NYCOM student is covered by the College's malpractice insurance only if the student is enrolled in a program approved or sponsored by the College.

**STUDENT GOVERNMENT ASSOCIATION & ORGANIZATIONS**
The Student Government Association (SGA) serves as the official representative organization for the NYCOM student body and aims to:
1. Promote the highest academic, professional, and ethical standards in the study and practice of osteopathic medicine;

17

2. Provide an effective means of communication and representation for the student body to NYCOM/NYIT administration, faculty, and staff on all issues involving the curriculum, co- curricular programs and services, policies and procedures, quality of life, and the daily operation of the college;

3. Provide representation of the student body to the American Osteopathic Association (AOA),the

4. American Association of Colleges of Osteopathic Medicine (AACOM), the Council of Osteopathic Student Government Presidents (COSGP), and the entire osteopathic profession;

5. Promote the organizational objectives and uphold the ethical standards of the American Osteopathic Association (AOA), the American Association of Colleges of Osteopathic Medicine (AACOM), the Council of Osteopathic Student Government Presidents (COSGP) and the New York College of Osteopathic Medicine (NYCOM) of New York Institute of Technology (NYIT);

6. Promote student involvement and participation in academic, professional, and co-curricular activities that enhance quality of life and benefit the college community and the osteopathic profession. The SGA is governed by its Constitution and Bylaws and consists of an executive committee, class officers, and multiple committees with representatives from all classes. Additionally, the SGA recognizes and supports over twenty six (26) student organizations including professional, special interest, and social groups that all contribute to the academic and co-curricular environment of the medical college, the community, and the osteopathic profession. (All SGA Officers, Class Officers, Committee Members and Organization E-board members begin their terms July 1).

All NYCOM students are members of the SGA and are eligible and encouraged to participate in all aspects of the organization including SGA-sponsored activities and SGA-recognized student organizations.

## POLICIES OF THE OFFICE OF STUDENT LIFE

Students and or student organizations wishing to sponsor extracurricular activities which include speakers must submit the proposal for the project to the Director of Student Life to receive permission to schedule a speaker. No SGA organizations can commit the College to conferences, programs or workshops without permission of the Director of Student Life which must be requested in writing to the Director at least 30 days in advance. No student may give an extra curricula lecture without the permission of the Director of Student Life and the student must select a mentor (a staff or faculty member) as well as possess a degree in the lecture subject. No SGA recognized national or local organization on campus can use credit card applications as criteria for membership nor will a credit card be offered in the context of a SGA recognized organization. All financial programming from national affiliations/organizations must be reviewed with the Office of Student Life and the Office of Financial Aid to determine the validity of the program.

## VOTER REGISTRATION *(How and Where to Register To Vote)*

You have the following choices:

1. register in person at the Nassau County board of elections or at any New York State Agency-Based voter registration center

2. call the **1-800-FOR-VOTE** hotline to request a voter application

3. download a PDF version of the New York State Voter Registration Form through the following link:http://www.nassaucountyny.gov/agencies/boe/voter_registration.html
Print the form, complete and sign it, and mail it to the following address:

Nassau County Board of Elections
400 County Seat Drive
Mineola, NY 11501-4800

In addition, students may obtain a paper voter registration form in the Office of Student Life which is located on the second floor of the Serota Building (NYCOM III).

## POLICY ON STUDENT ATTENDANCE AT CONFERENCES/ CONVENTIONS

NYCOM supports student attendance at conferences/ conventions as an educational enrichment activity.

**A. AOA Conference** -- NYCOM will support second year students attending the AOA Conference to provide the students with exposure to the osteopathic profession's annual conference. As such, second year classes will not be scheduled for two days in order to encourage attendance. Applications and financial support for housing will be managed by the SGA and the Director of Student Life.

**B. AAO Convention** -- NYCOM will support third year students attending the AAO Convention as a curricular enhancement by providing additional education in, and exposure to, Osteopathic Manipulative Medicine. Applications to attend the Convention are available from the Assistant Dean of Student Administrative Services. Applications will require approval of a dean from both Academic Affairs and Student Affairs.

**C. New York State Conference** -- NYCOM will support students to attend the New York State Osteopathic Medical Society/ Eastern Regional Osteopathic Conference (EROC) to provide exposure to our State osteopathic membership organization. Afternoon Pre-Clinical classes will not be scheduled on the Friday of the Conference and funding will be provided for food at the event. Applications to attend the Conference will be available from and approved by the Assistant Dean of Administrative Student Services.

**D. Other Conferences** -- NYCOM will review individual student requests to attend one national conference per year if the student is representing NYCOM as an officer in the NYCOM local chapter of the national organization, or is making a presentation at the conference. First year students are not eligible. Applications to attend the Conference will be available from, and approved by, the Assistant Dean of Administrative Services. The Associate Dean of Academic Affairs, or designee, will approve the request for an excused absence for this reason.

Please note: membership fees cannot be applied to cover travel costs for conferences/conventions.

## HOUSING

The NYCOM Office of Student Life maintains records and listings of available housing off-campus and every effort is made to assist our students in this area. The New York Institute of Technology Housing Office also maintains a listing, which is available to the NYCOM students. Housing will be posted on the intranet Web Board under that heading. Note: All students living in NYIT housing must abide by the policies and regulations as stated in the NYIT Student Handbook.

## MEDICAL STUDENT PERFORMANCE EVALUATION (MSPE)

The MSPE is a summary of a student's performance while at NYCOM. It is not a letter of recommendation or a prediction of future performance. The MSPE describes, in a sequential manner, a student's performance through three full years of medical school. The MSPE includes both the student's academic performance and professional attributes. MSPE's are composed for each student during the student's third year. The process begins in November of the student's third year and continues until October of the student's fourth year.

Students are required to submit a completed on-line questionnaire in the beginning of January of their third year, which will provide some of the information that is necessary to compose the MSPE. The Office of Student Administrative Services cannot guarantee that the MSPE will be completed to meet program deadlines if the form is submitted after the due date. Students are urged to make every effort to ensure that clinical supervisors submit completed third-year evaluations to the Office of Clinical Education upon completion of the student's hospital clerkships.

The Office of Medical Student Performance Evaluation (MSPE) will have all letters completed by the end of October of a student's 4th year in order for letters to be scanned and uploaded for ERAS for the upcoming match. No changes to content will be accepted after July of the student's 4th year. Students are permitted to review and edit letters before transmittal. Appointments to review letters can be made by contacting the Assistant Director of Medical Student Performance Evaluations. Students who are applying for a special match (San Francisco, Military, etc.) must inform the office at the beginning of the process.

**ALUMNI ASSOCIATION**
The NYCOM Alumni Association was formally established in 1993. The Alumni Association has continued to grow and develop along with the College. NYCOM has over 5,700 alumni practicing throughout the United States and in Thailand, Japan, Israel, Scotland and Haiti in all areas of medicine.

The purpose of the Alumni Association is to foster goodwill among the alumni and others associated with NYCOM and to promote the highest standards of education while enhancing the general welfare and prestige of NYCOM, to encourage communication among the College's alumni, students, faculty, and staff, to assist and coordinate the efforts of individual alumni to achieve these objectives, to assist the College in the achievement of the objectives and mission as determined by the College's administration and Board of Governors and to recommend alumni for special recognition for their accomplishments in enhancing the prestige of NYCOM and/or osteopathic medicine.

Alumni are encouraged to continue their relationship and involvement with the College by becoming an active member of the Alumni Association. A strong membership determines the success of the Association and alumni are instrumental in making this Association a success with their support, opinions, suggestions, and active involvement. Each graduate becomes a member upon graduation; however, yearly dues must be paid to be a voting member. Paid membership entitles alumni to vote and run for office. You can contact the Office of Alumni Affairs by calling 1-800 NYCOMGR or by e-mailing nycomalumni@nyit.edu.

## SECTION IV – ACADEMIC AFFAIRS INFORMATION

### I. ACADEMIC POLICIES

#### A. ACADEMIC INTEGRITY/HONESTY POLICY

The foundation of academic work is intellectual integrity, credibility, and trust. A learning community can only be maintained if its members believe that their work is judged fairly and that they will not be put at a disadvantage because of another member's dishonesty. For these reasons, it is essential that all members of the NYCOM community understand our shared standards of academic honesty. Academic integrity is the pursuit of scholarly work in an open, honest, and responsible manner. Academic integrity is a basic guiding principle for all academic activity at NYCOM, and all members of the College community are expected to act in accordance with this principle. Academic integrity includes a commitment not to engage in or tolerate acts of falsification, misrepresentation or deception in the completion of academic work. Such acts of dishonesty violate the fundamental and ethical principles of the NYCOM community and compromise the worth of work completed by others.

1. No student shall offer false information for College records, shall forge or alter College records, or shall submit fraudulent documents to the College for admission, enrollment or graduation purposes.
2. No student shall offer any term paper, essay, report, or other written assignment prepared by or purchased from anyone else.
3. No student shall commit plagiarism by appropriating all or part of the literary composition of someone else and offering it as his/her own writing, ideas, or language.
4. No student shall cheat by using false pretenses, tricks, devises, artifices, or deceptions to obtain credit on any examination or in any College course.
   a. Do not look in the direction of another student's paper. This is considered cheating and will be reported.
   b. Any writing on desks, clothing, body parts, papers, or any other object in the vicinity of your examination seat will be considered cheating.
   c. Possessing or using unauthorized notes, texts, or other aids during an examination, quiz, or other assignment is considered cheating.
5. Any student who witnesses other students behaving dishonestly is obligated to report such conduct to the Associate Dean of Student Affairs. Failure to do so constitutes dishonest behavior on that student's part.

#### B. TEST-TAKING ENVIRONMENT POLICY

Establishing an optimal test-taking environment is important for institutions of higher learning, especially for those in which examinations may represent "high stakes" assessments, such as medical schools and licensing boards. Issues such as test security, and examinee comfort and safety, are high on the list of priorities, and are continually under review and enhancement in order to create a desirable testing environment.

In keeping with the above, the following are in effect:

Examination Regulations:

1. Faculty presence- there will be faculty representation throughout each examination period. System Directors/Course Directors will be in attendance, or designate a faculty member to represent them.
2. Nothing shall be brought to the seat with the student. This includes books, papers, backpacks, notebooks, or purses. Please leave these items in your locker or locked car. NYCOM will not take the responsibility for any items left unattended in the halls or back of the classroom.

21

3. Coats/hats- will not be allowed in the seating areas of the examination room. Accommodations will be given for religious headwear.

4. When you enter the examination room, take your seat quickly and quietly. Do not begin the exam until instructed to do so.

5. Make sure you have filled in your name and Super Secret Password on the scantron sheet if it is not preprinted. Make sure you allow time to "bubble in" your answers prior to the end of the exam. When you are told the exam has ended, put down your pencil and hand in your papers as instructed.

6. Bathroom privileges- if students need to use the bathroom during the examination period, they must turn in their exam and will not be allowed to return to the examination room. The exam is then considered completed for such students and graded accordingly. Accommodations will be given for those with documented medical conditions that result in urgent/frequent use of bathroom facilities.

7. Food/fluids- will not be allowed in the examination room; this includes water bottles, and other fluid and food containers.

8. Cell phones/communication devices will not be allowed in the seating areas of the examination room.

9. Students may not bring calculators to the exam. For exams where calculators are required, the proctors will provide them.

10. Talking/conversation is prohibited in the examination room and practical testing site. This includes conversation occurring outside the practical testing site upon completion of the exam.

## C. ANATOMY LAB POLICY

Formaldehyde and phenol occur in minute concentrations that are below OSHA's permissible exposure limits in our anatomy lab. While the NYIT Office of Environmental Health and Safety believes that there is not a general exposure hazard to these chemicals, students who are pregnant may wish to consult with their physician about the possible risks of exposure to volatile organic compounds (VOCs) in the anatomy lab.

Pregnant students may obtain a waiver of the attendance policy by submitting to the Office of Pre-Clinical Education a completed Waiver of Mandatory Attendance Policy for Hospitalization or Serious Extenuating Personal Circumstances form, along with corresponding documentation from their physician. The mandatory attendance policy as it pertains to the Gross Anatomy lab sessions and Neuroanatomy lab sessions will be waived for pregnant students, pending receipt of the completed waiver form and the corresponding documentation. During the time that they are pregnant, such students will have any Gross Anatomy and Neuroanatomy lab absences recorded as "excused" and will not be marked absent if they arrive late or leave early. Furthermore, students who choose not to attend one or more Gross Anatomy laboratory sessions will be advised by the Anatomy faculty and may make use of alternative resources provided by the Anatomy Department. Students who choose not to attend one or more Neuroanatomy laboratory sessions will be advised by the Neuroscience faculty as to how to make use of alternate resources provided by the Neuroscience Department.

Gross anatomical dissections take place over 28 three-hour sessions in the anatomy lab. Because dissection requires standing for extended periods of time, pregnant students are further encouraged to take frequent breaks for rest and water. Upon the request of the pregnant student, hooded positive-pressure breathing masks with filters to remove all VOCs from the air will be provided at no cost to the student. In addition to the Gross Anatomical dissections and corresponding lab exams, there are eight two-hour Neuroanatomy lab sessions that take place in the Anatomy lab for which the masks and filters may also be used upon the pregnant student's request.

22

There are a total of four 40-minute gross anatomy lab exams that also occur in the anatomy lab. Pregnant students are required to take all four lab exams. At the student's request, we will provide breathing masks for the duration of the exam.

### D. ATTENDANCE POLICIES

NYCOM has mandatory attendance policies.

Specific details of the current policies are published as follows:

1. The Pre-Clinical Education policy will be posted on the pre-clinical web site/ Moodle at the beginning of the academic year.
2. The Clinical Education policy is included in the Third and Fourth Year Clinical Clerkship Manuals. Students are expected to review and comply with these published policies.

### E. PRE-CLINICAL EDUCATION DRESS CODE POLICIES FOR OMM LABORATORY, DOCTOR PATIENT RELATIONS (DPR), ANATOMY LABORATORY, AND INSTITUTE FOR CLINICAL COMPETENCE (ICC)

#### 1. OMM Laboratory Dress Code Policy

As students are expected to dress and act in a professional manner, the following Technical Standards for Appropriate Attire for the OMM laboratory sessions apply. For the purpose of learning diagnostic and therapeutic manipulative skills, students must dress in the prescribed manner as outlined below.

Men are to always wear gym or bathing shorts, with length approximately to mid-thigh/above the knee. Women are to always wear gym shorts or swim shorts, with length approximately to mid-thigh, and a halter top with thin back strap or backless bathing suit or reversed shirt. Students may wear plain T-shirts and/or scrub wear when not the subject of examination or treatment, but must remove them when required in the particular laboratory session. The wearing of street clothes, sweat pants, or other types of clothing not specified herein, is not permitted. A dedicated set of scrubs must be used for OMM labs, and these cannot be the same ones used for anatomy lab.

The wearing of hats or other head coverings, except for religious and health reasons, is not permitted. The OMM curriculum includes the requirement of hand contact by a partner with the student's head. Students who cover their heads for religious reasons must participate and may wear a thin scarf-like cloth, substituting for the head covering.

During OMM Laboratory sessions or examinations, students are not to chew gum, eat candy or bring any food or drinks to the laboratory.

The dress code applies to all OMM laboratory sessions and examinations.

As per school protocol, adherence to this dress code is mandatory, and non-adherence may negatively affect the student's grade(s).

#### 2. Doctor-Patient Relations (DPR) Dress Code Policy

Students are required to wear OMM attire and their white coats. All students' clothing must accommodate abdominal exposure.

#### 3. Anatomy Laboratory Dress Code Policy

Proper attire for the anatomy lab is defined as follows:

1. A dedicated set of scrubs, to be worn only in the anatomy lab. These may be worn over an old sweatshirt if scrubs alone are not warm enough.
2. Closed-toed shoes. Absolutely no open-toed shoes or sandals are permitted.

23