3. Long hair must be tied back.
    4. No dangling jewelry or cuffs.
    5. Because contact lenses and cosmetics can absorb chemical vapors, we recommend that they not be worn in the lab.

4. **Institute for Clinical Competence (ICC) Professional Dress Code and Demeanor Policy**
Students are expected to dress and act in a professional manner during their scheduled sessions in the ICC. Professional demeanor includes arriving for scheduled events on time, following directions and treating patients with respect and dignity.

**Dress Code for the Standardized Patient (SP) ICC Sessions:** Professional attire is required of students during their time in the ICC. Students must wear a white coat for these exercises and evaluations and dress in a manner that is appropriate and that is befitting a physician. Students will not be permitted to work with Standardized Patients in the ICC if they are wearing jeans, street clothes, scrubs, sneakers, flip flops, sandals, etc. If we must turn students away for lack of proper dress, this will be considered an absence.

**Dress Code for the Robotic Simulator ICC Sessions:** Students must wear a white coat for all sessions. Scrubs are permitted. The wearing of hats or other head coverings, except for religious or health reasons, is not permitted in the ICC laboratory. No flip-flops allowed (must be closed toe shoes).

**Dress Code for the Workshop ICC Sessions:** Students must wear a white coat for all sessions. Scrubs are permitted. The wearing of hats or other head coverings, except for religious or health reasons, is not permitted in the ICC laboratory. No flip-flops allowed (must be closed toe shoes).

## F. PRE-CLINICAL EDUCATION MAKE-UP EXAMINATION/QUIZ POLICY

A make-up examination/quiz for pre-clinical LDB courses (or part of the Nervous System and Behavior course), may be given in exceptional circumstances (i.e., documented medical issues or verifiable emergencies) approved by the Assistant Dean of Pre-Clinical Education. A make-up examination/quiz for DPC courses (Clinical Science or Biopsychosocial Science), may be given in exceptional circumstances (i.e., documented medical issues or verifiable emergencies) approved by the Associate Dean for Academic Affairs. The make-up exam/quiz may be given in written, oral, or essay format. Students who take the make-up exam/quiz, reassessment exam, or remediate a course are ineligible to receive a grade of Honors (H) in that course.

## G. NYCOM RESEARCH HIATUS

A student who chooses to spend a period of time away from NYCOM to complete an approved research project may apply for a NYCOM Research Hiatus. The student must apply for and be accepted into a research program that is approved by the Associate Dean of Academic Affairs. The hiatus will be granted at the end of the third year of study and should be taken between the third and fourth years. To be eligible for a research hiatus, a student may never have been on academic warning or probation, failed a COMLEX or COMAT exam or been found guilty of a violation of the Code of Conduct. The student will be able to participate in the program for one academic year. The student on a research hiatus must submit written verification of participation for the year in the approved program from the administrator of the research facility and proof of a research project in order to return to classes at NYCOM. For Financial Aid purposes during the research hiatus period, the student will be treated as withdrawn and is not entitled to receive any type of financial aid.

## II. GRADING SYSTEMS AND POLICIES

### A. DOCTOR OF OSTEOPATHIC MEDICINE DEGREE

H – Honors (top 10% of each class)
P – Pass
F – Fail
I – Incomplete
S – Satisfactory
U – Unsatisfactory
WA – Withdrawn administratively
W – Withdrew passing
WF – Withdrew Failing
TC – Transfer Credit
CR – Assessment Credit

Please note: (1) The Honors grade (H) does not apply to the 800 level courses.
(2) The "I" and "U" grades are interim grades and must be resolved before the start of the next academic year. The interim grades of "I" and "U" shall change to a failing (F) grade if the student does not complete all work by the end of the allotted time.

### B. MASTER OF SCIENCE DEGREE IN NEUROMUSCULOSKELETAL SCIENCES

A Excellent
B+
B Good
C+
C Satisfactory
F Failure
W Withdrawal
I Incomplete
F – Withdrawal, failing
WA Withdrawal Administrative
TC – Transfer credit
CR – Assessment credit
R – Course repeated

### C. CLINICAL EDUCATION GRADING POLICY

Students can receive the following grades:

(H) Honors (3rd Year Clerkships Only) – An overall grade of "5" (out of a possible 7) or higher on the Student Performance Evaluation Form and score within the Top 10% of the class on the Quarterly Comprehensive Osteopathic Medical Achievement Test (COMAT), and submission of Clerkship Feedback Form and PELS & DEALS. Honors (H) cannot be obtained unless the COMAT Examination is taken during the quarter within which the Clerkship was completed.

(P) Pass – Passing a Clerkship requires satisfactory performance in the Clinical Component, demonstrated by receiving an overall rating of "2" or higher on the Student Performance Evaluation Form, submission of the Clerkship Feedback Form, and submission of Clerkship PELS & DEALS no later than two (2) days following the end of the Clerkship.

25

(U) Unsatisfactory—Grade assigned in instances when students are unsuccessful in passing a clinical clerkship or non-submission of PELS & DEALS within two (2) days of the end of the clerkship. If the student is unsuccessful in passing the Clinical Component (i.e., an overall rating of "1" on the Student Performance Evaluation Form) the student will be required to enroll in a remediation of the clerkship. This will involve assignment to a Hospital/Clinic selected by the Office of Clinical Education with the appropriate Clinical Chairperson.

When a student earns an Unsatisfactory (U) final grade clerkship, that student will automatically be placed on Academic Warning until that clerkship has been passed. Please refer to the section on Academic Warning. The "U" grade is an interim grade, and must be resolved before the start of the next academic year. At the end of the year, if the student has successfully remediated the clerkship, the grade of "U" will change to the grade of "P". If the student does not successfully remediate, the grade of "U" will change to the grade of "F" (Failure), and the student will be subject to dismissal.

(W) Withdrawal—In situations when a student must withdraw from a clinical clerkship (with permission of the Office of Clinical Education) and is unable to perform all academic requirements necessary to receive academic credit.

(WF) Withdrawal, failing

(F) Failure—If a student is unsuccessful in passing a remediated clerkship OR fails to successfully pass a second clerkship, the student will receive a Failure (F) in that clerkship, and will be subject to dismissal from the College. In this case, the original Unsatisfactory (U) grade from the first clerkship will be changed to a Failure (F).

### D. SATISFACTORY ACADEMIC PROGRESS (SAP) STANDARDS
In order for students to meet SAP standards, students must:
1. Successfully complete all their courses/clerkships/required seminars each year;
2. Complete their degree requirements within 6 years (150% of the standard 4 years) of the July 1st start of the academic year of initial enrollment (no later than June 30).

### E. GRADE APPEAL PROCEEDINGS
I. Initial Appeal
   a. Validity of Grade Appeal
      1. Any student may file a written grade appeal of his/her grade during an academic year with the Office of Pre-Clinical Education (first and second year students) or the Office of Clinical Education (third and fourth year students) explaining the reason for requesting a review of his/her grade.
      2. Following the receipt of the appeal letter, the appropriate Dean will meet with the student within a reasonable period of time to determine the validity of the grade appeal.

II. Investigation of Grade Appeal
   a. The designated dean of the Office of Pre-Clinical Education or the designated dean of the Office of Clinical Education will investigate the grade appeal further by communicating with the appropriate department chair/course director and/or the appropriate hospital director of medical education to obtain the pertinent documentation.
   b. Upon acquiring the pertinent documentation, the designated dean of the Office of Pre-Clinical Education or the designated dean of the Office of Clinical Education will review the facts.

III. Decision Determination

   a. After reviewing the pertinent documentation, the designated dean of the Office of Pre-Clinical Education or the designated dean of the Office of Clinical Education will render his/her decision to the student in writing.
   b. The designated dean of the Office of Pre-Clinical Education or the designated dean of the Office of Clinical Education will notify the appropriate department chair/course director and/or the appropriate hospital director of medical education of the decision.
IV. Final Appeal
   a. If the student is dissatisfied with the decision of the designated dean of the Office of Pre-Clinical Education or the designated dean of the Office of Clinical Education, he/she can request a review of the decision by delivering a written request to the Associate Dean of Academic Affairs no later than 10 business days from the date of the initial decision letter.
   b. Upon receipt of the written request for review, the Associate Dean of Academic Affairs will request a summary from either the designated dean of the Office of Pre-Clinical Education or the designated dean of the Office of Clinical Education.
   c. The Associate Dean of Academic Affairs may invite the student to a session to discuss the decision.
   d. The Associate Dean of Academic Affairs shall make one of the following determinations in regard to the appeal:
      1. Affirm the decision of the designated dean of the Office of Pre-Clinical Education or the designated dean of the Office of Clinical Education.
      2. Overturn the decision of the designated dean of the Office of Pre-Clinical Education or the designated dean of the Office of Clinical Education.
V. The Associate Dean of Academic Affairs shall deliver the decision in writing to the student as well as the designated dean of the Office of Pre-Clinical Education or the designated dean of the Office of Clinical Education within a reasonable period of time.

## III. UNSATISFACTORY ACADEMIC STUDENT PERFORMANCE IN A COURSE OR CLERKSHIP

### A. UNSATISFACTORY ACADEMIC STUDENT PERFORMANCE IN A LECTURE-DISCUSSION BASED CURRICULAR COURSE (LDB) OR A CLERKSHIP

When a student earns an Unsatisfactory (U) final grade in any one LDB course of study or clerkship, the student has a right to petition to continue their coursework or clerkships on Academic Warning and remediate the unsatisfactory course in the remediation period. The petition process includes the Student Progress Committee and the Dean. A student who does not elect to petition for continuation/remediation will be officially dismissed from the college.

#### 1. Remediation Policy

Students who have earned an unsatisfactory final grade in a LDB pre-clinical course (or part of the Nervous System and Behavior course) or clerkship may be approved to remediate that LDB pre-clinical course or clerkship at the end of the academic year.

Only one LDB pre-clinical course or clerkship may be remediated per student, per academic year. In such case, the student will be placed on Academic Warning status. A grade of Unsatisfactory (U) will be recorded on the official transcript until the pre-clinical LDB course or clerkship is successfully remediated, upon which the grade will be changed to Pass (P). If unsuccessful in remediating the pre-clinical LDB course or clerkship, the Unsatisfactory (U) will change to a grade of Failure (F), and the student will be subject to dismissal.

27

Students on Academic Probation Status are not eligible to remediate any pre-clinical course or clerkship. In such case, if the student earns an unsatisfactory final grade in a pre-clinical course or clerkship, the student will receive a grade of Failure (F) in that pre-clinical LDB course or clerkship and will be subject to dismissal from the College.

2. **Petition Process for Continuation/Remediation**
A student petitioning for continuation/remediation should follow the directions in the Dean's letter of unsatisfactory performance and submit a letter of petition to the Associate Dean of Student Affairs. The request for continuation/remediation should include the nature and degree of the problems encountered that has resulted in the unsatisfactory performance and the steps or plans taken or proposed to alleviate the situation. The Student Progress Committee will review the student's petition and advise the Dean on the appropriate next step including: continuation/remediation; approval to take COMLEX; or dismissal. The final decision will be made by the Dean after considering the advice of the Student Progress Committee and reviewing the student's written petition and the student's academic record. The Dean will make a final determination as to whether to approve the petition to continue on Academic Probation and repeat the unsatisfactory course. The Dean may request additional information or schedule a meeting with the student before rendering the decision. The decision will be sent to the student from the Dean's Office by e-mail and letter. This decision of the Dean constitutes final institutional action on behalf of NYCOM/NYIT.

3. **Academic Warning**
A student who is allowed to continue and remediate must contact the Learning Specialist regarding his/her Academic Warning Status within one week of being placed on academic warning to establish an individualized enrichment program. Failure to meet with the Learning Specialist or to comply with the terms of the enrichment program may result in dismissal. In addition, a student who has been placed on academic warning may not participate in any off campus school sponsored conferences, workshops or trips; may not hold an officer's position in any national or local College related organization (must resign any position held) or may not be elected to an honorary organization; and will not be eligible for a Leave of Absence (except personal medical or military; if a student who qualifies for a medical/military leave of absence and is on academic warning status at the time of the leave of absence, upon his/her return to NYCOM he/she will continue on academic warning).

4. **Academic Dismissal**
If a student earns an unsatisfactory final grade in a second pre-clinical LDB course or clerkship in the same academic year, the student will receive a grade of Failure (F) in that pre-clinical course or clerkship and will be subject to dismissal from the College. In this case, the original Unsatisfactory (U) grade from the first pre-clinical LDB course or clerkship will be changed to a grade of Failure (F). If a student is unsuccessful in remediating the pre-clinical LDB course or clerkship, the Unsatisfactory (U) will change to a grade of Failure (F), and the student will be subject to dismissal with the right to petition for reinstatement.
The student will be notified of the academic dismissal in writing in a letter from the Dean. Effective the date of the dismissal letter, the student is no longer permitted to attend classes or clerkships, laboratories, examinations or other college related activities.

## B. UNSATISFACTORY ACADEMIC STUDENT PERFORMANCE IN A DOCTOR PATIENT CONTINUUM CURRICULAR COURSE (DPC)

### 1. Academic Warning

Any Doctor Patient Continuum (DPC) student, who, by a DPC end of a term, fails to meet the minimum academic requirement for their Content Exam, Biopsychosocial Sciences, Clinical Skills, Clinical Practicum or Osteopathic Manipulative Medicine courses will automatically be placed on academic warning until (s)he receives a satisfactory grade. If the deficiency is in the areas of the Content Exam and/or the Biopsychosocial Sciences the student must contact the Learning Specialist within one week to establish an individualized enrichment program. Failure to meet with the Learning specialist or to comply with the terms of the enrichment program may result in dismissal.

In addition, a DPC student who has been placed on academic warning may not participate in any off campus school sponsored conferences, workshops or trips; may not hold an officer's position in any national or local College related organization (they must resign any position held) or may not be elected to an honorary organization; and will not be eligible for a Leave of Absence (except personal medical or military; if a student qualifies for a personal medical or military leave of absence and is on academic warning status at the time of the leave of absence, upon his/her return to NYCOM (s)he will be on academic warning).

### 2. Petition for Reassessment/ Dismissal

DPC students, who fail the DPC Biopsychosocial Science year, will be awarded a grade of Incomplete (I). DPC students may petition the Associate Dean for Academic Affairs for permission to sit for a comprehensive reassessment-examination. If permission is granted, and if the comprehensive reassessment exam is passed, the Incomplete (I) grade will be changed to Pass (P) for both terms. If permission to take the comprehensive reassessment examination is denied, or if the student is unsuccessful in passing the comprehensive reassessment exam, the Incomplete (I) will be changed to a grade of Failure (F) for both terms, and the student will be subject to dismissal with the right to petition for reinstatement.

The student will be notified of the academic dismissal in writing in a letter from the Dean. Effective the date of the dismissal letter, the student is no longer permitted to attend classes or clerkships, laboratories, examinations or other college related activities.

## C. STUDENT PETITION FOR REINSTATEMENT AFTER DISMISSAL

### 1. The Petition Process

A student on dismissal status has the right to petition to be reinstated to repeat the academic year. The petition process includes the Student Progress Committee and the Dean. A student who does not elect to petition for reinstatement will be officially dismissed from the college effective the date on the Dean's letter of dismissal.

A student petitioning for reinstatement should follow the directions in the Dean's letter of dismissal and submit a letter of petition to the Associate Dean of Student Affairs. The request for reinstatement should include the nature and degree of the problems encountered that has resulted in the academic dismissal and the steps or plans taken or proposed to alleviate the situation.

### 2. The Hearing/Determination Process

a. After receiving the letter of petition, the Associate Dean of Student Affairs will schedule a hearing for the student with the Student Progress Committee. Following the hearing, the Student Progress Committee will recommend to the Dean either that the petition should be denied and

29

the dismissal upheld or that the petition should be approved and the student should be allowed to repeat the current curriculum on probation as a member of the following year's class. (If a DPC student submits a letter of petition for reinstatement after being dismissed at the end of the first year and is allowed to repeat the first year, the student must return to repeat the first year on the LDB track.)

b. After considering the advice of the Student Progress Committee and reviewing the student's written petition and the student's academic record, the Dean will make a final determination as to whether to approve the petition to repeat the academic year. The Dean may request additional information or schedule a meeting with the student before rendering the decision. The decision will be sent to the student from the Dean's Office by e-mail and letter. This decision of the Dean constitutes final institutional action on behalf of NYCOM/NYIT.

Note #1: A student is permitted only one opportunity to repeat a year at NYCOM.

Note #2: A student approved to repeat an academic year will be charged 50% of the normal tuition charges of any repeated billing period of the year that they had already paid 100% of that billing period in the year of the dismissal. The student will pay full fees in the repeated year.

### D. ACADEMIC PROBATION

Following the petition process, if a student is granted the right to repeat an academic year as a member of the following year's class, the student will be placed on academic probation until graduation. Within the first two weeks of the beginning of the repeated academic year, a student who has been placed on academic probation is required to meet with a Learning Specialist to arrange an academic enrichment plan. Earning an Unsatisfactory (U) grade in any LDB Preclinical course (or part of the Nervous System and Behavior course), failure to meet the minimum standards (as described below) in a DPC Preclinical course or earning an Unsatisfactory (U) grade in a clerkship during the probation period will result in immediate dismissal from the College. In addition, during the probation period, the student may not participate in any off campus school sponsored conferences, workshops or trips; may not run for or hold an officer's position in any national or local College related organization (must resign any position held) and may not be elected to an honorary organization.

DPC Preclinical students please note the following policies regarding Probation:
1. DPC Students repeating the first year:

If a DPC student is approved to repeat the first year after being dismissed at the end of the first year, the student must return to the first year in the LDB track, with conditions as described above.

2. DPC students repeating the second year:

If a DPC student is approved to repeat the second year, the student will be allowed to repeat the second year curriculum as a member of the following year's DPC class.

DPC students on academic probation are not eligible to take reassessment exams. DPC students on academic probation, who fail to achieve a minimum grade of 70% in any of the DPC courses (DPC 602 – Biopsychosocial Sciences III; DPC 603 – Clinical Sciences III; DPC 604 – Biopsychosocial Sciences IV; DPC 605 – Clinical Sciences IV), will be dismissed from the College. In addition, for each of the respective courses, earning a final course grade of less than 70% for overall OMM written, overall OMM practical, or less than 65% content exam average (midterm and final) for either Biopsychosocial Sciences course (DPC 602 or DPC 604) will result in dismissal from the College.

30

Students repeating the second year will be familiar with cases discussed in the small group sessions during the previous year. Therefore, so as not to interfere with the learning experience of students naive to the case, the repeating student's participation in small group meetings will be limited to the discussion of learning issues and wrap-up; the student is not to reveal any information about current and/or future cases to other members of the small group (or class). The repeating student will have the following restrictions imposed as to avoid any unintentional influence or biasing of the group's clinical problem solving and learning experience:

- The student may not participate in the role of doctor, patient or scribe.
- The student may not participate in the discussion related to the case, specifically including:
    - The formulation and discussion of the differential diagnosis and problem lists
    - The ordering and interpretation of lab tests or diagnostic imaging
    - The formulation and selection of learning issues

## IV. UNSATISFACTORY ACADEMIC PERFORMANCE IN A COMLEX EXAMINATION

### A. COMLEX LEVEL I

Students are required to take COMLEX Level I prior to enrolling in the third year Introduction to Medicine Course and pass COMLEX Level 1 prior to beginning third year clerkships. Students who are remediating a course may not take COMLEX Level I until the remediation is completed and passed, but no later than August 15 following the completion of the remediation. If a student has not passed the COMLEX Level 1 Examination prior to the beginning of clerkships, the student must apply for a COMLEX Level I Leave of Absence. Students will be notified by the Assistant Dean of Student Administrative Services (as the Student Progress Committee designee) if they are eligible to apply for a COMLEX Level I Leave of Absence. Students must process the Leave Form by obtaining the required counseling and administrative signatures in person on the NYCOM campus. The Assistant Dean will notify the students if they are approved to take the leave.

During the Leave of Absence, the student will be required to work with a learning specialist on an ongoing basis. COMLEX Level I Leave of Absences cannot exceed 180 days in length. Students will have three opportunities to take and pass the COMLEX Level I examination or be subject to dismissal without the right to petition for reinstatement/readmission. A student who is on a COMLEX Level I Leave of Absence may not apply for a medical leave of absence or withdraw from the College; may not participate in any off campus school sponsored conferences, workshops or trips; may not hold an officer's position in any national or local College related organization and must resign any position held and may not be elected to an honorary organization.

Following passage of COMLEX Level I, the student will return from the COMLEX Level I Leave of Absence by completing the necessary paperwork with the Assistant Dean of Student Administrative Services and must resume clerkships by the next scheduled start date of clerkships. If the student does not pass COMLEX Level I or NYCOM has not received official notification of a passing score within the 180 day period, the student will be dismissed from NYCOM with no right to petition for reinstatement/readmission.

In order for students to matriculate into the Pre-Doctoral Academic Medicine Scholarship Program, they are required to be in good academic standing as well as pass the COMLEX Level 1 exam on the first attempt.

### B. COMLEX LEVEL II POLICY: EFFECTIVE BEGINNING WITH THE CLASS OF 2012

In order to graduate, all students must have passed COMLEX Level II (CE and PE). Students will have three opportunities to take and pass COMLEX Level II CE and three opportunities to take and pass

31

COMLEX Level II PE or be subject to dismissal with no right to petition for reinstatement/readmission to NYCOM.

1. **COMLEX LEVEL II CE**

    If a student has not passed COMLEX Level II CE for a second time, the student must apply for a COMLEX Level II CE Leave of Absence. COMLEX Level II CE Leave of Absences cannot exceed 180 days in length. Students will be notified by the Assistant Dean of Student Administrative Services (as the Student Progress Committee designee) if they are eligible to apply for a COMLEX Level II CE Leave of Absence. Students must process the Leave Form prior to the start of the leave by obtaining the required counseling and administrative signatures in person on the NYCOM campus. The Assistant Dean will notify the students if they are approved to take the leave.

    During the Leave of Absence, the student will be required to work with a learning specialist on an ongoing basis. A student who is on a COMLEX Level II Leave of Absence may not apply for a medical leave of absence or withdraw from the College; may not participate in any off campus school sponsored conferences, workshops or trips; may not hold an officer's position in any national or local College related organization and must resign any position held and may not be elected to an honorary organization

    The Assistant Dean will also notify the students when they are approved to return from the COMLEX Level II CE Leave of Absence and resume clerkships. When the student passes the COMLEX Level II CE , the student will return from the Leave of Absence after completing the necessary paperwork and resume clerkships by the next scheduled start date of clerkships.

    If the student does not pass COMLEX Level II CE or NYCOM does not receive official notification of a passing score within the 180 day period, the student will be dismissed from NYCOM and will not have the right to petition for reinstatement/readmission.

    Eligibility for all or part of the 180 day maximum leave will be affected by the fact that a student must complete his/her degree requirements within 6 years (150% of the standard 4 years) of the July 1st start of the academic year of initial enrollment (no later than June 30).

2. **COMLEX LEVEL II PE**

    If a student has not passed COMLEX Level II PE for a second time, the student will be contacted by the Associate Dean of Clinical Education (as the Student Progress Committee designee) to establish a remediation plan which may involve modification of the clerkship schedule and a return to the NYCOM Old Westbury Campus.

    In addition, if the student does not pass COMLEX Level II PE (or CE) prior to the initially scheduled graduation date, the student will be placed on a COMLEX Level II PE (or CE) NYCOM Leave. Students will be notified by the Assistant Dean of Student Administrative Services (as the Student Progress Committee designee) if they are eligible to apply for a COMLEX Level II PE (CE) Leave of Absence. Students must process the Leave Form prior to the start of the leave by obtaining the required counseling and administrative signatures in person on the NYCOM campus. The Assistant Dean will notify the students if they are approved to take the leave. This will allow the student to maintain eligibility for registering for the COMLEX Level II PE (CE) exam. For financial aid purposes, the student will be considered withdrawn from NYCOM and is not entitled to receive any type of financial aid or health insurance. If the student passes COMLEX Level II PE (or CE), the student will be graduated at the next scheduled graduation date. If the student does not pass COMLEX Level II PE (or CE) or NYCOM

32

does not receive official notification of a passing score by the end of the leave period, the student will be dismissed from NYCOM and will not have the right to petition for reinstatement/readmission to NYCOM.

COMLEX Level II PE and CE Leaves cannot exceed a total of 180 days. Any student who has taken a COMLEX Level II CE Leave of Absence for 180 days is not eligible for a COMLEX Level II PE NYCOM Leave.

### COMLEX II POLICIES FOR 2011 STUDENTS GRADUATING IN JULY, SEPTEMBER AND DECEMBER OF 2011

Prior to graduating from NYCOM, a student will be placed on a COMLEX Level II Leave of Absence if the student has not passed COMLEX Level II (both Written and Physical Examination). This will allow students to maintain eligibility for registering for the COMLEX Level II exams. COMLEX Level II, Leave of Absence cannot exceed 180 days in length. If the student passes the COMLEX Level II (both Written and Physical Examinations), he/she will return from the Leave of Absence and graduate at the next official graduation date (NYCOM's official graduation dates are the traditional May graduation, June 30, July 27, September 30 and December 31). If the student does not pass COMLEX Level II (both Written and Physical Examinations) and NYCOM does receive official notification within the 180 day period, the student will be dismissed from NYCOM and will not have the right to petition for reinstatement to NYCOM. For Financial Aid purposes, the student will be considered withdrawn from NYCOM and is not entitled to receive any type of financial aid.

### C. UNSATISFACTORY ACADEMIC PERFORMANCE ON A NBOME COMPREHENSIVE OSTEOPATHIC MEDICAL ACHIEVEMENT TEST (COMAT)

Students return to campus to take written COMAT Examinations on a quarterly basis. The examinations are prepared for the College by the NBOME. COMAT exams in OMM and Family Medicine are given to the entire class once per year. NBOME COMAT Examinations <u>must</u> be taken for all core clerkships completed during the quarter. Any NBOME COMAT Examination not taken for any approved reason, or failed, <u>must</u> be taken at the next available opportunity.

Initial Failure of NBOME COMAT Examinations:

1. The student will be required to participate in a "Tutorial" in the relevant subject, directed by the Clinical Chairperson of the relevant discipline; a student can only participate in 2 Subject Tutorials/Reviews.
2. Failure to pass the Post-Tutorial NBOME COMAT Examination will subject the student for a remediation program developed by the Office of Clinical Education and the appropriate Clinical Chairperson. Failure of the "Remediation" will subject the student to dismissal.
3. Students may participate in **no more than** two (2) Remediations due to failure of "Post-Tutorial" NBOME COMAT Examinations.
4. A student on "Dismissal Status" resulting from COMAT Examination failures will have no right to petition for re-instatement to repeat the Academic Year.
5. In order to continue with 4th year clerkships, all outstanding NBOME COMAT examinations must be successfully passed by October 31st of the 4th YEAR. Students who have not successfully completed the requirement of passage of all NBOME COMAT Examinations will be placed on a **COMAT Leave of Absence** until Tutorial(s), and/or Remediation(s) directed by the

33

appropriate Clinical Chairpersons, are completed, and COMAT Exam(s) are successfully passed. The LOA cannot exceed 180 days.

6. When a student fails a NBOME COMAT Examination, he/she will automatically be placed on Academic Warning until the NBOME COMAT Examination is passed. A student who has been placed on academic warning may not participate in any off campus school sponsored conferences, workshops or trips; may not hold an officer's position in any national or local College related organization and must resign any position held and may not be elected to an honorary organization.

Students will be notified by the Assistant Dean of Student Administrative Services if they are eligible to apply for a COMAT Leave of Absence. Students must process the Leave Form by obtaining the required counseling and administrative signatures in person on the NYCOM campus. The Assistant Dean will notify the students if they are approved to take the leave.

### D. UNSATISFACTORY PERFORMANCE IN PATIENT ENCOUNTER LOGS (PEL) & DAILY EDUCATIONAL ACTIVITY LOGS (DEAL)

On a daily basis, students must complete, via Computer, a procedure form and the educational activities log. It is to be submitted electronically, to NYCOM, as per instructions from the Office of Information Technologies. All patient encounters must be logged for each clerkship. It has been determined that all students will have encounters with at least 2-3 patients per day (PEL) in all clerkships. It is also expected that all clerkships will have at least one or more educational activities (DEALS) each day. Students must log daily.

Students who do not submit the required PEL and DEAL within two (2) days of the end of the clerkship will receive a grade of Unsatisfactory (U) and will need to correct the deficiency by submitting the required materials by the end of the academic year. Only one clerkship can be so remediated for Logs requirements per student, per academic year. In such case the student will be placed on Academic Warning. A student who has been placed on academic warning may not participate in any off campus school sponsored conferences, workshops or trips; may not hold an officer's position in any national or local College related organization and must resign any position held and may not be elected to an honorary organization.

A grade of "U" will be recorded on the official transcript until the end of the Academic Year. At the end of the year, if the student has successfully submitted the requirements, the Unsatisfactory (U) grade will change to a Pass (P) grade.

If the student does not submit the requirements by the end of the Academic Year, the Unsatisfactory (U) grade will change to a grade of failure (F) and the student will be subject to dismissal.

If a student fails to submit the required Logs within two days of the end of a second clerkship, the student will receive a Failure (F) in that clerkship, and will be subject to dismissal from the College with the right to petition for reinstatement. In this case, the original Unsatisfactory (U) grade from the first clerkship will be changed to a grade of Failure (F).

## V. PROMOTION AND GRADUATION REQUIREMENTS

### A. PROMOTION REQUIREMENTS
Promotion from one year to the next is contingent upon the following:
a) Meeting Satisfactory Academic Progress Standards;
b) Meeting all financial obligations to the college;

34

c) Exhibiting professional conduct and excellent moral and ethical behavior;
d) Meeting specific COMLEX requirements:
Beginning with the Class of 2012, students will have three opportunities to take and pass each COMLEX examination (COMLEX Level I, COMLEX Level 2CE, and COMLEX Level 2PE) or be subject to dismissal with no right to petition for reinstatement/readmission.
Beginning with the Class of 2012, students are required to take COMLEX Level I prior to the beginning of the 3rd year and pass COMLEX Level 1 prior to beginning third year clerkships.

### B. REQUIREMENTS FOR GRADUATION

NYCOM's official graduation dates are the traditional May graduation, June 30, July 27, September 30 and December 31, with the commencement and hooding ceremonies taking place in May. Students graduating in May, June, July, September, and December will be invited to participate in the commencement and hooding ceremonies. The Student Progress Committee will serve as the faculty/ administrative board charged with recommending students for graduation. In order to be eligible for the degree of Doctor of Osteopathic Medicine, each student shall:

1. Be at least twenty-one years of age.
2. Have exhibited professional conduct and excellent moral and ethical behavior.
3. Have satisfactorily passed prescribed examinations.
4. Have satisfactorily completed the program of study required by the degree.
5. All students must meet the graduation requirements for their program as listed in the catalog of entry and/or any subsequent or additional program requirements. In the event of an extension beyond the initial scheduled graduation date, the student must meet the graduation requirements for the class with whom the student graduates.
6. Have satisfactorily discharged all financial obligations to the College.
7. Have been in residence at an AOA or LCME accredited college of Medicine, the last two years of which must have been at NYCOM.
8. Have passed the COMLEX Level I, COMLEX Level II CE and PE of the National Board of Osteopathic Medical Examiners. (Please note: COMLEX II CE and PE scores must be received by NYCOM prior to the graduation date.)
9. Attend in person the NYCOM Hooding Ceremony which includes the administration of the Osteopathic Oath and hooding with the osteopathic medical doctorate hood.

35

# SECTION V - PROFESSIONALISM
## INTRODUCTION

The primary purpose of the educational program of the New York College of Osteopathic Medicine of NYIT is the education of Osteopathic Physicians. With the privilege of an osteopathic medical education comes the responsibility to uphold the highest social, behavioral, and academic standards of ethics and professionalism. Students of the New York College of Osteopathic Medicine of NYIT will be held to the highest standards of professionalism, in accordance with the expectations of the osteopathic medical profession and the societal responsibilities inherent upon becoming a physician. Throughout undergraduate medical education and training, NYCOM students are subject to the requirements of a well-defined academic program and assume extraordinary and progressively increasing responsibility for the health and well-being of others.

Accordingly, the New York College of Osteopathic Medicine has adopted the following statement of principles on professionalism to guide students throughout their medical education. Upon accepting the responsibility of studying osteopathic medicine at NYCOM, students are required to uphold both the spirit and the letter of this statement on professionalism, including the description of medical student professional attitudes, Medical Student Honor Code and Medical Student Code of Conduct that follow. By signing this statement, students are given the opportunity to show their commitment to professionalism in all aspects of their medical education.

## MEDICAL STUDENT PROFESSIONAL ATTITUDES

From the outset of the medical education at the New York College of Osteopathic Medicine, students will commit themselves to the development and demonstration of professional attitudes that resonate in the classroom, community and clinical setting. As current osteopathic medical students and future osteopathic physicians, students will uphold the following values and attitudes becoming of a physician:

- A genuine recognition and appreciation of the responsibility that begins with the first year of medical school and continues onward throughout one's medical education and career

- A commitment and willingness to acquire, exhibit and advance an altruistic demeanor that places the needs of others above one's own - in the presence of peers, faculty, colleagues and patients

- A responsibility to fully immerse oneself in academic studies, to cultivate an appreciation for the scientific principles guiding the practice of medicine, and to continuously assimilate and apply one's obtained knowledge in a methodological, holistic and compassionate manner

- A commitment to appropriate conduct, appearance, communication, and interpersonal interactions becoming of a physician

- A commitment to upholding and fostering an environment of academic discussion, including but not limited to abiding by the attendance policy and/or guidelines set forth throughout one's medical education and career and striving to be punctual and reliable in one's responsibilities

- A willingness to recognize errors in judgments if need be and the integrity to take the appropriate steps to improve the situation or take responsibility for one's actions

- Interaction and collaboration actively supports an environment conducive to learning, research and clinical practice

- Create an educational environment at NYCOM which will foster an atmosphere of mutual respect and trust among students and between students and faculty. To demonstrate its confidence in the honor and professionalism of NYCOM students, the faculty will work with students to establish a testing and learning environment that avoids creating temptations, or other such opportunities, that violate the Student Honor Code.

Therefore, student-doctors must acknowledge the importance of integrity, honesty and mutual respect today in an effort to facilitate effective teamwork with future colleagues and health professionals providing services to patients, populations and communities tomorrow.

Osteopathic students and physicians must exude the utmost respect and concern for patients' health while considering their rights to privacy, confidentiality and social and cultural values. Treating patients and their families with dignity both in their presence and in discussions with members of a health care team is imperative to providing culturally competent medical care.

Above all, students will be held to the same code of ethics of Osteopathic Physicians, as is established and declared by the American Osteopathic Association (AOA) Code of Ethics. A complete version of this document can be found at http://www.osteopathic.org.

**MEDICAL STUDENT HONOR CODE PREAMBLE**
One of the primary goals of the New York College of Osteopathic Medicine is to create an environment that encourages students to act with honor and integrity at all times throughout medical education and beyond.

To promote honesty, integrity and individual responsibility for one's actions, a Student Honor Code is an intrinsic and necessary part of the curriculum. The purpose of the Medical Student Honor Code is to:

- Promote ethical and professional standards of personal conduct in all academic endeavors at the school

- Establish in students the qualities that will bring honor to the Osteopathic profession, before and after graduation

**MEDICAL STUDENT HONOR CODE DECLARATION**

As a matriculated student at the New York College of Osteopathic Medicine, I pledge to take full responsibility for taking an active part in upholding the principles of NYCOM's Medical Student Honor Code, as outlined above, and upholding the highest standards of academic honesty. I hereby pledge that I will neither offer nor receive, nor seek to offer or receive, unauthorized assistance of any kind in any formal examination or assignment at the school. I further pledge to report any violation of the Student Honor Code that I may witness.

I will be honest in all my actions and communication as related to examinations or other activities I may be engaged in while matriculated at NYCOM. I will conduct research in an unbiased manner, report results truthfully, and credit ideas developed and work done by others. I will be truthful with patients and will

accurately report to my clinical supervisors all historical and physical examination findings, test results, and other information pertinent to the care of the patient.

**MEDICAL STUDENT RESPONSIBILITY**
- I will set patient care as the highest priority in the clinical setting
- I will recognize my own limitations and will seek help when my level of experience is inadequate to handle a situation on my own
- I will conduct myself professionally in my demeanor, use of language, and appearance in the presence of patients, in the classroom, and in health care settings
- I will not use alcohol or drugs in any way that could interfere with my clinical responsibilities
- I will not use my professional position to engage in financial, romantic or sexual relationships with patients or members of their families

**MEDICAL STUDENT RIGHTS/ EXPECTATIONS OF FACULTY AND STAFF**
- I have the right to expect clear guidelines regarding assignments and examinations, as well as to have testing environments that are conducive to academic honesty
- I cannot be compelled to perform procedures or examinations which I feel are unethical or beyond the level or scope of my training
- I have the right not to be harassed and not to be subjected to financial, romantic or sexual overtures from those who are supervising my work
- I have the right to be challenged with a rigorous medical curriculum but not to be abused or humiliated

**MEDICAL STUDENT RESPECT FOR OTHERS**
- I will uphold a classroom atmosphere conducive to learning
- I will treat patients and their families with respect and dignity both in their presence and in discussions with other members of the health care team
- I will interact with patients in a way that ensures their privacy and respects their modesty
- I will interact with all members of the health care team in a considerate and cooperative manner
- I will not tolerate discrimination on the basis of race, gender, religion, sexual orientation, age, disability, pregnancy or socioeconomic and veteran status
- I will judge my colleagues fairly and attempt to resolve conflicts in a manner that respects the dignity of every person involved

**CONFIDENTIALITY**
- I will regard confidentiality as a central obligation of patient care
- I will limit discussions of patients to members of the health care team

**NYCOM MEDICAL STUDENT CODE OF CONDUCT**

**I. Introduction**
To achieve and support the educational mission and goals of the New York College of Osteopathic Medicine, to create an environment where all students have the same opportunity to succeed academically and to promote health and safety, NYCOM has established policies that set minimum standards for student behavior. Every student who accepts enrollment at NYCOM thereby agrees to abide by the policies, rules and regulations published by the College. The following policies, deemed the Student Code of Conduct, govern the

38

conduct of all students, their guests as well as visitors to any NYCOM campus or facility. The code is intended to preserve community standards including the pursuit of academic integrity, safety, health and welfare of all members of the NYCOM community.

## II. Judicial Authority and Jurisdiction

The President of New York Institute of Technology is ultimately responsible for the administration of the Student Code of Conduct and all judicial processes for the students at NYCOM. Administrative authority and responsibility for disciplinary policies and procedures is delegated to the Associate Dean of Student Affairs who serves as the chief judicial officer at NYCOM (see sections VI Judicial Bodies and VII Judicial Hearings for details).

Students will be considered for disciplinary action whenever conduct that may be in violation of the Student Code of Conduct occurs on the NYCOM/NYIT campus or related facilities and/or conduct adversely affects the NYCOM/NYIT community. For violations that do not occur on NYCOM/NYIT campuses or related facilities, action will be considered if NYCOM officials decide that institutional interests are involved or the violation constitutes a violation of the federal or state law or city ordinances when the act is contrary to NYCOM interests.

## III. Offences

Disciplinary action may be initiated by NYCOM and sanctions imposed against any student found responsible for committing the following prohibited forms of conduct:

### A. Academic Integrity/Honesty
Non compliance with the Academic/Integrity /Honesty Policy and NYCOM Medical Student Honor Code Declaration which can be found in this handbook.

### B. Alcohol and Other Drugs
- Use, possession and sale of alcohol and drugs on campus premises or related facilities (Refer to NYIT's Policy on Alcohol and Other Drugs found on the NYIT Web site: http://www.nyit.edu/images/uploads/campus_life/2010_AOD_Policy.pdf
- Use of alcohol or drugs in any way that could interfere with a student's clinical responsibilities

### C. Computer Misuse
Unauthorized access, alteration or degradation of a computer, or computer system or network; use of NYCOM/NYIT computer resources for commercial purposes or personal financial or other gain, even if the user is using his or her own personal computer; posting any message which is libelous or defamatory; posting or transmitting any message, data, image or program which is indecent, obscene or pornographic; threaten, harass, stalk, abuse or otherwise violate the legal rights of others; use profane language; sharing, discussing, disseminating, and/or furnishing all or part of the contents of the COMLEX and USMLE exams.

Please note: NYCOM has implemented a monitored board, and the College reserves the right to refuse to post, at any time, a message which violates NYCOM policy. In cases where a user violates any of the terms of this policy, the college may, in addition to established Code penalties, temporarily or permanently deny access to any and all NYCOM computing resources.

### D. Discrimination

39

- Discrimination on the basis of race, gender, religion, sexual orientation, age, disability, pregnancy or socioeconomic and veteran status
- Bias/Hate crime, according to Title Y, NYS Hate Crime Act 2000, Article 485 of the New York State Penal Law (http://www.nyit.edu/campus_life/bias-hate-crimes.pdf)

### E. Disruptive Conduct
Behavior that:
- Disrupts, impairs, interferes with or obstructs the orderly conduct, processes and functions of the NYCOM community or the rights of members of the NYCOM community
- Disrupts the education of others during lecture, laboratory and/or small group learning activities
- Creates a danger, real or perceived, to the safety and health of persons or property

### F. Drugs
See Alcohol and Other Drugs, for NYIT's Policy on Alcohol and Other Drugs, which can be found on NYIT's Web site, www.nyit.edu

### G. Endangerment
Intentionally or recklessly endangering or threatening the mental or physical health or well being of any member of the college community or any visitor to the campus.

### H. Failure to Comply
Noncompliance with any NYCOM official regulation, policy, directive or a decision/sanction of a disciplinary board

### I. Fabrication/Fraud/False Testimony
- Providing false and misleading information or withholding or omitting information from a NYCOM official or judicial body or on any college documents or records or forms
- Use of another person's identification for any purpose including but not limited to attendance monitoring
- Permitting another person to use one's NYIT related identification

### J. Fire and Emergency Safety
Disobeying fire safety regulations, including not participating in all fire and emergency drills, and tampering with any fire alarm or equipment

### K. Harassment and Bullying
- Conduct, not of a sexual nature,( including, but not limited to, physical contact, verbal, graphic, written, or electronic communication) that creates an intimidating, hostile, or threatening environment for another person and/or group.
- Conduct of a sexual nature, regardless if via physical, verbal, graphic, written, or electronic communication, that threatens, harms, or intimidates another person and/or group.
- Conduct of a sexual nature that creates an intimidating, hostile, or offensive campus, educational, or working environment for another person and/or group. This includes, but is not limited to, unwanted, unwelcome, or inappropriate sexual or gender-based activities, comments, or gestures and acts of sexual violence including rape, sexual assault, sexual battery, and sexual coercion.

- Conduct, whether passive or active, related to bystander behavior that supports acts of harassment or bullying.

### L. Participation in Unprofessional Acts
Participation in a dishonest/unprofessional act on or off campus

### M. Sexual Misconduct
Sexual behavior that:
- Occurs without the explicit consent of the other person or that occurs when the other person is unable to provide such consent due to the use of alcohol, drugs or disabilities
- Could be interpreted as obscene, lewd or indecent behavior
- Creates an intimidating, hostile or offensive environment for another person
- Includes acts of sexual violence, rape, sexual assault/battery/coercion

### N. Smoking
- Pursuant to New York Public Health Law, Article 13E (New York State Clean Indoor Act) and Regulations of Smoking in Public and Work Places, smoking is prohibited in all NYIT buildings and/or sections thereof, owned, leased, or operated by NYIT. This includes, but is not limited to, classrooms, stairwells, bathrooms, offices, hallways, labs, roofs, libraries, common area of residential facilities, or private areas of residential facilities where smoking is prohibited.
- Smoking is prohibited at the entrances and exits of NYIT facilities or residence halls. Actions that cause smoke to enter into NYIT facilities or residence halls are prohibited. Smoking is prohibited in all residence hall areas as of August 2008 per NYS Law.

### O. Stalking
Behavior that instills fear in the victim and/or threatens his or her safety, mental health, physical well being or general privacy. Such behaviors and activities may include, but are not limited to:
- Nonconsensual communication (including face to face, telephone calls, voice messages, electronic mail, written letters, notes, unwanted gifts)
- Threatening or obscene gestures
- Pursuing or following
- Electronic or any form of surveillance and/or other types of nonconsensual observation

### P. Theft and Trespass
- Stealing or possessing, without authorization, either college property or the personal property of any other member of the college community
- Unauthorized entrance into any building, office, laboratory, room, or areas of the college

### Q. Vandalism
Intentionally damaging College property or personal property of any member of the college community or acting in such a reckless manner as to create a substantial danger to the safety of property.

### R. Weapons, Firearms, Explosives

41

Using, displaying, possessing, or distributing any weapon of any type, including a firearm, knife, blackjack "chukka" stick, or container of noxious material or any other thing that in any way could be construed as a weapon.

S. Violations (Suspected or Convicted) of Other Federal, State and /or Local Laws or Ordinances

### IV. Reporting Violations of the Student Code of Conduct

Students, faculty and staff share in the responsibility for upholding the Student Code of Conduct. Every member of the NYCOM community is expected to report alleged violations of the code within 10 business days of the violation to the Associate Dean of Student Affairs.

**Please note: Failure of a student to report a violation constitutes a violation on that student's part.**

### V. Review Process for Violations of the Student Code of Conduct

Any member of the College community may file a written complaint with the Associate Dean of Student Affairs setting forth specific charges that a student is in violation of any standard of this Code within 10 business days of the date of the violation. The Associate Dean of Student Affairs shall commence a preliminary investigation to be conducted by meeting with the complainant within 10 business days after receiving the written charges. At the conclusion of the meeting, the Associate Dean of Student Affairs will schedule an Information Meeting with the student within 10 business days of the meeting with the complainant, and provide him/her with a summary of the charges. After the student meetings, the student shall have the right to file a written response to the charges by the date agreed upon by the Associate Dean of Student Affairs. At the conclusion of the investigation, the Associate Dean of Student Affairs determines if a hearing is required, and if appropriate, a hearing will be scheduled.

### VI. Judicial Bodies and Forums

#### A. Warning Letter Without a Hearing
For minor infractions of this code, the Associate Dean of Student Affairs may send the student a warning letter. The letter states that the student takes responsibility for the violation, then the letter will act as warning. If the student does not accept responsibility for the violation, then the Associate Dean will schedule a hearing.

#### B. Administrative Hearings
The administrative hearing is conducted by the Associate Dean of Student Affairs. Also present will be the Assistant Dean for Administrative Student Services. Administrative hearings or summary resolutions are for the students electing to accept responsibility for the alleged violation. Written decisions will serve as the official records of administrative hearings and will be sent to the student within 10 business days from the conclusion of the summary resolution.

#### C. Student Discipline Review Board
The Student Discipline Review Board is the judicial body that conducts formal hearings.

### VII. Judicial Hearings (formal)

Student Rights: the student (without any advisors) shall be entitled to be present during every stage of the proceedings up to the time of the Board's final deliberations. The student shall be entitled to hear and question adverse witnesses. At the discretion of the Chair, a representative from the College may present the statement of a witness if the College has a written and signed statement from the witness (a statement from an official NYIT e-mail account may serve as a proxy signature). The Board shall not consider evidence not presented at the disciplinary hearing in determining whether the student has violated a rule of conduct.

Victims' Rights: The victim (without any advisors) in the cases of sexual misconduct, endangerment, harassment, stalking, property (damage and theft) has a right to submit a victim's impact statement, submit questions to the hearing board, provide a statement in limited privacy and be present at the hearing if deemed appropriate by the board chair.

After the Student Discipline Review Board has determined the outcome of the alleged violation, the following will occur if:
- The student is found not guilty: the Chair will notify both the individual who filed the charges and the student accused of the violation within 10 business days from the final decision.
- The student is found guilty: the Student Discipline Review Board will make the determination of the appropriate penalty to be set forth in writing by the Chair and delivered to the individual who filed the charges and the student within 10 business days from the final decision. The Student Discipline Review Board constitutes final institutional action on behalf of NYCOM unless a written appeal is supported based **only** on additional evidence not included in the original hearing.

## VIII. Sanctions

One or more of the following sanctions may apply when a student is found responsible for violations of the Student Code of Conduct:

A. **Warning** – Written notification to the student that continuation or repetition of wrongful conduct may be cause for more severe disciplinary penalties. This warning does not go into the student's permanent records.

B. **Censure** – Written reprimand for violation of specific rules with the warning that violation of any other college rule within the stated period of the censure may be cause for more severe disciplinary penalties. In addition, the student is prohibited from participating in student activities or attending conferences, from running for or holding office (national or local) or being elected to any honorary organization for the period of the censure. This censure is included in the student's record only for the period of the censure.

C. **Disciplinary Probation** – A specified period of time during which the student has the opportunity to demonstrate the ability to be a responsible member of the NYCOM community. During that time the student is required to refrain from any further violation of the rules of conduct and any other requirements intended to rehabilitate the student. Any further violation of the Student Code of Conduct places the student's status with the college in jeopardy. The student is prohibited from participating in student activities or attending conferences, from running for or holding office (national or local) or being elected to any honorary organization during the probationary period. Disciplinary Probation becomes part of the student's permanent record.

43