D. **Suspension** – Suspension from academic enrollment and revocation of other privileges or activities and from the privilege to enter on the campus premises or related facilities for a period of time not to exceed two years. Criteria for return if appropriate will be specifically outlined in writing. Suspension becomes part of the student's permanent record.

E. **Recommendation for Expulsion** – Complete termination of student status and academic enrollment for an indefinite period of time. This penalty may be recommended by the Student Discipline Review Board but shall be imposed only upon recommendation of the Vice President of Health Sciences and Medical Affairs and approval of the President of NYIT. An order of expulsion shall set forth in writing the conditions that will permit readmission, if any. Expulsion becomes part of the student's permanent record.

**Please note:** if a referral for a mental health assessment is required, the counseling assessment conditions must be specifically outlined in the letter of determination.

## IX. Appellate Review

A student or victim may appeal a decision of the Disciplinary Review Board ONLY in cases where new evidence becomes available that would have substantially affected the outcome of the hearing. This is not a rehearing of the disciplinary case but rather a review of new evidence.

The student must submit a written appeal within five days of the receipt of the written decision of the Board to the Associate Dean of Student Affairs. The letter must include specific documentation of the new evidence.

The Associate Dean will determine if the new evidence constitutes grounds for an appeal. If the appeal is granted, the Associate Dean will remand the appeal to the Appellate Board for review of the new evidence. The Associate Dean will notify the student of the outcome of the appeal review.

In the case of an appeal, the appeal is the final institutional action on behalf of NYCOM/NYIT.

## X. Student Records

A written summary of each student's disciplinary hearing along with the formal determinations shall be maintained in the files of NYCOM's Office of the Associate Dean of Student Affairs. Students may not obtain a copy of the information in their judicial file unless required under federal or state law.

Specifically in the cases resulting in disciplinary probation, suspension or expulsion, the relevant materials will also be maintained in the student's official file in the Office of the Registrar. Therefore, this information will be documented on any and all official requests of a student's record (i.e. Medical Student Performance Evaluation, Medical Licensing Boards, etc).

## XI. Privacy Act and Confidentiality

All disciplinary proceedings and records are confidential in accordance with Family Education Rights and Privacy Act.

NYCOM will abide by all laws requiring confidentiality and privacy with regard to the student disciplinary process.

44

## XII. Institutional Privilege

The Institution reserves the right to dismiss, summarily and without recourse to any hearing or other procedure contained in the Student Handbook, Student Code Of Conduct, or otherwise, a student who in its judgment has failed to exhibit the good ethical, moral and personal character necessary for the continued study and practice of osteopathic medicine, or whose continuation in the school is detrimental to the student or to fellow students. Any such decision shall be made in writing by the Dean of NYCOM, with the authorization of the Vice President of Health Sciences and Medical Affairs and the President of NYIT, and shall be final, binding, and unreviewable.

## SECTION VI: ACADEMIC TECHNOLOGIES GROUP

The NYCOM Academic Technologies Group, directed by the Chief Information Officer, provides leadership to all NYCOM faculty, staff and students in the appropriate use of current technologies in the NYCOM academic process. Some of the learning facilities supported by the Academic Technologies Group include:

1. Lapland: a laptop lab is located in the NYCOM library where students can check computers out for use.
2. Wireless Network: The entire campus is covered by a modern wireless network. All NYCOM offices, classrooms and study rooms are connected to a fully switched Ethernet network.
3. Smart Auditoriums: all NYCOM auditoriums and labs are wired to function as smart classrooms with cutting edge presentation and recording equipment. All rooms are also equipped with Audience Response Systems.
4. The Noodle Academic Web site: functions as a coherent and complete repository of academic content. This site contains all the handouts, PowerPoint presentations and other such materials used in the NYCOM curricula. Currently, more than 90% of the first year and second year curriculum is available to NYCOM students for access anywhere, anytime over the web.
5. The Streaming Video Site: a streaming video server and a coherent process are in place such that any and all lectures delivered to a NYCOM class can be recorded to streaming video and made available to students as video on demand for review and reinforcement. Thousands of hours of archived lectures have made this site a very powerful and popular NYCOM academic resource.
6. Mailing Lists and other E-mail Communication: Students routinely seek academic help and clarifications through e-mail to faculty. Students regularly receive information through mailing lists.
7. Web Conferencing: NYCOM students and faculty use web-based conferencing as a major mode of interaction while on and off campus. In addition to its academic roles, web conferencing serves as a major community building tool.
8. The Mobile NYCOM Project: A major project to make all NYCOM academic and administrative resources available and accessible over mobile clients is currently underway.
9. Evaluations: Course and Faculty Evaluations - effective and timely - are supported by extensive web based systems. Feedback from these evaluations is an essential component of course and curriculum management at NYCOM.
10. Access to External Resources: NYCOM students are heavy users of the big pipe campus network as they access web-based internal and external academic resources. Several subscription based online databases are available through the NYCOM library.
11. The NYCOM Videoconferencing Network: NYCOM now has an expanding private videoconferencing network connecting NYCOM and its major clinical campuses. The videoconferencing network complements the streaming video network.
12. The Academic Technologies Group also offers training to NYCOM students, faculty and staff in information access/control both formally and on demand.
    Helpdesk support is available to students at specified hours, mainly to deal with software and configuration issues.
    Students should make sure that their computer hardware is covered by manufacturer's warranties and use the manufacturer's support for hardware issues.

**Computer Requirements:**
All NYCOM students are required to obtain a Windows compatible laptop.

**Minimum Standards:**
I. Computer:

46

Windows compatible Laptop or tablet pc
At least a 2.0 GHz Processor
At least 4 GB Ram
At least a 200 GB Hard Drive
DVD / CD-ROM drive
Wireless Networking

**II. Removable Storage:**
1 GB USB drive

**III. Software:**
Windows 7
Microsoft Word
Microsoft PowerPoint
Windows Media Player
Flash
Internet explorer
Firefox Browser
Adobe Acrobat Reader

**IV. Printer**
Any Laser Printer or fast Inkjet Printer

**V. Internet Access from Home**
All students are expected to have broadband (cable modem or DSL) internet access from their residence.

**VI.** a. NYCOM students have access to 36 Laptops in the library. This is a secondary facility meant for backup use. The students' primary computer is the laptop owned by the student.
  b. NYCOM students have access to printers in the library for limited use. This is a secondary facility meant for occasional use. The students' primary printer is the one owned by the student.

**VII.** Some of the services, in particular streaming video from past years are supported only on the Windows platform. Similarly, technical assistance with routine issues is most efficiently possible only with a laptop / tablet.

**VIII.** The NYCOM educational process makes extensive use of various technologies such as e-mail, internet access, web conferencing, streaming video etc. extensively. All students should be comfortable using these technologies.

It is expected that all NYCOM students will have basic information access competencies including (but not limited to):
- Secure use of computers
- Connecting to wireless networks
- Professional use of email and web resources
- Access and create Word, PowerPoint and pdf documents
- Access streaming video sources
- Perform Medline, Google Scholar and other medical information database searches

- Use mobile devices for organizational and information access / input

While training is available as needed after students arrive on campus, it is best if the students are familiar with and able to use these tools before they arrive on campus.

If there are any further questions, please email atghelp@nyit.edu.

48

## SECTION VII– MEDICAL LIBRARY INFORMATION

**LIBRARY HOURS:** Monday through Friday: 8:00 AM – 12:00 Midnight, Saturday 9:00 AM – 12:00 Midnight, Sunday 9AM– 12:00 Midnight. Library hours may be modified based upon holiday and vacation schedules.

### GENERAL RULES
1. No food or beverages are allowed in any part of the library at any time.
2. Do not re-shelve books or journals used within the library. Return them to the book truck at the circulation desk.
3. Books requested by a faculty member to be used for a particular assignment will be put on reserve at the circulation desk until the assignment is complete. Only faculty members may make a reserve request.
4. When returning any material that has been checked out, be sure the staff member at the circulation desk is aware of the return.
5. Overdue books will bear a charge of 15 cents per day per book.
6. Reference books do not circulate. They must be used only within the confines of the library.
7. All journals do not circulate.
8. Two photocopiers are located on the mid-level for photocopy purposes that require copy cards instead of coins. Your NYCOM ID card is your copy card. Money can be put on the card in the cafeteria in the Riland Building (NYCOM II).
9. Reserve books for special assignments must be used within the library. Books may be charged out for 3 hours. There is a fine of $1.00 per hour for overdue reserve books.
10. Audio-visual materials must be used on the premises. They must be requested and checked out at the circulation desk. All materials can be checked out for 3 hours. All library materials must be returned and all overdue fines paid as a criterion for promotion and graduation.
11. Laptop computers may be checked out, similar to reserve materials, for 3 hours. A $5 fine per hour will be charged if the material is returned late.

### LIBRARY STAFF
The staff of the library consists of a chief medical librarian, an inter-library loan librarian, an evening librarian, a serials clerk, a circulation clerk, and an evening circulation clerk. At all times, the staff functions as a team each cooperating in support of the borrowers and each other.

### LIBRARY POLICY
The overall policy of the library is to provide the most current information in all medically related fields, in the most accessible form, with qualified, well trained, cooperative assistance where needed, in whatever formats are most appropriate. It is important for students to understand that the library is a reference library, not a quiet study area. As a reference library, conversations may be held by the librarians with each other or with students so that some noise is expected in the area.

## SECTION VIII - CAMPUS SECURITY

Campus safety and security does not just happen. It takes the commitment and cooperation of every member of the college community, from students and faculty to staff and visitors. New York Institute of Technology takes very seriously the safety of those who study, live, and work on its campuses. Through the Office of Campus Security, the college strives to deter and respond to campus safety issues.

**Old Westbury:**

Dennis McGuckin, Director of Security Simonson House
Telephone: 516.686.7789
E-mail: owsecurity@nyit.edu

**Here for Your Protection**

On each campus of NYIT you will find an Office of Campus Security that provides continuous, year-round security. These offices are staffed with private security officers who receive ongoing training throughout the year. These security professionals respond to a variety of calls for assistance, from medical emergencies to crimes in progress.

Foot and vehicle patrols of campus grounds, buildings, and residence halls are made 24 hours a day on the Old Westbury campus. In addition, the Office of Campus Security provides vehicle assistance to the college community for jump-starts and lockouts. If you are in need of vehicle assistance, call the security, and give your location and vehicle description. You will be given an estimated time that an officer will arrive.

While every effort is made to ensure the safety and security of individuals and their property at NYCOM/NYIT, NYCOM/NYIT will not be liable for damage or theft of personal property under any circumstances. As such, NYCOM/NYIT urges all of its students to purchase their own comprehensive insurance (including theft, accident and personal liability) to protect themselves.

**Emergency Telephones**

NYIT provides emergency telephones throughout all New York campuses. These telephones are located both inside and outside of buildings, and provide a direct connection to the Office of Campus Security. When using these telephones, make sure to tell the dispatcher your name, location and nature of emergency.

**CLERY ACT REPORT**

In 1990, in the interest of promoting school safety, Congress passed the Student Right-To-Know or Campus Security Act. The result of this act was that law enforcement records of crime committed on campus were now made available to the campus community. In 1998, the Campus Security Act was changed to the Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act. On October 1st of each year, NYIT will publish an annual campus security report for each campus. These reports contain:

    1. crime statistics for the three most recent years concerning the occurrences on campus;
    2. a statement of current policies regarding:
        a. reporting criminal actions or other emergencies on campus
        b. security of and access to campus facilities
        c. campus law enforcement

  d. types of programs available for drug and alcohol abuse and sexual assault
  e. procedures to follow when a sex offense occurs
  f. the possession, use and sale of alcoholic beverages and illegal drugs.

You may obtain a copy of the security report at http://www.nyit.edu/security/security_reports/old_westbury.

## CAMPUS PARKING AND VEHICLE REGISTRATION

The strict enforcement of parking and traffic regulations is essential to accommodate the steady traffic that passes through the campus.

### Driver Responsibilities

- The person registering a private vehicle for use on campus is responsible for its operation and for any fines incurred during its presence on campus. By registering a vehicle for campus privileges, a person agrees to abide by traffic and parking regulations in force whenever the vehicle is on the campus.
- If no parking permit is displayed on a vehicle as described in item three below, a summons may be issued.
- The Old Westbury parking permit sticker, received when a vehicle is registered, must be displayed on the driver's side rear bumper.
- The college assumes no liability for damage or loss to private vehicles, their occupants, or contents while on college property.
- Parking and use of vehicles on campus without registration or permission from the college or in violation of regulations is prohibited.
- No person shall operate a motor vehicle on campus except on designated campus roadways unless authorized by the Office of Buildings and Grounds.
- Vehicles shall not be operated beyond posted speed limits.
- No motor vehicle shall be driven or parked on a walkway, grass, field, or fire lane.
- No person shall park a motor vehicle other than in designated parking areas unless specifically authorized by the college.
- Parking on campus is controlled by these regulations only.
- Drivers on campus must obey all state and college regulations and all provisions of the New York Vehicle and Traffic Law, posted signs, and the direction of college personnel who have been designated the responsibility for traffic regulations, parking supervision, and the safety of persons and property on campus.
- Vehicles that are inoperative or abandoned on campus are subject to towing at the owner's expense (see Section 1224 of the New York Vehicle and Traffic Law, abandoned vehicles).
- A fine is a financial obligation to the college that must be paid.
- Vehicles must be operated in such a manner as not to endanger or injure pedestrians, property, or other vehicles and drivers.

### Registration of Vehicles

Any student, staff, or faculty member who regularly operates a motor vehicle while on campus must register that vehicle with the college in order to receive a parking permit. In order to obtain the campus permit, each applicant must show a state vehicle registration card to verify description of the vehicle. Campus registration entitles a person to drive on campus and to park in designated parking spaces in parking lots only. Any registration obtained through misrepresentation or in violation of the motor vehicle regulations is void.

## Enforcement

The summons control coordinator maintains a computerized record of all summonses issued by officers, and receives and decides all appeals of summonses issued. Appeals must be submitted in writing only to the summons control coordinator at the campus where the summons was issued:

Summons Control Coordinator c/o Office of Campus Security NYIT, Northern Boulevard Old Westbury, NY 11568-8000

Vehicle operators are subject to further disciplinary action for repeated violations or failure to respond to the summonses in the manner prescribed, including failure to pay the fine.

Effective April 15, 2002, students will not be allowed to register for the next academic year and no transcripts will be issued until all fines are paid.
A fine may be paid by mail or in person at the Office of the Bursar. A copy of the summons must be presented with payment.

## Towing

Vehicles are subject to towing off campus and impounding at the owner's expense by an outside agency if it is illegally parked and/or constitutes a safety hazard, interferes with college operations or is not moved upon notice. In addition, specific college policies allow towing of vehicles off campus as follows:

- Any person who has been issued two parking summonses may have their vehicle towed.
- Any person who obstructs a roadway, loading ramp, garbage dumpster or, who in any other way obstructs traffic, may have their vehicle towed.
- Any vehicle parked without authorization in a space reserved for a handicapped person may have their vehicle towed.
- Any person may have their vehicle towed whenever it is parked in other than a clearly marked parking space.

## IDENTIFICATION

An official identification card will be issued to each student in the form of a picture ID card. The ID card must be worn at all times while on campus. Students will be required to present their ID cards in order to gain entry to the study room, gym and library. In addition, the ID card is required for checking out library materials as well as gaining access to the buildings and labs after 5:00 pm. Lost ID cards will be replaced at the student's expense at a cost of $10.00 fee per card. The replacement fee is to be paid at the NYIT Bursar Office in Harry Schure Hall and receipt is to be brought to the Security Office in Simonson House.

## VIDEO CAMERAS

In order to provide enhanced security for NYCOM students, staff and visitors, NYCOM operates video cameras in various common areas, classrooms, corridors, and staircases. Each person who applies for admission to NYCOM, or who is accepted for admission by NYCOM, is deemed to have consented
- (a) to the operation of these video cameras;
- (b) to the viewing of the resulting video images by NYCOM or NYIT representatives, or by law enforcement authorities; and
- (c) to the use of the resulting video images in NYCOM disciplinary investigations or proceedings, or in connection with actions taken by law enforcement authorities.

## SECTION IX– FACILITIES INFORMATION
### BUILDING ACCESSIBILITY

Matriculated students are permitted in the NYCOM buildings. Students must wear ID badges to be considered eligible to be in the buildings. If a student cannot show a badge, he/she will be asked to leave the building.

Non-matriculated students are not permitted in the buildings without the special permission of the Director of Student Life or the Director of Admissions. Visitors are not permitted in lectures, labs, or study rooms without special permission from the Assistant Dean of Pre-Clinical Education. (Exceptions: Permission cannot be granted for children to attend any classes, laboratory sessions or to be in the study areas or library at anytime.)

### BUILDING HOURS

**Nelson A. Rockefeller Academic Center (NYCOM I):** Monday through Friday 7:00 AM – 12:00 Midnight; Saturday 9:00 AM – 12:00 Midnight; Sunday 1:00 PM – 12:00 Midnight
**W. Kenneth Riland D.O. Academic Health Care Center (NYCOM II):** Monday through Friday 7:00 AM – 2:00 AM; Saturday 9:00 AM – 2:00 AM; Sunday 1:00 PM – 2:00 AM
**Serota Academic Center (NYCOM III)** Monday through Friday 7:00 AM – 7:00 PM;
Saturday & Sunday by ID card only

Building hours may be modified based upon holiday and vacation schedules. Exceptions to the above hours must be specifically arranged. Admission to any of the college departments at unscheduled hours requires authorized permission and presentation of proper credentials on the part of faculty and students. For meetings of professional societies or any other organizational institutions, which are planned for hours when the college is ordinarily closed, permission MUST be granted by the Associate Dean for Clinical Service and Facilities.

### COLLEGE PROPERTY
All college property must remain in its' assigned location.

### STUDENT MAILBOXES AND LOCKERS
During first year orientation, students will be assigned a mailbox by the Office of Student Life. Students are responsible for all notices placed in their mailboxes. All LDB and DPC students are required to clean out their mailboxes once a week. There is a $10.00 fee for all lost keys or non-returned keys. All mailbox keys are the property of the school and must be returned to the Office of Student Life at the end of the second year or upon request.

Lockers are available for student use in the basement level of the Serota Building; only combination locks are to be placed on the lockers. All students are required to clean out their lockers at the end of every school year. Students are urged not to keep valuable items in lockers as the school cannot and will not be responsible for damage to and theft of personal property.

### PHOTOCOPYING
Photocopying machines that require copy cards are available for student use on the second level of the library. Your NYCOM ID card is your copy card. Money can be put on the card in the cafeteria in the Riland Building (NYCOM II).

53

**CANCELLATION OF CLASS**

In case of inclement weather, please tune in to local radio stations such as WCBS, WINS, or WOR for announcement of school closings or you may either call 516-686-1010 or consult the NYIT website at www.nyit.edu. The Academic Health Care Center will be closed when the school is closed. No other clinical duties will be cancelled due to weather.

**SMOKING POLICY**

1. Pursuant to New York Public Health Law, Article 13E (New York State Clean Indoor Air Act) and Regulations of smoking in Public and Work Places, smoking is prohibited in all NYCOM/NYIT buildings and /or sections thereof, owned, leased or operated by NYIT. This includes, but is not limited to, classrooms, stairwells, bathrooms, offices, hallways, labs, roofs, libraries, common area of residential facilities, or private areas of residential facilities where smoking is prohibited. The purpose of the act is "… to preserve and improve the health, comfort, and environment of the people of the state by limiting exposure to tobacco smoke." It is the intent and policy of NYIT to comply with this law and other local statutes that may apply.
2. Smoking is prohibited at the entrances and exits of NYIT facilities or residence halls. Actions that cause smoke to enter into NYIT facilities or residence halls are prohibited. Smoking is prohibited in all residence hall areas as of August 2008 per NYS Law.

54

## SECTION X– HEALTH SERVICES INFORMATION

Student Health Services are provided for the benefit of all students at the Academic Health Centers, the Academic Health Care Center in Old Westbury and the Family Health Care Center in Central Islip.

The Academic Health Centers participates in most insurance plans. Every NYCOM student is required to obtain and maintain health insurance that is acceptable in New York State. (see page 55). A copy of the insurance card is required to schedule an appointment. The Center will not bill the student for any co-payments, immunizations, deductibles, or visits that are not covered by insurance. Students are encouraged to choose a primary care physician at one of the Academic Health Centers.

**The Academic Health Care Center, Old Westbury**, provides the following services:
Family Practice, Internal Medicine, Physical Medicine and Rehabilitation, Osteopathic Manipulative Medicine, Rheumatology, Geriatrics, Genetic Counseling, Physical Therapy, Occupational Therapy, Exercise Physiology, Speech Pathology, Immunology, Psychology, Radiology.

Hours: Monday – Friday 9 AM to 5 PM
Phone: (516) 686-1300
Fax: (516) 686-7890

Patients are seen by appointment (preferred) but walk-in appointments are available.

**Family Health Care Center, Central Islip** provides Family Practice, Internal Medicine, Rheumatology, Geriatrics, Pediatrics and Osteopathic Manipulative Medicine.

Hours: Monday, Friday 9 AM to 5 PM
Phone: (631) 348-3254
Fax: (631) 348-3031

Patients are seen by appointment (preferred) but walk-in appointments are available.

**Note:** During your second year at NYCOM, in preparation for third-year clerkships, you will be notified of your need to have a physical exam, PPD placement, and titers drawn for immunity to Measles, Mumps, Rubella, Hepatitis B, and Varicella.

## LABORATORY AND X-RAY SERVICES
Certain diagnostic services are available at NYCOM facilities. Students are responsible for any outside lab fees that are not reimbursed by their insurance company. Diagnostic tests performed at the Academic Health Care Centers must be ordered by a NYCOM Physician.

**MANDATORY HEALTH, LIFE, AD&D AND DISABILITY INSURANCE**

Medical and Dental insurance for NYCOM students is mandatory and all students **MUST** be covered by a **domestic health insurance plan**. Medical insurance will be provided by United Healthcare (PPO plan) and Dental (PPO plan), Life, AD&D and Disability insurance will be provided by The Guardian for students without coverage. Every student is **required** to enroll in the insurance plans unless an acceptable **Waiver** is provided in a **timely** manner. The **only** acceptable reasons to waiver out of the Medical or Dental plans are:

1. Student is covered under a parent's group insurance;
2. Student is covered under a spouse's group insurance; or
3. Student is covered by Medicaid.

Individually purchased Medical and Dental plans are **NOT** acceptable.
Students may not waiver out of the Life, AD&D and Disability plans.

**ENROLLMENT INFORMATION**

1. All students must complete a **NYCOM Enrollment form** (to insure proper information for the insurance company and to specify your chosen beneficiary) even if you are not taking the Medical and/or Dental coverage's. **Waivers** must be on file in the NYCOM Office of Student Life. Forms are available from the Office of Student Life.
2. Incoming students must have their enrollment form(s) and Waivers on file **no later than two weeks after the onset of that academic year**.
3. If there is a **change in insurance status for yourself or your dependent**, (i.e., you are no longer covered by the insurance you indicated on your Waiver; marriage, the birth of a child, etc.), you must let us know immediately and complete the appropriate forms with the Office of Student Life **within 30 days of the date of change**.
4. The student's Bursar Account is charged for the Medical, Dental, Life, AD&D and Disability automatically. Charges for Medical and Dental will be removed if a proper Waiver form has been completed and filed with the Office of Student Life within the 30 day period. **For cancellations, the insurance companies will not refund more than one month of retroactive premiums. There will be no exceptions.** A current waiver form and copies of the front and back of the student's health insurance ID cards must be submitted annually (April for rising 4th year, May for rising 2nd year and July for rising 3rd year students). If an annual waiver is not submitted, the student will automatically be enrolled in the NYCOM sponsored student health and dental plans.

**PROCEDURE TO ENROLL AFTER THE INITIAL ELIGIBILITY PERIOD**

A student or dependent of a student who is eligible for coverage but does not enroll when originally eligible, may enroll for coverage **IF ALL** the following conditions are met:

- The student (or dependent) was covered under a group health plan or health insurance coverage at the time coverage was offered; and,
- The student stated in writing (Waiver form) that coverage under a group health plan or health insurance coverage was the reason for declining coverage; and,
- The student's or dependent's coverage was terminated as a result of loss of eligibility for coverage (including loss of dependent status under a parent's coverage, legal separation, divorce, death, or termination of employment); and,
- The student requests enrollment in the student sponsored plan not later than **30 days** after the termination date of the loss of eligibility.

56

**LOSS OF COVERAGE**

- The student or dependent will have to provide proof of loss of other coverage in writing within the enrollment period (30 days).

Students or dependents of students not enrolling within 30 days of their loss of coverage are not eligible to enroll for coverage until the next Open Enrollment period (each July and January). A booklet explaining the plan and its benefits is available in the Office of Student Life.

## SECTION XI - DIRECTORY INFORMATION
## ADMINISTRATIVE AND UNIT LISTINGS

### DEAN OF NYCOM
Thomas Scandalis, D.O., Dean
Rockefeller Building, first floor
Phone: 516.686.3722
tscandal@nyit.edu

David Ochoa, J.D., Director, NYCOM Development
Rockefeller Building, first floor
Phone: 516.686.4007 Fax: 516.686.3850
dochoa@nyit.edu

Mary Wezwick, CPA, Director, Finance
Rockefeller Building, first floor
Phone: 516.686.1449 Fax: 516.686.3776
mwezwick@nyit.edu

### STUDENT AFFAIRS DIVISION
Mary Ann Achtziger, M.S., Associate Dean
Serota Building, room 213
Phone: 516.686.3975 Fax: 516.686.1409
maachtzi@nyit.edu

### Office of Admissions
Rodika Zaika, M.S., Director
Serota Building, room 204
Phone: 516.686.3792 Fax: 516.686.3831
rzaika@nyit.edu

Taryn Croot, M.S., Associate Director
Serota Building, room 202
Phone: 516.686.3782 Fax: 516.686.3831
tcroot@nyit.edu

Ramon Villongco, M.B.A., Assistant Director
Serota Building, room 201
Phone: 516.686.3916
rvillong@nyit.edu

### Office of Financial Aid
Clair Jacobi, B.S., Director
Serota Building, room 209
Phone: 516.686.7960 Fax: 516.686.7764
cjacobi@.nyit.edu

58

Thomas Reilly, M.S., Associate Director
Serota Building, room 206
Phone: 516.686.7960 Fax: 516.686.7764
treilly@nyit.edu

Tanya Patterson-Stanley, B.P.S., Assistant Director
Serota Building, room 205
Phone: 516.686.7415 Fax: 516.686.7764
Tpatte01@nyit.edu

**Office of Health Careers Opportunity Grant Program (HCOP)**
Lois Small, M.S., Project Manager
Serota Building, room 238
Phone: 516.686.1118 Fax:
Lsmall05@nyit.edu

**Office of Institutional Research/Compliance**
Joan Gothardt, M.B.A., Director
Serota Building, room 215
Phone: 516.686.3936 Fax: 516.686.3835
jgothard@nyit.edu

**Office of Student Life**
Linda Darroch-Short, M.S., Director
Serota Building, room 217
Phone: 516.686.3787 Fax: 516.686.3835
ldarroch@nyit.edu

**Student Medical Insurance, Serota Building**
Phone: 516.686.3984

**Office of Student Services and Alumni Affairs**
Felicia Bruno, M.A., Assistant Dean
Serota Building, room 223
Phone: 516.686.1329 or 516.686.3801 Fax: 516.686.1325
fbruno@nyit.edu

Patricia Feemster, M.S., Director, Equity & Opportunity
Serota Building, room 238
Phone: 516.686.3815 Fax: 516.686.3770
pfeemste@nyit.edu

Esther Hevia, M.P.S., Director, Alumni Affairs
Serota Building, room 218
Phone: 516.686.3801 Fax: 516.686.3822
ehevia@nyit.edu

59

Mary Bachmann, M.S., Associate Registrar
Serota Building, room 214A
Phone: 516.686.3932 Fax: 516.686.3891
mailto:mbachman@nyit.edu

Joan Marg, B. S., Assistant Registrar
Serota Building, room 222
Phone: 516 686 3809 Fax: 516 686 3891
jmarg@nyit.edu

Danielle Abbatiello, M.A., Assistant Director, Medical Student Performance Evaluations
Serota Building, room 220
Phone: 516.686.1431 Fax: 516.686.3822
dabbat02@nyit.edu

Deborah Heineman, M.A., Assistant Director, Graduate Programs
Serota Building, room 214
Phone: 516.686.3729 Fax: 516.686.3835
dheinema@nyit.edu

## ACADEMIC AFFAIRS DIVISION

Ronald Portanova, Ph.D., Associate Dean
Serota Building, room 228
Phone: 516.686.3980 Fax: 516.686.3840
portanov@nyit.edu

Bonnie Granat, M.S., Director, Program Evaluation and Assessment
Serota Building, room 211
Phone: 516.686.1484 Fax: 516.686.3811
bgranat@nyit.edu

### Office of Clinical Education

Abraham M. Jeger, Ph.D., Associate Dean
Serota Building, room 234
Phone: 516.686.3718 Fax: 516.686.3832
ajeger@nyit.edu

Leonard Goldstein, D.D.S., Ph.D., Director
Serota Building, room 236A
Phone: 516.686.1408 Fax: 516.686.3833
lbgoldst@nyit.edu

**Office of Postdoctoral Education**
   David Broder, D.O., Associate Dean
   Rockefeller Building, room 309
   Phone: 516.686.3730 Fax: 516.686.3767
   dbroder@nyit.edu

**Office of Doctor Patient Continuum**
   Donna-Marie McMahon, D.O., Acting Director
   Rockefeller Building, room 201-D
   Phone: 516.686.1457 Fax: 516.686.3834
   portanov@nyit.edu

   Christine Hutak, Ph.D., Coordinator
   Rockefeller Building, room 201J
   Phone: 516.686.3812 Fax: 516.686.7440
   chutak@nyit.edu

**Office of Pre-Clinical Education**
   Claire Bryant, Ph.D., Assistant Dean
   Serota Building, room 225
   Phone: 516.686.3993 Fax: 516.686.3811
   cbryan02@nyit.edu

   Francine Byrnes, M.A., Director
   Serota Building, room 227
   Phone: 516.686.3825 Fax: 516.686.3811
   fbyrnes@nyit.edu

   Cheryl Corn, MPH, Learning Specialist
   Serota Building, room 230
   Phone: 516.686.7794 Fax: 516.686.3811
   ccorn@nyit.edu

   Cheryl Newman, M.S., Learning Specialist
   Serota Building, room 208
   Phone: 686.1446 Fax: 516.686.3822
   cnewma02@nyit.edu

**Office of Academic Medicine Scholarship Program**
   Norman Gevitz, Ph.D., Acting Director
   Serota Building, room 119
   Phone: 516.686.1334 Fax: 516.686.3748
   ngevitz@nyit.edu

61

**Institute for Clinical Competence**
Anthony Errichetti, Ph.D., Chief of Virtual Medicine
Riland Building, room 205
Phone: 516.686.3928 Fax: 516.686.3938
terriche@nyit.edu

**CLINICAL SERVICES & FACILITIES DIVISION**
Ronald Manning, J.D., Associate Dean, Clinical Services and Facilities
Academic Health Care Center, room 033
Phone: 516.686.7551 Fax: 516.686.7890
rmanning@nyit.edu

**RESEARCH DIVISION**
Kurt Amsler, Ph.D., Associate Dean
Rockefeller Building, room 314-F
Phone: 516.686.3716 Fax: 516.686.1475
kamsler@nyit.edu

Min-Kyung Jung, Ph.D., Biostatistician
Rockefeller Building, 314-E
Phone: 516.686.1102 Fax: 516.686.1475
mjung01@nyit.edu

**ACADEMIC TECHNOLOGIES GROUP**
Chellappa Kumar, Ph.D., Chief Information Officer
Rockefeller Building, room 301
Phone: 516.686.3732 Fax: 516.686.3797
ckumar@nyit.edu

**Additional Student Resources**
**Medical Library**
Jeanne Strausman, MLS, Medical Librarian
Rockefeller Building, 1st floor
Phone: 516.686.3779 Fax: 516.686.3709
jstrausm@nyit.edu

**NYIT BOOK STORE**
Salton Hall
Phone: 516.686.7584 Fax: 516.686.6777