# LEEDS BROWN LAW, P.C.

One Old Country Road, Ste. 347
Carle Place, NY 11514
(516) 873-9550

_____ *Attorneys at Law* _____

March 14, 2016

<u>*Via ECF*</u>

Kathleen Tomlinson, U.S.M.J.
United States District Court
100 Federal Plaza
Central Islip, New York 11722

      Re:    <u>*Bahl vs. NYCOM-NYIT, et al.*</u>
             Docket No.: 14-CV-4020 (LDW) (AKT)

Dear Magistrate Judge Tomlinson:

    This office represents the Plaintiff in the above referenced matter. After consulting with my client, we have decided that in addition to consenting to Your Honor's jurisdiction, we are amenable to the Court deciding NBOME's outstanding motion prior to mediation.

    We thank the Court for providing us the additional time to consider this issue.

                                     Sincerely,

                                     LEEDS BROWN LAW, P.C.

                                         /s/
                                     Rick Ostrove

cc: All Counsel via ECF