UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AJAY BAHL,

                              Plaintiff,

-against-

NEW YORK COLLEGE OF OSTEOPATHIC MEDICINE OF NEW YORK INSTITUTE OF TECHNOLOGY ("NYCOM-NYIT" or "NYCOM"); THE NATIONAL BOARD OF OSTEOPATHIC MEDICAL EXAMINERS ("NBOME"); and NORTH SHORE LONG ISLAND JEWISH PLAINVIEW HOSPITAL ("NS-LIJ"),

                              Defendants.

Case No.: 14-cv-4020
(LDW)(AKT)

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

STATE OF INDIANA     )
                              ) ss:
COUNTY OF MARION   )

SYDNEY STEELE, being duly sworn, hereby deposes and states as follows:

1. I am a partner with the law firm of Kroger Gardis & Regas, LLP.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of Indiana.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore I respectfully submit that I be permitted to appear as counsel and advocate pro hac vice in this one case for defendant The National Board of Osteopathic Medical Examiners.

Dated: Indianapolis, Indiana
       March 23, 2016

                                                /s/ Sydney Steele
Sydney Steele, Esq., IN Atty No. #694-49
Kroger Gardis & Regas, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204-5125
Tel: (317) 692-9000
Fax: (317) 264-6832
ssteele@kgrlaw.com

| | |
|---|---|
| STATE OF INDIANA | ) |
| | ) SS: |
| COUNTY OF MARION | ) |

      Before me, a Notary Public, in and for said County and State, personally appeared Sydney L Steele, who first being duly sworn says that the foregoing representations are true, this 23 day of March 2016.

                                                /s/ Pamela Durbin
                                               Pamela Durbin

[Notary Seal:
PAMELA DURBIN
Hendricks County
My Commission Expires
September 15, 2023]