# SUPREME COURT OF
# THE STATE OF INDIANA



*Certification*

**STATE OF INDIANA, SS:**

I, Gregory R. Pachmayr, Interim Clerk of the Supreme Court of Indiana, do hereby certify that

SYDNEY L. STEELE

is a member of the bar of said Court since admission on September 23, 1964, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 21st day of March, 2016.

GREGORY R. PACHMAYR
INTERIM CLERK, SUPREME COURT OF INDIANA