UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AJAY BAHL,

                         Plaintiff,

-against-

NEW YORK COLLEGE OF OSTEOPATHIC MEDICINE OF NEW YORK INSTITUTE OF TECHNOLOGY ("NYCOM-NYIT" or "NYCOM"); THE NATIONAL BOARD OF OSTEOPATHIC MEDICAL EXAMINERS ("NBOME"); and NORTH SHORE LONG ISLAND JEWISH PLAINVIEW HOSPITAL ("NS-LIJ"),

                         Defendants.

Case No.: 14-cv-4020
(LDW)(SIL)

**ADMISSION TO PRACTICE <u>PRO HAC VICE</u>**

      The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney Sydney Steele is permitted to argue or try this particular case in whole or in part as counsel or advocate for defendant The National Board of Osteopathic Medical Examiners.

      This Order becomes effective upon the Court's receipt of the required $25.00 fee and confirms your appearance as counsel in this case. A notation of your admission pro hac vice in the above listed case will be made on the roll of attorneys.

Dated:

                                                          _____
                                                          United States District Judge

4826-2698-5775, v. 1