# LEEDS BROWN LAW, P.C.

One Old Country Road, Ste. 347
Carle Place, NY 11514
(516) 873-9550

_____*Attorneys at Law*_____

May 2, 2016

<u>*Via ECF*</u>

Kathleen Tomlinson, U.S.M.J.
United States District Court
100 Federal Plaza
Central Islip, New York 11722

      Re:    <u>*Bahl vs. NYCOM-NYIT, et al.*</u>
            Docket No.: 14-CV-4020 (LDW) (AKT)

Dear Magistrate Judge Tomlinson:

      This office represents the Plaintiff in the above referenced matter. I write to inform the Court that the reason we did not file our papers on Friday is that we received NBOME's reply papers at 4:24p.m. this past Friday. I was on a subway at the time. When I saw the email and the filing, it was past 5:00p.m. My paralegals had left for the day and I was not in the office. I immediately informed defense counsel via email that I would file the papers the following Monday (today).

      Nonetheless, I apologize to the Court that I did not confer with NBOME's counsel to ensure that the papers were filed on the same day. And, I thank the Court for the reminder to file and send courtesy copies.

                                      Sincerely,

                                      LEEDS BROWN LAW, P.C.

                                            /s/
                                      Rick Ostrove

cc: All Counsel (via ECF)