FORM 1

NOTICE OF APPEAL

(INTERLOCUTORY)

\* \* \* \* \* \* \* \* \* \* \*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 28 2017 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Eastern New York

AJAY BAHL

-against-

NEW YORK COLLEGE OF OSTEOPATHIC MEDICINE OF NEW YORK INSTITUTE OF TECHNOLOGY ("NYCOM-NYIT" or NYCOM"); NATIONAL BOARD OF OSTEOPATHIC MEDICAL EXAMINERS ("NBOME"); and NORTH SHORE LONG ISLAND JEWISH PLAINVIEW HOSPITAL ("NS-LIJ").

NOTICE OF APPEAL

14 CV 4020 (AKT)

Docket No.

Notice is hereby given that ____AJAY BAHL____
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision

(describe it)   Defendants Motion to dismiss or transfer venue to Indiana pursuant to 1404(a)

entered in this action on the __31st__ day of __MARCH__, 20__17__.

_____/s/ Ajay Bahl_____
Signature

AJAY BAHL
Printed Name

151 WENTWORTH AVENUE
Address

ALBERTSON, NY 11507

(516) 698 3977
Telephone No. (with area code)

Date: April 28, 2017