FORM 1

NOTICE OF APPEAL
(INTERLOCUTORY)

* * * * * * * * * * *

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 28 2017 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF  Eastern     New York

AJAY BAHL

-against-

NEW YORK COLLEGE OF OSTEOPATHIC
MEDICINE OF NEW YORK INSTITUTE OF
TECHNOLOGY ("NYCOM-NYIT" or "NYCOM");
NATIONAL BOARD OF OSTEOPATHIC
MEDICAL EXAMINERS ("NBOME"); and
NORTH SHORE LONG ISLAND JEWISH
PLAINVIEW HOSPITAL ("NS-LIJ").

NOTICE OF APPEAL

14 CV 4020 (AKT)

Docket No.

Notice is hereby given that ___AJAY BAHL___
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision

(describe it)   Defendants Motion to dismiss or transfer venue to Indiana pursuant to 1404(a)

entered in this action on the __31st__ day of ___MARCH___, 20 _17_.

_____ Ajay Bahl _____
Signature

AJAY BAHL
Printed Name

151 WENTWORTH AVENUE
Address

ALBERTSON, NY 11507

(516) 698 3977
Telephone No. (with area code)

Date: April 28, 2017