# Bailey & Ehrenberg

Peter K. Tompa
pkt@becounsel.com

April 17, 2019

<u>VIA ECF</u>

Magistrate Judge A. Kathleen Tomlinson
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 117722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 18 2019 ★
LONG ISLAND OFFICE

Re:   Case No. 2:14-cv-04020- AKT; <u>Bahl v. New York College of Osteopathic Medicine of New York Institute of Technology, et al.</u>

Dear Magistrate Judge Tomlinson:

In accordance with the Court's April 12, 2019 Order and Local Civil Rules 1.4 and 7.1 (d), Plaintiff respectfully requests the Court to approve the withdrawal of Attorney Noah Peters from this litigation. In support of the Court's requirement that this application be supported by a partner or shareholder of the firm, we attach a declaration of Jason H. Ehrenberg, Esq., a principal of the firm.

Mr. Ehrenberg is in the process of securing the necessary documentation to file a motion for *pro hac vice* admission in this case.

We will be happy to discuss any further questions the Court has about this matter during an upcoming conference call scheduled for April 25, 2019.
.

Sincerely,

/s/ *Peter K. Tompa*

Peter K. Tompa

Enclosure

cc: Counsel of Record (via ECF)

SO ORDERED

/s/ A. Kathleen Tomlinson
A. Kathleen Tomlinson
United States Magistrate Judge
Date: April 18, 20 19
Central Islip, N.Y.

Bailey & Ehrenberg PLLC
1015 18TH Street N.W., Suite 204    Tel (202) 331-1331
Washington, DC 20036                 Fax (202) 318-7071
becounsel.com

be