| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

| | | | |
|---|---|---|---|
| BEFORE: | A. KATHLEEN TOMLINSON<br>U.S. MAGISTRATE JUDGE | DATE:<br>TIME: | 4-25-2019<br>12:29 a.m. (30 minutes) |

*Bahl v. New York College of Osteopathic Medicine of*
*New York Institute of Technology, et al.*
**CV 14-4020(AKT)**

TYPE OF CONFERENCE:       **TELEPHONE STATUS CONFERENCE**

APPEARANCES:   Plaintiff:       Peter Karl Tompa
                                 Jason H. Ehrenberg (Pro Hac Vice Pending)

               Defendants:     Stefanie Munsky Toren
                               Douglas Peter Catalano

FTR:   12:29-12:38

THE FOLLOWING IS A SUMMARY OF THE RULINGS MADE TODAY.   IF COUNSEL NEED A MORE AMPLIFIED RECORD, THEY MAY CONTACT COURTROOM DEPUTY MARY RYAN (631-712-5765) TO ARRANGE TO ORDER A TRANSCRIPT:

1. The Court scheduled this Conference at the request of the parties in order to discuss the impact of the decision from the Southern District of Indiana on the current proceedings. Plaintiff's counsel stated that the case is now poised to move forward.   Fact discovery is virtually done and some portion of expert discovery has been done.   The parties are in the process of analyzing whether they need further discovery.

2. Defendants' counsel stated that plaintiff previously designated six medical providers which he characterized as his "hybrid" expert witnesses.   One of those providers was deposed.   At that point, the case was stayed by this Court.

3. The Court directed counsel to confer and within the next 14 days to submit a proposal as to how the remainder of the expert discovery should be scheduled.   In that submission, counsel are to address any exchanges of expert reports, as well as depositions of any experts.

4. Counsel are further directed to confer and within 30 days to provide a one-page submission as to the basis for any summary judgment motions, along with any proposed briefing schedule.

SO ORDERED

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge