# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| AJAY BAHL ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> NEW YORK COLLEGE OF OSTEOPATHIC ) <br> MEDICINE OF NEW YORK INSTITUTE OF ) <br> TECHNOLOGY, ET AL. ) <br> ) <br> *Defendants*. ) <br> ) | Case No. 14-cv-04020-AKT |

## DECLARATION OF JASON H. EHRENBERG

I, Jason H. Ehrenberg, in accordance with 18 U.S.C. § 1746, declare as follows:

1. Pursuant to the Court's July 25, 2019 Order, I hereby certify that on July 25, 2019, Plaintiff Ajay Bahl was served a copy of the Court's July 25, 2019 Order by overnight and first class mail.

2. In addition, Plaintiff Ajay Bahl was served a copy of the Court's July 25, 2019 Order by email.

3. In further support, I have attached the receipt from the U.S. Postal Service for service of the July 25, 2019 Order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 7/25/19

Jason H. Ehrenberg

```
         WASHINGTON SQUARE
       1050 CONNECTICUT AVE NW
       WASHINGTON, DC 20036-5303
            104965-0291
            (800)275-8777
         07/25/2019 12:00 PM
```

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| PM Exp 1-Day Flat Rate Env | 1 | $25.50 | $25.50 |

   (Domestic)
   (ALBERTSON, NY  11507)
   (Flat Rate)
   (Signature Waiver)
   (Scheduled Delivery Day)
   (Friday 07/26/2019 12:00 PM) —
   (Money Back Guarantee)
   (USPS Tracking #)
   (EJ053743305US)

PM Exp Insurance             $0.00
   (Up to $100.00 included)

Total:                           $25.50

Credit Card Remitd         $25.50
   (Card Name:VISA)
   (Account #:XXXXXXXXXXXX1565)
   (Approval #:08722C)
   (Transaction #:149)
   (AID:A0000000031010     Chip)
   (AL:VISA CREDIT)
   (PIN:Not Required   CHASE VISA)

Includes up to $100 insurance

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.