| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE:   A. KATHLEEN TOMLINSON           DATE:   8-22-2019
          U.S. MAGISTRATE JUDGE           TIME:   2:35 p.m. (58 minutes)
                                                  (includes off record discussions)

*Bahl v. New York College of Osteopathic Medicine of*
*New York Institute of Technology, et al.*
**CV 14-4020 (AKT)**

TYPE OF CONFERENCE:          **ORDER TO SHOW CAUSE HEARING**

APPEARANCES:   Plaintiff:    Peter Karl Tompa
                             Jason H. Ehrenberg
                                 &
                             Plaintiff Bahl himself appeared as directed by the Court

               Defendants:   Stefanie Munsky Toren (**by telephone**)
                             Douglas Peter Catalano (**by telephone**)

FTR:   2:35-2:38 and 3:29-3:33

THE FOLLOWING RULINGS WERE MADE:

1. The Court set today's show cause hearing to address the motion by Bailey & Ehrenberg PLLC to be relieved as counsel of record for plaintiff Ajay Bahl. The Court advised defendants' counsel that a portion of the hearing would be conducted *in camera* so as not to impact plaintiff's attorney-client privilege.

2. At the conclusion of the *in camera* portion of the hearing, plaintiff and plaintiff's counsel of record, along with the undersigned, returned to the courtroom and the Court put the following directives on the record:

    • the Court accepted the plaintiff's initial response to the motion; that response will be uploaded to ECF but it will be sealed;

    • the Court granted plaintiff's request to submit a further response to the motion to be relieved as counsel; whatever plaintiff intends to submit must be sent to the Court no later than September 30, 2019; plaintiff has been instructed to send the submission directly to the Chambers of the Hon. A. Kathleen Tomlinson. A copy will be made and provided to the attorneys of Bailey & Ehrenberg; the Court will take action to have this document uploaded to ECF subsequently, once again in a sealed status; decision on the motion is reserved until that time.

3. All proceedings and deadlines are stayed pending the Court's review of the additional anticipated submission of the plaintiff and the Court issues its decision on the motion.

4.     Attorney Ehrenberg of Bailey & Ehrenberg is directed to serve a copy of this Order on plaintiff Ajay Bahl forthwith by first-class mail (and email if feasible) and to file proof of such service on ECF by August 27, 2019.

    SO ORDERED

    /s/ A. Kathleen Tomlinson
    A. KATHLEEN TOMLINSON
    U.S. Magistrate Judge