August 22, 2019

VIA US MAIL
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Honorable A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★  SEP 24 2019  ★

LONG ISLAND OFFICE

Re:   *Ajay Bahl v. New York College of Osteopathic Medicine of New York Institute of Technology, et al.*, 14-CV-04020 (AKT)

Dear Judge Tomlinson:

Plaintiff Ajay Bahl in the above above-referenced action writes to respectfully request a ten-day extension of time from September 30, 2019 to October 10, 2019, to file supplemental briefing to plaintiff's opposition to his counsel, Bailey &Ehrenberg's, Motion to withdraw. This is plaintiffs first request for extension of time an no other scheduling deadline will be affected. Opposing counsel for NYIT and plaintiffs counsel Bailey and Ehrenberg do not object. Plaintiff request this extension due to time constraints of an exceptionally heavy exam schedule of 3-unit assessments during the week prior to filing date as well as the need for more time in continued efforts to resolve matters related to the motion without the further use of courts judicial resources.

Thank you for Your Honor's consideration of Plaintiff's request.

Respectfully Submitted,

Plaintiff

*/s/ Ajay Bahl*

Ajay Bahl

151 Wentworth Avenue
Albertson, NY 11507
Email: abahl2323@gmail.com
Phone: (516) 698-3977

RECEIVED
SEP 25 2019
EDNY PRO SE OFFICE