UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AJAY BAHL<br><br>*Plaintiff*,<br><br>v.<br><br>NEW YORK COLLEGE OF OSTEOPATHIC MEDICINE OF NEW YORK INSTITUTE OF TECHNOLOGY, ET AL.<br><br>*Defendants.* | Case No. 14-cv-04020-AKT |

## DECLARATION OF PETER K. TOMPA

I, Peter K. Tompa, in accordance with 18 U.S.C. § 1746, declare as follows:

1. Pursuant to the Court's November 30, 2020 Order, received via ECF on December. 4, 2020, I hereby certify that on December 4, 2020, Plaintiff Ajay Bahl was served a copy of the Court's Order granting the Motion to withdraw of Jason H. Ehrenberg, Peter K. Tompa and the law firm of Bailey & Ehrenberg (ECF No. 190) by Federal Express, next day delivery, and first-class mail.

2. Mr. Bahl was also sent an electronic copy of the same order via e-mail on December 4, 2020. His reply to that email attests to the fact that he received that document.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/4/20

_____
Peter K. Tompa