March 12, 2021

**VIA US MAIL**
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Honorable A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

```
         FILED
    IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

   ★  MAR 12 2021  ★

    LONG ISLAND OFFICE
```

Re: *Ajay Bahl v. New York College of Osteopathic Medicine of New York Institute of Technology, et al., 14-CV-04020 (AKT)*

Dear Judge Tomlinson:

Plaintiff Ajay Bahl in the above above-referenced action writes to respectfully request an approximately thirty-day rescheduling of the court's March 16, 2021 hearing, to the week of April 16, 2021. This is plaintiffs first request for extension. No other scheduling deadlines will be affected. Opposing counsel for NYIT do no object. Plaintiff's request this extension due to the need for more time to continue to try to engage new counsel and to discuss with counsel for NYIT matters related to the case so both parties can be on the same page about substantive matters related to the litigation moving forward.

Thank you for Your Honor's consideration of Plaintiff's request.

Respectfully Submitted,

Plaintiff

_____/s/_____

Ajay Bahl

151 Wentworth Avenue
Albertson, NY 11507
Email: abahl2323@gmail.com
Phone: (516) 698-3977

TIME RECEIVED: March 12, 2021 at 4:22:49 PM EST
REMOTE CSID:
DURATION: 48
PAGES: 2
STATUS: Received

Page 1

# FAX COVER SHEET

**To:** Judge Tomlinson's Chamber

**Fax:** 631-712-5766

**Phone:** 631-712-5760

**Re:** Bahl v. NYIT

**From:** Ajay Bahl

**Pages:** 2

**Date:** 3/12/2021

**Cc:** srtoren@cbdm.com
dpcatalano@cbdm.com
spplschl@cbdm.com