# **CERTIFICATE OF SERVICE**

STEFANIE TOREN certifies:

I am not a party to this action; I am over 18 years of age; and I reside in New York, New York. This is to certify that on March 15, 2021 at 1:50 p.m., I served a copy of the Court's March 15, 2021 Order upon Plaintiff Ajay Bahl at the email address designated by Plaintiff for that purpose. I also left Plaintiff a voicemail message at 1:52 p.m.

*Stefanie Toren*
_____
STEFANIE TOREN