# **CERTIFICATE OF SERVICE**

DENNIS CURRAN certifies:

I am not a party to this action; I am over 18 years of age; and I reside in Bronx, New York. This is to certify that on March 15, 2021, I served a copy of the Court's March 15, 2021 Order upon:

>Ajay Bahl
>151 Wentworth Avenue
>Albertson, NY 11507

at the address designated by Plaintiff Ajay Bahl for that purpose, by depositing a true and correct copy of the same enclosed in a postage paid, properly addressed envelope, in an official depository under the exclusive care and custody of U.S. Postal Service.

_____
DENNIS CURRAN