**CAUTION - EXTERNAL:**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Clerk's Office for Docket Filing

(USMS stamp)

'ED_ProSe Filings <prose_filings@nyed.uscourts.gov>　　　　　　　　　　　　　　Tue, Jul 20, 2021 at 7:5
Ajay Bahl <abahl2323@gmail.com>

The Court cannot act on your submission(s).

Please resubmit your document(s) using the following methods:

**IN PERSON:**

225 Cadman Plaza East

Brooklyn NY 11201



Monday – Friday

10 AM – 1PM

2 PM – 3PM

**(SUBJECT TO CHANGE)**

**MAIL TO:**

Attn: Pro Se Office

225 Cadman Plaza East

Brooklyn, NY 11201

**Drop Box: 24hr / 7 Days a week**

*Keep in mind audio and video files are not accepted for filing unless there is permission from th
Judge

Please do not reply to this message via e-mail. This address is automated, unattended, and cannot help with questions or reques

From: Ajay Bahl <abahl2323@gmail.com>
Sent: Saturday, July 10, 2021 12:01 AM
To: NYED_ProSe Filings <prose_filings@nyed.uscourts.gov>
Subject:

United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Honorable A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court

Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:      *Ajay Bahl v. New York College of Osteopathic Medicine of New York Institute of Technology, et al., 14-CV-04020 (AKT)*

Dear Judge Tomlinson:

    Plaintiff Ajay Bahl in the above-referenced action writes to respectfully request a one-week extension of deadlines from the date of the last requested extension letter (undocketed as of the time of the writing) from July 23, 2021, to July 30, 2021, as set forth in the courts May 25, 2021 order. Plaintiff was advised that counsel on his behalf will be making an appearance this coming week prior to the date of the requested extension. Plaintiff apologizes for the delay and wants the court to know he has undertaken exhaustive efforts and done massive due diligence and exerted his best efforts to retain counsel that will sustain zealous representation through trial and beyond.

- Defendant NYIT has not objected at the time of request.
- This is Plantiff's 4th request for extension of deadline.

Respectfully Submitted,

Plaintiff
/s/
Ajay Bahl

151 Wentworth Avenue
Albertson, NY 11507
Email: abahl2323@gmail.com
Phone: (516) 698-3977

**VIA EMAIL**
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

July 9, 2021

Honorable A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court

Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

        Re:    *Ajay Bahl v. New York College of Osteopathic Medicine of New York Institute of Technology, et al., 14-CV-04020 (AKT)*

Dear Judge Tomlinson:

    Plaintiff Ajay Bahl in the above above-referenced action writes to respectfully request a two-week extension of deadlines from the currently scheduled July 9, 2021, to July 23, 2021, as set forth in the courts May 25, 2021, order. This is Plaintiff's second request for an extension, and Defendant NYIT consents to this request, and no other deadlines are affected.

    Plaintiff requests this extension to allow for attorney's who have been engaged to finish reviewing the case file and finally enter an appearance on Plaintiff's behalf. Due to Covid -19, with many attorneys' working from home, it has been extra challenging to get in touch and have personable communications with attorney's to ask questions, and have their questions answered. Plaintiff has been advised by attorney's to request for additional time to avoid having to file.

    As Plaintiff expects this to be his last filing as a pro se litigant, he wanted to thank the court for their patience and support over the past 3 months. Additionally, I wanted to express my gratitude, the EDNY pro se clinic under Attorney Wong, the pro se desk staff at Central Islip and Brooklyn for their individual
Respectfully Submitted,

Plaintiff
    /s/
Ajay Bahl

151 Wentworth Avenue
Albertson, NY 11507
Email: abahl2323@gmail.com

Phone: (516) 698-3977