# **AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL**

STATE OF NEW YORK    )
                                            )   ss:
COUNTY OF NEW YORK  )

TINA GEBRON deposes and says:

I am not a party to the action; I am over 18 years of age; and I reside in Brooklyn, New York.

On November 24, 2021, I served a copy of NYIT's letter to Judge Azrack, dated November 24, 2021, upon:

>Ajay Bahl
>151 Wentworth Avenue
>Albertson, NY 11507

at the address designated by said Plaintiff for that purpose, by depositing a true copy of same enclosed in a postage paid, properly addressed envelope, in an official depository under the exclusive care and custody of the United States Postal Service.

_____
TINA GEBRON

Sworn to before me this
24th day of November, 2021

_____
Notary Public

