# **DECLARATION OF SERVICE**

STEFANIE TOREN certifies:

I am not a party to this action; I am over 18 years of age; and I reside in New York, New York.

This is to certify that on November 24, 2021, I served a copy of NYIT's letter to Judge Azrack, dated November 24, 2021, upon Plaintiff Ajay Bahl at the email address designated by Plaintiff for that purpose.

*Stefanie Toren*
_____
STEFANIE TOREN