# CLIFTON BUDD & DEMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL 212.687.7410
FAX 212.687.3285
WWW.CBDM.COM

January 17, 2022

**VIA ECF**
Honorable Joan M. Azrack
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    *Ajay Bahl v. New York College of Osteopathic Medicine of New York Institute of Technology, et al.*, 14-CV-04020 (JMA)(ARL)

Dear Judge Azrack:

This firm represents Defendant New York Institute of Technology ("NYIT"), improperly named herein as New York College of Osteopathic Medicine of New York Institute of Technology, in the above-referenced action. We write to respectfully request a one-week adjournment of NYIT's January 28, 2022 deadline to serve its motion for summary judgment. We require additional time to prepare the motion in light of the extensive fact discovery in this case and to address Plaintiff's fourteen separate causes of action against NYIT.

NYIT proposes the following amended briefing schedule:

- NYIT's deadline to serve its summary judgment motion, extended to Friday, February 4, 2022;
- Plaintiff's deadline to oppose summary judgment, extended to Friday, April 1, 2022; and
- NYIT's deadline to serve its reply brief, extended to Friday, April 22, 2022.

We conferred with Plaintiff about NYIT's second request for an adjournment of its deadline to move for summary judgment. Plaintiff informed us that he retained new counsel, Gregory Tsonis, Esq.. Mr. Tsonsis advised that Plaintiff consents to NYIT's adjournment request.

Thank you for Your Honor's consideration of our request.

Respectfully Submitted,

CLIFTON BUDD & DeMARIA, LLP
*Attorneys for Defendant NYIT*

By: _____

Douglas P. Catalano
Stefanie R. Toren
Stephen P. Pischl

cc:    Mr. Gregory Tsonsis (via e-mail)