UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AJAY BAHL,

          Plaintiff,

    -against-

NEW YORK COLLEGE OF OSTEOPATHIC
MEDICINE OF NEW YORK INSTITUTE OF
TECHNOLOGY, *et al.*,

          Defendants.

-----------------------------------------------------------------X

Case No. 14-4020(LDW)(SIL)

**NOTICE OF APPEARANCE**

   PLEASE TAKE NOTICE that Arthur Z. Schwartz, Advocates for Justice, Chartered Attorneys, appears for all purposes on behalf of Plaintiff in this matter.

Dated: New York, New York
    October 31, 2022

                 ADVOCATES FOR JUSTICE,
                 CHARTERED ATTORNEYS
                 Attorneys for Plaintiff

                 By: /s/ *Arthur Z. Schwartz*
                   Arthur Z. Schwartz
                   225 Broadway, Suite 1902
                   New York, New York 10007
                   (212) 285-1400
                   aschwartz@afjlaw.com