UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AJAY BAHL,

                                    Plaintiff,

              -against-

NEW YORK COLLEGE OF OSTEOPATHIC
MEDICINE OF NEW YORK INSTITUTE OF
TECHNOLOGY, *et al.*,

                                   Defendants.

-----------------------------------------------------------------X

Case No. 14-4020(LDW)(SIL)

**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that Laine Alida Armstrong, Advocates for Justice, Chartered Attorneys, appears for all purposes on behalf of Plaintiff in this matter.

Dated: New York, New York
         November 10, 2022

                                    ADVOCATES FOR JUSTICE,
                                    CHARTERED ATTORNEYS
                                    Attorneys for Plaintiff

                                    By: /s/ *Laine Alida Armstrong*
                                        Laine Alida Armstrong
                                        225 Broadway, Suite 1902
                                        New York, New York 10007
                                        (212) 285-1400
                                        laine@advocatesny.com