# CLIFTON BUDD & DeMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL 212.687.7410
FAX 212.687.3285
WWW.CBDM.COM

January 24, 2023

**VIA ECF**
Honorable Nina R. Morrison
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *Ajay Bahl v. New York College of Osteopathic Medicine of New York Institute of Technology, et al.*, 14-CV-04020 (NM)(LGD)

Dear Judge Morrison:

This firm represents Defendant New York Institute of Technology ("NYIT"), improperly named herein as New York College of Osteopathic Medicine of New York Institute of Technology, in the above-referenced action. I am writing to respectfully request permission for NYIT to serve its reply brief in further support of its motion for summary judgment on or before February 16, 2023. The Court's October 11, 2022 Order adopted the parties' proposed briefing schedule, which included NYIT's reply brief deadline. The Court's subsequent Orders extending Plaintiff's deadline to serve his opposition papers did not reference a corresponding extension for NYIT to serve its reply brief. I conferred with Plaintiff's counsel who consents to NYIT's request.

Thank you for Your Honor's consideration of our request.

Respectfully Submitted,

CLIFTON BUDD & DeMARIA, LLP
*Attorneys for Defendant NYIT*

By: /s/ Stefanie Toren
Douglas P. Catalano
Stefanie R. Toren
Stephen P. Pischl

cc: Arthur Schwartz, Esq. (via ECF)
Richard Soto, Esq. (via ECF)