

**Arthur Z. Schwartz**
Principal Attorney

aschwartz@afjlaw.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

February 22, 2023

By ECF

Honorable Nina R. Morrison
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: Bahl v. NY College of Osteopathic Medicine, et al.
      Civil Case No. 14-4020 (NRM)

Dear Judge Morrison:

  On behalf of Plaintiff, we ask that counsel be allowed to present an argument in opposition to the Motion for Summary Judgment. Given the size of the record, we believe this will be helpful to the Court.

  The undersigned and Richard Soto will jointly present the oral argument for Plaintiff, if allowed by the Court.

           Respectfully submitted,

           /s/ *Arthur Z. Schwartz*

          Arthur Z. Schwartz

cc: Counsel for Defendants (by ECF)
   Ajay Bahl