

**Arthur Z. Schwartz**
Principal Attorney
aschwartz@afjlaw.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

July 11, 2023

By ECF

Honorable Nina R. Morrison
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: Bahl v. NY College of Osteopathic Medicine, et al.
     Civil Case No. 14-4020 (NRM)

Dear Judge Morrison:

 In line with Plaintiff's letter seeking to terminate our services (which was followed by a call seeking to negotiate a new retainer), we request that the Court approve our withdrawal from the proceeding. We request that the Court's approval be conditional on an attorney's lien. Mr. Bahl had a retainer for a fixed hourly rate and a cap of $30,000, so what is due is a sum certain, $21,000; we will not seek anything additional. We have attached a declaration attesting to his debt.

 Please note, we will be involving Mr. Bahl in the client-attorney arbitration process created by the New York State Court System, so that the sum due can be liquidated.

           Respectfully submitted,

           /s/ *Arthur Z. Schwartz*

           Arthur Z. Schwartz

AZS:dr
Att.

cc: Counsel for Defendants (by ECF)
   Ajay Bahl (by email)