UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

Ajay Bahl,

                        Plaintiff,         Case No. 1:14-cv-04020 (DC)(LGD)

     -against-

NEW YORK COLLEGE OF OSTEOPATHIC        **DEFENDANT NYIT'S PROPOSED VOIR**
MEDICINE OF NEW YORK INSTITUTE OF        **DIRE**
TECHNOLOGY ("NYCOM-NYIT"
or "NYCOM"),

                       Defendant.

------------------------------------------------------------------ x

Defendant New York Institute of Technology[1] ("NYIT") respectfully requests that the Court include the following questions in the Court's voir dire to the prospective jury.

| Dated: | June 4, 2024<br>New York, New York | Respectfully submitted,<br><br>CLIFTON BUDD & DeMARIA, LLP<br>*Attorneys for Defendant NYIT*<br><br>By: _____<br>    Douglas P. Catalano<br>    Stefanie R. Toren<br>    The Empire State Building<br>    350 Fifth Avenue, 61st Floor<br>    New York, New York 10118<br>    Telephone:  (212) 687-7410<br>    Facsimile:  (212) 687-3285 |
|---|---|---|

---

[1] NYIT is improperly named herein as New York College of Osteopathic Medicine of NYIT. New York College of Osteopathic Medicine, now known as NYIT College of Osteopathic Medicine, is a college of NYIT and not a separate entity.

# QUESTIONS FOR ALL PROSPECTIVE JURORS AS A GROUP

1. The Plaintiff in this case is Ajay Bahl.

   Is anyone acquainted with the Plaintiff?

   YES _____         NO _____

2. The Defendant in this case is New York Institute of Technology ("NYIT").

   Is anyone acquainted with NYIT?

   YES _____         NO _____

   Is anyone acquainted with New York College of Osteopathic Medicine of NYIT or NYIT College of Osteopathic Medicine, NYIT's medical school?

   YES _____         NO _____

   Is anyone acquainted with a member of the Board of Trustees of NYIT?

   YES _____         NO _____

3. Does anyone have any friends or relatives who are acquainted with the Plaintiff?

   YES _____         NO _____

4. Does anyone have any kind of commercial relationship or interest in NYIT?

   YES _____         NO _____

5. Have you or any friends or relatives ever attended NYIT as a student?

   YES _____         NO _____

6. Have you or any friends or relatives worked for NYIT?

   YES _____         NO _____

7. Have you or any friends or relatives worked for the National Board of Osteopathic Medical Examiners?

   YES _____         NO _____

8. Have you or any friends or relatives ever worked at a university or college?

   YES _____   NO _____

   If YES:

   a. Where?

   b. In what capacity?

9. The Plaintiff is represented by the law firms of Charny & Wheeler P.C. and Goddard Law PLLC. Trial counsel are Nathaniel Charny and Megan Goddard. Their offices are located in Manhattan. Has anyone heard of counsel for the Plaintiff?

   YES _____   NO _____

10. The Defendant is represented by the law firm of Clifton Budd & DeMaria, LLP. Trial counsel are Douglas Catalano and Stefanie Toren. The firm is located in Manhattan. Has anyone heard of counsel for the Defendant?

    YES _____   NO _____

11. Does anyone know any of the following people?

   Please indicate "YES" or "NO" on the line next to each name.

   Felicia Bruno                    _____

   Mary Ann Achtziger               _____

   Jordan Thompson, Esq.            _____

   Dr. Nicole Wadsworth             _____

   Dr. Abraham Jeger                _____

   Dr. Lenard Adler                 _____

   Dr. Paul Yellin                  _____

   Dr. Mary Solanto                 _____

   Dr. Scott Shapiro                _____

   Dr. David Fazzari                _____

   Alyssa Provenzano                _____

   Anthony Errichetti               _____

   Dr. Sergei Belkin                _____

   Dr. Barbara Ross-Lee             _____

   Catherine Flickinger, Esq.       _____

   Philip Kanyuk                    _____

   Dr. Andrew Tatarsky              _____

   Dr. Florence Meyers              _____

12. Have any of you read about this case or heard of it in any way?

    YES _____     NO _____

13. Does anyone of their own knowledge have any information about this case?

    YES _____     NO _____

14. This case will last for APPROXIMATELY three (3) to five (5) days. Does this time period present any serious problems for anyone?

    YES _____    NO _____

15. Have you or any members of your immediate family ever had a claim for damages against anyone?

    YES _____    NO _____

    If you answered "NO", please go on to Question 16.

    If you answered "YES", please complete the following:

    What type of claim?

    Did it go to court?                                    _____

    Did it go to trial?                                    _____

    Was it decided in court or settled?                    _____

    Did you feel you or your family member were treated fairly?    _____

    Would that fact in any way influence you in reaching a decision in this case?    _____

16. Do you know of any reason why it might be embarrassing to sit as a juror on this case?

    YES _____    NO _____

17. Do you have any physical impairment that would make it difficult for you to sit as a juror on this case?

    YES _____    NO _____

18. If you are selected as a juror in this case, you will be required to decide solely on the evidence introduced at trial and the instructions that the Judge will give you concerning the law, *whether you agree with the law or not*. Is there any reason why you could not do that?

    YES _____    NO _____

19. Will you be able to follow the Judge's instructions in this case, even if you feel sorry for the Plaintiff?

    YES _____     NO _____

20. If you were one of the parties to this case, is there any reason why you would not be content to have the case tried by someone in your frame of mind?

    YES _____     NO _____

21. Do you know of any reason why you think that you could not render an impartial verdict in this case?

    YES _____     NO _____

22. Do you or an immediate family member suffer from a physical or mental impairment?

    YES _____     NO _____

    If you answered "NO", please go on to Question 23.

    If you answered "YES", please complete the following:

    Is the impairment ADHD?

    YES _____     NO _____

    How long ago were you or the immediate family member diagnosed with the impairment? _____

    Did you or your immediate family member receive any type of special education or accommodation from an educational institution because of the impairment?

    YES _____     NO _____

    Did you or your immediate family member ever receive an accommodation from an employer because of the impairment?

    YES _____     NO _____

23. Are you currently employed?

    YES _____    NO _____

    If you answered "NO", please go on to Question 24.

    If you answered "YES", please complete the following:

    How long have you been with the employer? _____

    What is your present position? _____

    What are your responsibilities? _____

24. Do you believe that your employer treats you fairly?

    YES _____    NO _____

25. Have you ever attended college or a university?

    YES _____    NO _____

    If you answered "NO", please go on to Question 26.

    If you answered "YES", please complete the following:

    What college or university did you attend? _____

    Did you receive a degree? _____

    What is the highest level of education that you have achieved? _____

    Where did you receive your highest level degree? _____

26. Do you believe that your college or university treated you fairly?

    YES _____     NO _____

27. Have you or any friend or family member ever been involved in an employment or public accommodation discrimination lawsuit or administrative proceeding?

    YES _____     NO _____

    If you answered "NO", please go on to Question 28.

    If you answered "YES", please complete the following:

    What happened? _____

    Do you remember who won? _____

    If the plaintiff won, do you remember what the monetary award was? _____

    Did you think it was fair? _____

28. As a general matter, do you believe that colleges or universities ordinarily treat students fairly?

    YES _____     NO _____

29. Do you believe that merely because a college or university is a party, or that a student is a party, that it will make a difference in your determination?

    YES _____     NO _____

30. As a general matter, do you believe that employers ordinarily treat employees fairly?

    YES _____     NO _____

31. Do you believe that merely because an employer is a party, or that an employee is a party, that it will make a difference in your determination?

    YES _____     NO _____

# INDIVIDUAL QUESTIONS FOR THE JURORS

1. How long have you lived in New York?
   (*If less than three years, inquire about previous residence*)

2. Are you married? Is your spouse employed, and if so, how? Do you have any children? How old? Are any employed? What do they do?

3. Are you a member of any organizations?

4. Do you have any prior jury service? Was it a criminal or a civil case?
   (*If a criminal case:*)

5. Do you understand that although the government in a criminal case is required to prove the defendant's guilt "beyond a reasonable doubt," a plaintiff in a civil case must prove his case by a "preponderance of the evidence?"

6. Were you ever a witness in a case? Civil or criminal?

7. Do you believe that you can sit fairly and impartially in this case?