UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

Ajay Bahl,

                           Plaintiff,        Case No. 1:14-cv-04020 (DC)(LGD)

-against-

NEW YORK COLLEGE OF OSTEOPATHIC
MEDICINE OF NEW YORK INSTITUTE OF      **DEFENDANT NYIT'S PROPOSED**
TECHNOLOGY ("NYCOM-NYIT"               **VERDICT FORM**
or "NYCOM"),

                         Defendant.

------------------------------------------------------------------ x

      Defendant New York Institute of Technology[1] ("NYIT") respectfully requests that the Court consider the following proposed verdict form.

| | |
|---|---|
| Dated:  June 4, 2024<br>          New York, New York | Respectfully submitted,<br><br>CLIFTON BUDD & DeMARIA, LLP<br>*Attorneys for Defendant NYIT*<br><br>By: *Douglas P Catalano*<br>      _____<br>      Douglas P. Catalano<br>      Stefanie R. Toren<br>      The Empire State Building<br>      350 Fifth Avenue, 61st Floor<br>      New York, New York 10118<br>      Telephone:   (212) 687-7410<br>      Facsimile:    (212) 687-3285 |

---

[1] NYIT is improperly named herein as New York College of Osteopathic Medicine of NYIT. New York College of Osteopathic Medicine, now known as NYIT College of Osteopathic Medicine, is a college of NYIT and not a separate entity.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

Ajay Bahl,

                        Plaintiff,      Case No. 1:14-cv-04020 (DC)(LGD)

        -against-

NEW YORK COLLEGE OF OSTEOPATHIC
MEDICINE OF NEW YORK INSTITUTE OF    **VERDICT FORM**
TECHNOLOGY ("NYCOM-NYIT"
or "NYCOM"),

                        Defendant.

------------------------------------------------------------- x

*Please answer the following questions in order:*

1. Did Plaintiff prove by a preponderance of the evidence that he has a disability under Section 504 of the Rehabilitation Act?

    YES  _____  NO  _____

    *Proceed to the next question*.

2. Did Plaintiff prove by a preponderance of the evidence that he has a disability under the New York State Human Rights Law?

    YES  _____  NO  _____

    *If the answer to both Questions 1 and 2 is "NO," then please disregard all further questions, sign the verdict form on the last page and inform the Court that you have reached a verdict. If the answer to either Questions 1 or 2 is "YES," then please proceed to the next question.*

3. Did Plaintiff prove by a preponderance of the evidence that Defendant violated Section 504 of the Rehabilitation Act by failing to provide him with a reasonable accommodation?

   YES _____  NO _____

4. Did Plaintiff prove by a preponderance of the evidence that Defendant violated the New York State Human Rights Law by failing to provide him with a reasonable accommodation?

   YES _____  NO _____

   ***If the answer to Questions 3 and 4 is "NO", then please disregard all further questions, sign the verdict form on the last page and inform the Court that you have reached a verdict. If the answer to either Questions 3 or 4 is "YES," then please proceed to the next question.***

5. What amount of compensatory damages, if any, did Plaintiff prove by the preponderance of the evidence?

   $ _____

***You have completed all questions. After the jury has reached unanimous agreement on all the questions and completed the form, each juror must sign below:***

_____  _____

_____  _____

_____  _____

_____  _____

                                                Dated: _____