UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AJAY BAHL,                                          :

                Plaintiff,                    :

                - v -                         :           ORDER

NEW YORK INSTITUTE OF TECHNOLOGY,   :           14-CV-4020 (DC)

                Defendant.                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHIN, Circuit Judge:

Upon plaintiff's written application to this Court, it is hereby ORDERED that Dr. Leonard Adler, a witness in the above-captioned case, is authorized to bring his cell phone into the Courthouse on Monday, June 10, 2024.

The witness identified in this Order must present a copy of this Order when entering the Courthouse. The witness shall not use his cell phone while in the Courtroom.

SO ORDERED.

Dated:    New York, New York
            June 6, 2024

_____
DENNY CHIN
United States Circuit Judge
Sitting by Designation