UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| AJAY BAHL, | : |
| Plaintiff, | : |
| - vs - | : |
| NEW YORK INSTITUTE OF TECHNOLOGY, | : |
| Defendant. | : |

**ORDER**
14-CV-4020 (DC)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHIN, Circuit Judge:

The jury having returned its verdict in favor of defendant New York Institute of Technology finding no liability,

for good cause shown, IT IS HEREBY ORDERED that plaintiff is prohibited from contacting or making any effort, directly or indirectly, in person or through any means, to contact any of the jurors or court staff in this case, and he is further prohibited from directing or arranging for any other individual to do so.

Dated:  Brooklyn, New York
        June 14, 2024

_____
DENNY CHIN
United States Circuit Judge
Sitting by Designation