AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____EASTERN_____ DISTRICT OF _____NEW YORK_____

**Ajay Bahl**
**V.**
**New York Institute of Technology**

**COURT EXHIBIT**

Case Number: **14-cv-4020-DC-LGD**

| PRESIDING JUDGE **Denny Chin, USCJ** | PLAINTIFF'S ATTORNEY **Nathaniel Charny & Megan Goddard** | DEFENDANT'S ATTORNEY **Douglas Catalano & Stefanie Toren** |
|---|---|---|
| TRIAL DATE (S) **June 10-14, 2024** | COURT REPORTER **Cruz, Sesta, & Danelczyk et.al.** | COURTROOM DEPUTY **Victor Joe** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF COURT EXHIBITS |
|---|---|---|---|---|---|
| | | 6/14 | 1 | | Jurors' Note received 10:50 AM |
| | | 6/14 | 2 | | Jurors' Note received 11:45 AM |
| | | 6/14 | 3 | | Court's Note to Jurors - sent 12:33 PM |
| | | 6/14 | 4 | | Jurors' Note received 1:35 PM |
| | | 6/14 | 5 | | Jurors' Note received 3:07 PM |
| | | 6/14 | 6 | | Verdict Sheet signed by Foreperson received 3:20 PM |
| | | 6/14 | 7 | | Jury Charge |
| | | 6/14 | A | | Parties Agreed Upon Exhibit List |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages