Case 2:14-cv-04020-DC-LGD   Document 285-2   Filed 06/20/24   Page 1 of 4 PageID #: 3788

Bahl v. NYIT (14-cv-4020) - NYIT's Anticipated Exhibits - Amended June 9, 2024

*handwritten note: X = judge ruled for impeachment purposes or need a foundation*

| Exhibit Letter | Date | Description | Bates Number |
|---|---|---|---|
| A | August 8, 2013 | Emails between Plaintiff and Bruno ✓ | NYIT2039 |
| B | October 28, 2013 | Dr. Fazzari note ✓ | |
| C | July 16, 2010 | Class of 2012 - Third Year Clinical Clerkship Manual ✓ | Bahl Ex. E |
| D ✓ | October 13, 2010 | Mary Solanto, PhD - Psychological Consultation of Plaintiff ✓ | Bahl Ex. H |
| E | January 20, 2014 | Dr. Fazzari note ✓ | |
| F | July 26, 2010 | COMLEX I - Leave of Absence Form ✓ | NYIT1120 |
| G ✓ | August 9-10, 2010 | Emails between Plaintiff and Bruno ✓ | DOE5-6 |
| H | May 5, 2014 | Dr. Fazzari note ✓ | |
| I | May 24, 2011 | LIJ Operating Room protocol ✓ | PH51 |
| J | May 30, 2011 | Absence Documentation Form ✓ | PH79 |
| K | June 8, 2011 | Email from Plainview Hospital to Goldstein and Jeger ✗ | PH9-10 |
| L | June 29, 2011 | Plainview Hospital email ✗ | PH15 |
| M | July 1, 2011 | NYITCOM Student Handbook 2011-2012 ✓ | NYIT794-853 |
| N | July 11, 2011 | NYITCOM withdrawal form ✓ | NYIT1096-97 |
| O | July 15, 2011 | Adler letter to Bruno | NYIT1098 |
| P | July 29, 2011 | Adler letter to Bruno | NYIT1099 |
| Q | August 8, 2011 | Belkin letter to NYITCOM | NYIT1100 |
| R | August 9, 2011 | Bruno email to students | DOE8 |
| S | | NBMOE exam scores and activity | NYIT1075-76 |
| T | August 10, 2011 | Bruno email to Plaintiff | DOE10 |
| U | ~~August 29, 2011~~ | ~~Yellin assessment of Plaintiff~~ | ~~NYIT40-71~~ |
| V ✓ | June 16, 2015 | Dr. Fazzari note | |
| W ✓ | November 4, 2014 | Dr. Fazzari note | |
| X | May 31, 2012 | Emails between Plaintiff and Bruno | NYIT2282 |
| Y | July 1, 2012 | NBOME COMLEX-Bulletin of Information | NBOME350-387 |
| Z | July 31-August 1, 2012 | Emails between Plaintiff and Bruno | DOE22-23 |
| AA | December 3, 2012 | Bruno letter to Plaintiff | NYIT2105 |
| BB | December 6, 2012 | COMLEX II leave of absence form | NYIT103-104 |
| CC | December 12, 2012 | Bruno email to Plaintiff | DOE24 |
| DD | December 12, 2012 | Plaintiff draft email to Bruno | DOE25 |
| EE | January 2, 2012 | Bruno letter to Plaintiff | NYIT135-36 |
| ~~FF~~ ✓ | ~~March 15-18, 2013~~ | ~~Emails between Plaintiff and Errichetti~~ | ~~DOE33-34~~ |
| GG ✓ | December 22, 2015 | Dr. Fazzari note | |
| ~~HH~~ | ~~May 2, 2013~~ | ~~Plaintiff email to Errichetti~~ | ~~DOE35~~ |
| II | May 14 - 17, 2013 | Emails between Plaintiff, Yellin and Errichetti | DOE36-40 |
| JJ | May 22-30, 2013 | Emails between Plaintiff and Yellin and Plaintiff and Bruno | DOE98-100 |
| KK | Received May 28, 2013 | NBOME COMLEX II CE accommodation request form | NBOME73-76 |



Court Exhibit A

*handwritten: court exhibit A*

| | | | | |
|---|---|---|---|---|
| LL | | June 5, 2013 | Email from Molesphini to Plaintiff and Plaintiff letter | NYIT1082-83 |
| MM | | June 13, 2013 | Student Progress Committee hearing | NYIT1056 |
| NN | | June 14, 2013 | Dean Gilliar Letter to Plaintiff | NYIT92 |
| OO | | Received June 28, 2013 | COMLEX II PE - NBOME accommodation request form | NBOME111-114 |
| PP | | July 12, 2013 | Letter from NBOME to Plaintiff | NYIT37-38 |
| QQ | | July 15, 2013 | Emails between Plaintiff and Bruno | NYIT2064-65 |
| RR | | July 24-25, 2013 | Emails between Bruno and Errichetti | NYIT2216-17 |
| SS | | August 12, 2013 | Errichetti email to Bruno and Jeger | NYIT1980 |
| ~~TT~~ | | ~~August 19, 2013~~ | ~~Adler letter~~ | ~~NYIT1173-75~~ |
| UU | | August 23, 2013 | Emails between NBOME and Plaintiff | NYIT1260-62 |
| VV | | August 28, 2013 | Karlin letter to ODS | NYIT1171-72 |
| WW | | August 30, 2013 | Plaintiff's Application for Special Services/ Self-Identification Form to NYIT's Office of Disability Services | NYIT1326-33 |
| ~~XX~~ | | ~~August 30, 2013~~ | ~~Plaintiff email to Provenzano~~ | ~~NYIT1270-72~~ |
| YY | | September 3, 2013 | Letter from NBOME to Plaintiff | NYIT39 |
| ~~ZZ~~ | | ~~September 3, 2013~~ | ~~Email from Provenzano to Ross-Lee~~ | ~~NYIT2035~~ |
| AAA | | September 4, 2013 | Email from Provenzano to Bruno | NYIT2364 |
| BBB | | September 5, 2013 | Emails between Provenzano and Plaintiff | NYIT1263-64 |
| ~~CCC~~ | | ~~September 6, 2013~~ | ~~Email from NBOME to Portanova~~ | ~~NYIT2438-2440~~ |
| ~~DDD~~ | | ~~September 19 - 20, 2013~~ | ~~Emails between Plaintiff, Molesphini and Achtziger~~ | ~~NYIT1228-1229~~ |
| ~~EEE~~ | | ~~September 24, 2013~~ | ~~Goren letter to ODS~~ | ~~NYIT110-14~~ |
| FFF | ✓ | October 7, 2013 | Bruno email to Dean Gilliar with chronology | NYIT2204-5 |
| GGG | | October 12, 2013 | Achtziger email to Bachmann | NYIT1079 |
| HHH | | October 21, 2013 | Thompson letter to Goren | NYIT162-164 |
| III | | November 20, 2013 | Salvesen email to Bruno | NYIT2191-92 |
| JJJ | | January 29, 2014 | Goren letter to Thompson | NYIT19 |
| KKK | | January 31, 2014 | Thompson letter to Goren | NYIT17-18 |
| LLL | ✗ | February 20, 2014 | Thompson email to Mulhearn | NYIT182 |
| MMM | | April 17, 2014 | NYIT Response to OCR | NYIT11-15 |
| NNN | | June 24, 2014 | Salvesen email to Bruno | NYIT1958-59 |
| OOO | | July 14, 2014 | OCR dismissal | NYIT2106-7 |
| PPP | ✗ | December 9, 2014 | Plaintiff's Responses to LIJ's Interrogatories | |
| QQQ | | | Removed per Court order | |
| RRR | | | Removed per Court order | |
| SSS | ✓ | January 29, 2012 | Dr. Shapiro records - Current Symptoms Scale | |
| TTT | | April 10, 2013 | Dr. Shapiro records | |
| UUU | ✓ | April 25, 2013 | Dr. Shapiro records | |
| VVV | | January 17, 2012 | Dr. Fazzari note | |
| WWW | | January 24, 2012 | Dr. Fazzari note | |
| XXX | | May 3, 2012 | Dr. Fazzari note | |
| YYY | ✓ | January 30, 2012 | Questionnaire completed by Plaintiff | |

| | | | |
|---|---|---|---|
| ZZZ | August 14, 2012 | Dr. Fazzari note | |
| AAAA | September 30, 2013 | Dr. Fazzari note | |
| BBBB | May 31, 2012 | Dr. Fazzari note | |
| CCCC | August 7, 2012 | Dr. Fazzari note | |
| DDDD | May 15, 2013 | Dr. Fazzari note | |
| EEEE | November 19, 2013 | Dr. Fazzari note | |
| FFFF | December 12, 2013 | Dr. Fazzari note | |
| GGGG | March 18, 2014 | Dr. Fazzari note | |
| HHHH | June 10, 2014 | Dr. Fazzari note | |
| IIII | December 22, 2014 | Dr. Fazzari note | |
| JJJJ | June 5, 2014 | Dr. Fazzari note | |
| KKKK | April 3, 2014 | Dr. Fazzari note | |
| LLLL | October 29, 2013 | Dr. Fazzari note | |
| MMMM | June 20, 2013 | Dr. Fazzari note | |
| NNNN | January 13, 2016 | Dr. Fazzari note | |
| OOOO | May 7, 2012 | Dr. Fazzari note | |
| PPPP | June 18, 2012 | Dr. Fazzari note | |
| QQQQ | November 24, 2015 | Dr. Fazzari note | |
| RRRR | July 5, 2012 | Dr. Fazzari note | |
| SSSS | November 24, 2014 | Dr. Fazzari note | |
| TTTT | July 30, 2012 | Dr. Fazzari note | |
| UUUU | October 4, 2012 | Dr. Fazzari note | |
| VVVV | September 9, 2014 | Dr. Fazzari note | |
| WWWW | May 20, 2014 | Dr. Fazzari note | |
| XXXX | May 1, 2014 | Dr. Fazzari note | |
| YYYY | April 21, 2014 | Dr. Fazzari note | |
| ZZZZ | April 22, 2014 | Dr. Fazzari note | |
| AAAAA | April 10, 2014 | Dr. Fazzari note | |
| BBBBB | January 20, 2014 | Dr. Fazzari note | |
| CCCCC | January 16, 2014 | Dr. Fazzari note | |
| DDDDD | January 7, 2013 | Dr. Fazzari note | |
| EEEEE | October 21, 2013 | Dr. Fazzari note | |
| FFFFF | April 1, 2013 | Dr. Fazzari note | |
| GGGGG | September 4, 2013 | Dr. Fazzari note | |
| HHHHH | July 8, 2013 | Dr. Fazzari note | |
| IIIII | June 19, 2013 | Dr. Fazzari note | |
| JJJJJ | June 17, 2013 | Dr. Fazzari note | |
| KKKKK | May 29, 2013 | Dr. Fazzari note | |
| LLLLL | January 16, 2013 | Dr. Fazzari note | |
| MMMMM | June 11, 2013 | Dr. Fazzari note | |
| NNNNN | November 6, 2012 | Dr. Fazzari note | |

| | | | |
|---|---|---|---|
| OOOOO | August 13, 2012 | Dr. Fazzari note | |
| PPPPP | May 1, 2012 | Dr. Fazzari note | |
| QQQQQ | February 14, 2012 | Dr. Fazzari note | |
| ~~RRRRR~~ | ~~March 26, 2018~~ | ~~Plaintiff Declaration in Opposition to NBOME's Summary Judgment Motion~~ | |
| SSSSS | March 4, 2014 | Dr. Fazzari note | |
| TTTTT | February 18, 2014 | Dr. Fazzari note | |
| UUUUU | July 22, 2013 | Dr. Fazzari note | |
| VVVVV | August 1, 2013 | Dr. Fazzari note | |
| WWWWW | August 6, 2013 | Dr. Fazzari note | |
| XXXXX | September 5, 2013 | Dr. Fazzari note | |
| YYYYY | September 23, 2014 | Dr. Fazzari note | |
| ZZZZZ | May 8, 2014 | Dr. Fazzari note | |
| AAAAAA | August 5, 2013 | Dr. Fazzari note | |
| BBBBBB | August 6, 2012 | Dr. Fazzari note | |
| CCCCCC | | Plaintiff COMLEX CE AND PE applications for testing accommodations | NYIT30-36 |