UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

AJAY BAHL,                              :

              Plaintiff,        :

        - vs -                         :        **ORDER**
                                                     14-CV-4020 (DC)

NEW YORK INSTITUTE OF                   :
TECHNOLOGY,
                                          :

              Defendant.
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CHIN, Circuit Judge:

       Yesterday, the Court received a letter from plaintiff Ajay Bahl's newly-retained counsel, requesting an extension of time to file posttrial motions from July 15, 2024 to August 5, 2024.  Dkt. 287.  Defendant New York Institute of Technology (the "Institute") opposes the motion.  *Id.* at 2.  Given that the case is now over ten years old and Mr. Bahl has had six or more sets of lawyers, *see* Dkt. 284 at 2, the motion is GRANTED but only to the extent that any posttrial motions shall be filed by Friday, July 26, 2024.  The Court will not grant any further extensions.  The Institute is not required to submit a response to this Order unless directed to do so by the Court.

       SO ORDERED.

Dated:    Brooklyn, New York
              July 11, 2024

                                                                   _____
                                                                   DENNY CHIN
                                                                   United States Circuit Judge
                                                                   Sitting by Designation