# LAW OFFICES OF RUDY A. DERMESROPIAN, LLC

**Rudy A. Dermesropian**
rad@dermesropianlaw.com

810 SEVENTH AVENUE
SUITE 405
NEW YORK, NY 10019
Ph.: 646-586-9030
Fax: 646-586-9005
www.dermesropianlaw.com

Affiliate Office:
Skillman, NJ

July 26, 2024

**Via ECF**
Honorable Denny Chin, U.S. Circuit Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

          Re:    *Ajay Bahl v. New York College of Osteopathic Medicine of New York Institute of Technology, et al.*
                **Case No. 2:14-cv-04020(DC)(LGD)**

Dear Judge Chin:

      This office was retained on July 10, 2024 to represent the Plaintiff Ajay Bahl with regard to the post-trial proceedings in the above-referenced matter. On the day we were retained, we wrote to the Court seeking an extension of time until August 5, 2024. The Court granted our request but only until July 26, 2024 [see ECF Dkt. No. 288]. My office has been working diligently and expeditiously to complete this task by the Court set deadline and we are almost done with this task. However, we find ourselves in need of additional time and briefing page limit.

      Accordingly, we respectfully request permission to file the brief on Monday, July 29, 2024 instead of today and permission to file a 27-page brief instead of the 25-page limit. We appreciate the Court's time and attention to this matter.

Respectfully,

*/s/ Rudy A. Dermesropian*

Rudy A. Dermesropian
Managing Member

cc:     All counsel of record (via ECF)

                                                                          APPROVED. So Ordered.
                                                                          s/DC 7-26-2024